PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone: (323) 954-9144
Facsimile: (323) 954-0457

Reorganization counsel to Debtor-In-Possession
PHILIS GROOMES-LOVE

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

PHILIS GROOMES-LOVE,

    Debtor-In-Possession.

Case No.: 2:10-bk-40803-BB

[Chapter 11]

**DECLARATION OF PHILIS GROOMES-LOVE IN SUPPORT OF CONFIRMATION OF DEBTOR'S FOURTH AMENDED PLAN OF REORGANIZATION**

Date: July 19, 2012
Time: 10:00 a.m.
Ctrm: 1475

## DECLARATION OF PHILIS GROOMES-LOVE

I, Philis Groomes-Love, declare:

1. I am the debtor-in-possession in this case. I have personal knowledge of the facts set forth in this declaration and if called and sworn as a witness could and would competently testify thereto.

2. I give this declaration in support of my motion for confirmation of my Fourth Amended Plan of Reorganization in this case.

1

DECLARATION OF LOVE IN SUPPORT OF PLAN CONFIRMATION

3.  I am personally familiar with all of the financial information set forth in the plan and disclosure statement. I prepared the financial information made part of the disclosure statement and the plan of reorganization. I was assisted in this regard by my accountant, Miesha Shelley, 2067 West Florence Avenue, Los Angeles, CA 90047. I assisted in the preparation of the monthly operating reports filed with the United States Trustee in this case. The financial data set forth in the plan and disclosure statement, as well as in the monthly operating reports, is compiled based upon original source documents of my monthly income and expenses which records I maintain in the ordinary course of my business of owning and operating board and care facilities in South-Central Los Angeles, California. I am the person responsible for maintaining the books, records and accounts in the ordinary course of my business involving the ownership and operation of the board and care facilities at the property locations identified in the plan and disclosure statement. It has been my practice over the course of this case to review carefully all original source documents of my monthly income and expenses, and the financial reports that are generated on a monthly basis in the ordinary course of my business, as well as in the ordinary course of complying with the financial reporting requirements of the United States Trustee in this case. I know that I keep accurate books, records and accounts of my monthly income and expenses, and that my books are maintained on a contemporaneous basis as I receive income and pay expenses as identified in the monthly operating reports filed over the course of this Chapter 11 case.

4.  All payments made or to be made by the debtor for services or for costs and expenses in connection with the case, or in connection with the plan and incident to the case, are subject to approval by the court as reasonable as required by section 1129(a)(4) of the Bankruptcy Code.

5.  The Debtor will not receive and does not seek any compensation within the meaning of section 1129(a)(5) of the Bankruptcy Code. The debtor will continue to manage

her own financial affairs as she has done throughout the course of this case and prior to the filing of this Chapter 11 case.

6. The debtor is not involved with any governmental regulation regarding rates.

7. Based upon the monthly operating reports that I have filed in this case, it is my opinion that I will be able to make all of the payments called for by the plan on a timely basis. I have met and conferred with my accountant, Ms. Miesha Shelley, C.P.A., and have worked with her in setting up a payment program that is in balance with the income that I receive from my operation of the board and care facilities that are the subject of this case. Those payments consist of the initial payments that are required to be made upon the effective date of the plan and the payments that I have agreed to make to the various secured creditors and the class of general unsecured creditors. I have studied the income and expense statements for each of the properties, and it is my opinion that the plan is feasible and that I will be able to make the plan payments based upon the current income stream that I derive from operating the board and care facilities that are the subject of this case. In this regard, when the secured lender made the election under Bankruptcy Code section 1111(b) with respect to the property located at 12010 South Broadway, Los Angeles, CA 90061, I did have concern about my ability to make the plan payments based upon that election given the current performance of property. Because I did not want to have a negative cash flow from that property adversely impact my ability to make the other plan payments, I authorized my bankruptcy counsel, Mr. Dapeer, to abandon back to the secured creditor the property described in Class 5(b). It is my opinion that the remaining board and care facilities are self-sufficient and in equilibrium in terms of their expected income and expenses from operations.

8. The debtor has no involvement with any retiree benefits as described in section 1129(a)(13) of the Bankruptcy Code.

DECLARATION OF LOVE IN SUPPORT OF PLAN CONFIRMATION

9. The debtor is not required by a judicial or administrative order, or by statute, to pay a domestic support obligation as described in section 1129(a)(14) of the Bankruptcy Code.

10. All required payments have been made to the United States Trustee.

11. With respect to the Class 5(a) claim, I have now agreed to pay the lender an interest rate of 5% per annum. With respect to the Class 5(c) creditor, I have now agreed to pay a discounted rate on the Bankruptcy Code section 1111(b) election of 2% per annum. With respect to the Class 5(d) claim, I have agreed to pay an interest rate of 5% per annum. With respect to the Class 5(e) claim, I have agreed to pay an interest rate of 5% per annum. My agreement to increase the interest rates that I propose to pay on the Class 5(a), 5(c), 5(d) and 5(e) claims bring those payments and the treatment of those secured creditors in line with the treatment afforded the secured creditor on my principal residence, the holder of the Class 5(a) claim.

12. I am now offering the same interest rate to the secured creditors who hold first priority liens on my real estate properties. Consequently, the plan does not discriminate unfairly. It is my opinion that the plan is fair and equitable because the interest rate I am offering to the secured creditors and the term of the loans as proposed in the plan take into account an increased risk factor for the proposed loan, when compared with existing mortgage rates. Attached hereto, marked Exhibit "A" and incorporated herein by this reference, is a statement of various current interest rates, effective as of July 1, 2012, used as benchmarks in setting residential home mortgages. The properties that comprise the debtor's estate are residences that operate as board and care facilities. The existing loans on the properties are not commercial loans, but rather are residential mortgage loans and have always been treated as residential mortgage loans by the lenders.

13. The value of the property to be distributed under the plan is not less than the projected disposable income of the debtor to be received during the five year period beginning on the date that the first payment is due under the plan, or during the period for which the plan provides payments, whichever is longer. Debtor is allocating all of her projected disposable income to the payment of plan obligations, and debtor is also using sources of income that she has other than the income that she derives from the operation of the board and care facilities, for the payment of plan obligations, all as set forth in the disclosure statement.

14. The treatment under the plan for my principal residence, as described in Class 2(a) of the plan, is an appropriate comparison with the other properties because this court has previously entered an order determining that the first priority loan on debtor's principal residence is not subject to the restriction on modification provided for by 11 U.S.C. section 1123(b)(5). I previously made a motion to this court seeking a determination that the first priority lien on my principal residence was not a claim secured only by a security interest in real property that is the debtor's principal residence. That motion was granted, and I was thereupon able to reach an agreement with the secured lender regarding the treatment of its claim under the plan as described in Class 2(a) of the plan.

Executed at Los Angeles, California this 5 day of July, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Philis Groomes-Love



advertisement

**Partner Center**

AutoInsuranceQuotes.com — 6 Minutes Can Save You $540 - Get Free Quotes!

CreditCards.com™ — Compare offers and apply online 0%, $$ back, rewards

advertisement

advertisement

**Mortgage Rate Alert**

Mortgage rates giving you motion sickness?
Let us watch for you. We'll tell you when they hit your target.

Sign up now! It's simple. »

Place this widget on your Web site!

**Choose from many types:**
- Calculators
- Stories
- Compare Rates
- Rate Averages

Subscribe: RSS Feeds

| | | | | | |
|---|---|---|---|---|---|
| 30 Year Fixed | 3.25% | 3.427% APR | Refinance | $300k | $1,166/mo |
| 15 Year Fixed | 2.75% | 3.084% APR | Home Purchase | $150k | $583/mo |
| 5/1 ARM | 2.375% | 3.596% APR | lendingtree Terms & Conditions apply | | |

Mortgage Rates Hit Record Lows — Calculate New Payment

About us | Advertise with Bankrate | Partners | Press Room | Investor Relations | Free Content Center | Contact Us | Sitemap | Topics | Newsletters

Understanding Bankrate's rate averages

© 2012 Bankrate, Inc. All Rights Reserved.    Privacy Policy/Your California Privacy Rights | Terms of Use

# Mortgage Rates: Los Angeles, CA





Mortgage Rates in Los Angeles, California by Bankrate
Case 2:10-bk-40803-BB    Doc 161    Filed 07/05/12    Entered 07/05/12 09:07:48    Page 2 of 2
Main Document    Page 9 of 12

| Lender | APR | Rate | Est Payment/Fees | Have Questions? | Learn More |
|---|---|---|---|---|---|
| | Wed Jun 27 | 30 day rate lock | Fees in APR: $1,637 | | |

APR and Payment examples shown do not include amounts for taxes and insurance premiums. The monthly payment obligation will be greater if taxes and insurance are included. If you believe that you have received an inaccurate quote or are otherwise not satisfied with the services provided to you by the lender you choose, please click here.

### Quality Assurance

Compare rates with confidence. Rates are accurate and available as of the date seen for Bankrate customers. Identify yourself as a Bankrate consumer to get the Bankrate.com rate. Bankrate.com has today's most competitive mortgage rates.

Notes on rates for jumbo mortgage loans

Lender rates on Bankrate

Rate collection and criteria
Click here for more information on rate collection and criteria.

### Sponsored Ads

Mortgage Rates Hit 2.50% (2.90% APR) -- If you owe less than $729k, you probably qualify for the Fed Refinance Program.
www.MortgageRatesExperts.com

Curious About Your Score? -- A good score is 700. See your score instantly in 2 easy steps for $0.
www.freecreditscore.com

Mortgage Rates Hit 2.50% (2.90% APR) -- If you owe less than $729k, you probably qualify for the Govt Refinance Program.
www.MortgageRatesExperts.com

RateGenius - Auto Refinance -- Refinance your auto loan today and save an average of $65 per month. It's free, fast, and secure - Apply today!
www.rategenius.com



advertisement

**Streamline Government Refinance Program**
**2.25%**
2.875% APR
Continue >>
FHA.com

advertisement

| SELECT A LOAN TYPE | RATES AS LOW AS | APR | SELECT A LOAN TYPE | LOAN AMOUNT | PAYMENT |
|---|---|---|---|---|---|
| ☐ 30 Year Fixed | 3.25% | 3.427% | ☒ Refinance | $300k loan | $1,166/mo |
| ☐ 15 Year Fixed | 2.75% | 3.084% | ☐ Home Purchase | $150k loan | $583/mo |
| ☐ 5/1 ARM | 2.375% | 3.596% | | | |

lendingtree  Terms and conditions apply.

About us | Advertise with Bankrate | Partners | Press Room | Investor Relations | Free Content Center | Contact Us | Sitemap | Topics | Newsletters
Understanding Bankrate's rate averages
© 2012 Bankrate, Inc. All Rights Reserved.    Privacy Policy/Your California Privacy Rights | Terms of Use

http://www.bankrate.com/funnel/mortgages/mortgage-results.aspx?prods=1&zip=91361&ic...    7/1/2012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361-5749.

A true and correct copy of the foregoing document entitled: **DECLARATION OF PHILIS GROOMES-LOVE IN SUPPORT OF CONFIRMATION OF DEBTOR'S FOURTH AMENDED PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 5, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Gregory J Babcock    bknotice@mccarthyholthus.com
- Richard J Bauer    rbauer@mileslegal.com
- Deborah Conley    bkmail@prommis.com
- Philip D Dapeer    PhilipDapeer@AOL.com
- Mark Domeyer    mdomeyer@mileslegal.com
- Gerald S Kim    cdcaecf@bdfgroup.com
- Melanie C Scott    Melanie.Scott@usdoj.gov
- Timothy J Silverman    tim@sgsslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Les A Zieve    bankruptcy@zievelaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 5, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Philip D. Dapeer

Date: July 5, 2012    Philip D. Dapeer    Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**In re Philis Groomes-Love**
United States Bankruptcy Court – Central District of California
Case No.: 2:10-bk-40803-BB

SERVICE LIST

Adee Plumbing and Heating, Inc.
5457 Crenshaw Boulevard
Los Angeles, CA 90043-2496

Los Angeles Division
255 Temple Street
Los Angeles, CA 90012-3332

12000 Broadway HOA
c/o Wilshire Pacific Equities
PO Box 57063
Irvine, CA 92619-7063

American Express
PO Box 0001
Los Angeles, CA 90078-0001

ASC
PO Box 60768
Los Angeles, CA 90060-0768

Aurora Loan Services
2617 College Park
PO Box 1706
Scottsbluff, NE 69363-1706

Carolyn Jackson
44526 Carlin Avenue
Lynwood, CA 90262-5416

CBCS
PO Box 163250
Columbus, OH 43216-3250

Citbank
PO Box 469100
Escondido, CA 92046-9100

Citicorp Credit Services, Inc.
Payment Processing Center
PO Box 2695
Waterloo, IA 50704-2695

City of Los Angeles Municipal Svs.
PO Box 30808
Los Angeles, CA 90030-0808

City of Los Angeles
PO Box 53233
Los Angeles, CA 90053-0233

Countrywide Home Loans
PO Box 10219
Van Nuys, CA 91410-0219

Department of Water & Power
PO Box 30808
Los Angeles, CA 90030-0808

DirectTV
PO Box 78626
Phoenix, AZ 85062-8626

Gill Jarmond
1827 12th Avenue
Los Angeles, CA 90019-6017

Home Depot Credit Services
PO Box 6028
The Lakes, NV 88901-6028

Home Servicing
PO Box 79230
City of Industry, CA 91716-9230

James W. Groomes
120 East Maple Street
Compton, CA 90220-2313

Janice R. Groomes
2924 Magnolia Avenue
Lynwood, CA 90262

Los Angeles County Tax Collector
PO Box 54108
Los Angeles, CA 90054-0108

1

OCWEN  
PO Box 5440  
Carol Stream, IL 60197-6440

Sears Credit Cards  
PO Box 688956  
Des Moines, IA 50368-8956

Southern California Edison  
PO Box 600  
Rosemead, CA 91771-0001

Terminix  
PO Box 741592  
Cincinnati, OH 45274-2592

The Gas Company  
PO Box C  
Monterey Park, CA 91756-0001

United States Trustee  
725 South Figueroa Street  
26th Floor  
Los Angeles, CA 90017-5524

Wachovia Mortgage  
PO Box 7512  
Springfield, OH 45501-7512

Wells Fargo Credit Services  
PO Box 30086  
Los Angeles, CA 90030-0086

Willie Gaines  
4416 Charnela Ct.  
Las Vegas, NV 89130-5200

Philis Groomes-Love  
3929 Magnolia Avenue  
Lynwood, CA 90262

2