PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone:  (323) 954-9144
Facsimile:   (323) 954-0457

Reorganization counsel to Debtor-In-Possession
PHILIS GROOMES-LOVE

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PHILIS GROOMES-LOVE,<br><br>      Debtor-In-Possession. | Case No.: 2:10-bk-40803-BB<br><br>[Chapter 11]<br><br>**DECLARATION OF PHILIP D. DAPEER RE BALLOT TALLY AND IN SUPPORT OF CONFIRMATION OF DEBTOR'S FOURTH AMENDED PLAN OF REORGANIZATION**<br><br>Date:  July 19, 2012<br>Time:  10:00 a.m.<br>Ctrm:  1475 |

## DECLARATION OF PHILIP D. DAPEER

I, Philip D. Dapeer, declare:

1.  I am reorganization counsel to the debtor-in-possession, Philis Groomes-Love.

2.  In such capacity, I have personal knowledge of the facts set forth in this declaration and if called and sworn as a witness could and would competently testify thereto.

//

//

1     3.    I give this declaration in support of confirmation of the debtor's Fourth

2  Amended Plan of Reorganization.

3

4     4.    Following approval of the debtor's Fourth Amended Disclosure Statement,

5  declarant promptly submitted to the court an order for approval of the debtor's Fourth

6  Amended Disclosure Statement and setting schedule for confirmation of the Fourth

7  Amended Plan of Reorganization.  When the order approving the Fourth Amended

8  Disclosure Statement was entered by the court, declarant timely served all creditors, parties

9  in interest and the United States Trustee with a copy of that order, the approved Fourth

10  Amended Disclosure Statement, the proposed Fourth Amended Plan and a ballot conforming

11  to the official form ballot.  According to the scheduling order, objections to plan

12  confirmation were to have been filed and served by May 25, 2012.  The docket in this case

13  will reflect that there were no timely objections filed by any creditor or party in interest, and,

14  for that matter, there have been no late-filed objection from any creditor or party in interest.

15  Declarant has received no objections to confirmation of the plan from the United States

16  Trustee.

17

18     5.    Attached hereto, marked Exhibit "A" and incorporated herein by this reference,

19  is a copy of the order entered April 24, 2012, on the motion of the debtor for approval of the

20  Fourth Amended Disclosure Statement.  Declarant complied with paragraph 2 of the order by

21  mailing to all creditors, parties and interest and the United States Trustee the approved

22  Fourth Amended Disclosure Statement, the Fourth Amended Plan, the order approving the

23  disclosure statement and a form ballot for voting on the plan by creditors and parties in

24  interest on April 23, 2012.  Because the order was not entered until April 24, 2012, declarant

25  served creditors, parties in interest and the United States Trustee with the proposed order as

26  lodged by declarant with the court.  The order appears at docket entry 153.

27

28

DECLARATION RE BALLOT TALLY AND IN SUPPORT OF FOURTH AMENDED PLAN

6.    As of this date, declarant has not received any ballots from any of the secured creditors. Declarant has received three ballots from general unsecured creditors, one ballot voting in favor of the plan and two ballots voting to reject the plan. True copies of the ballots are attached collectively as Exhibit "B" hereto.

7.    With respect to the Class 2(a) secured claim, being the impaired secured claim on the debtor's principal residence, that matter has been fully resolved by stipulation and order entered January 18, 2012. By that stipulation, the secured creditor, Aurora Loan Services, LLC, voted to accept the plan, and the provisions of the stipulation have already been incorporated in the present version of the plan. A copy of that order approving the stipulation entered January 18, 2012, is attached as Exhibit "C" hereto.

8.    With respect to the Class 5(b) claim of Bank of America, the secured creditor made a timely election pursuant to 11 U.S.C. section 1111(b) and proposed to the debtor a stream of payments at 0% interest over 30 years. A copy of the proposed stipulation for plan treatment that declarant received from Mark T. Domeyer, counsel for the secured creditor, is attached as Exhibit "D" hereto. However, debtor has instructed declarant that the proposed treatment under section 1111(b) was not economical in relation to the income that the debtor derives from the board and care facility that she operates at the property. Consequently, debtor has elected to abandon the property back to the secured creditor, and debtor moves the court for an order permitted her to amend the plan accordingly. Declarant notified Mr. Domeyer of the debtor's election to abandon the property back to the secured lender, and Mr. Domeyer informed declarant that he is awaiting instructions from his client with respect to the abandonment issue. Declarant understands that Bank of America may very well propose an alternative treatment to the debtor that will enable her to retain the property on terms that would make retention financially feasible for the debtor. However, as of the date of this declaration, there is no alternative treatment that has been agreed to by stipulation between the debtor and Bank of America.

9.    With respect to the Class 5(a) claim, as discussed in debtor's ex parte application for a continuance of hearing on plan confirmation, declarant had been in communication with attorney Gerald S. Kim representing the secured lender. An issue regarding the chain of title to the Shoreline Drive property had arisen, and declarant received from the debtor certain title documents which declarant believed resolved the question that had been raised by Mr. Kim. That documentation was forwarded to Mr. Kim, and on June 27, 2012, in a telephone conversation that declarant had with Mr. Kim, he confirmed that the title documents that he received from declarant had been forwarded to his client, and he believed that the matter had been resolved. In that telephone conversation, Mr. Kim told declarant that his client accepted the treatment proposed in the plan at a 5% interest rate for the Class 5(a) claim. An interest rate of 5% on the new loan is acceptable to the debtor, and Mr. Kim authorized declarant to represent to the court that the Class 5(a) secured creditor votes to accept the plan. Declarant confirmed the June 27, 2012, telephone conversation with Mr. Kim by e-mail, a true copy of which is attached as Exhibit "E" hereto and incorporated herein by this reference. The order granting the debtor's ex parte application for a continuance of the hearing on plan confirmation, entered June 6, 2012, is attached as Exhibit "F" hereto and incorporated herein by this reference.

10.    With respect to the Class 5(c), (d) and (e) claims of secured creditors, declarant is still waiting to hear from the lenders' counsel regarding the proposals that the debtor has made to resolve the treatment of those claims by a consensual stipulation. Reference is made to the ex parte application filed by debtor on June 1, 2012, docket entry 154. Although declarant has been in regular communication with counsel for the lenders, it appears to take at least a week or longer for declarant to have any communication with the lenders' counsel regarding their clients' position. Declarant is optimistic that a consensual resolution of those claims will be reached as of the hearing date for plan confirmation, but the matter is not yet resolved as of the date of this declaration. Declarant has now proposed a discount rate of 2% on the Class 5(c) 11 U.S.C. section 1111(b) election, a 5% interest rate on the Class 5(d) loan

DECLARATION RE BALLOT TALLY AND IN SUPPORT OF FOURTH AMENDED PLAN

1   and 5% interest rate on the Class 5(e) loan.  During the past week, declarant had

2   communications with attorney Daniel Singer, representing the lenders holding the Class 5(c)

3   and (d) claims, and Ms. Debbie Gomez, of the law firm Solomon, Grindle, Silverman &

4   Wintringer, representing the holder of the Class 5(e) claims.  Declarant has been

5   communicating with those representatives of the lenders, as set out in the moving papers on

6   debtor's ex parte application filed June 1, 2012.  At the hearing on plan confirmation,

7   declarant will ask that the debtor's proposed Fourth Amended Plan be amended to provide

8   for the increased interest and discount rates proposed by debtor to the holders of the Class

9   5(c), (d) and (e) claims.  Declarant obtained the consent of the debtor to offer the increased

10  interest rates, and debtor's accountant confirmed to declarant by e-mail communication that

11  the increased interest rates were feasible based upon debtor's income and expense

12  projections that are the basis for the plan as set out in the debtor's Fourth Amended

13  Disclosure Statement.

14

15      11.   In summary, as of the date of this disclosure statement, Class 2(a) has voted to

16  accept the plan, Class 5(a) has voted to accept the plan, Class 5(b) is not impaired because

17  debtor has now elected to abandon the property back to the secured lender who will be able

18  to exercise all of its rights under the underlying loan documents, and Classes 5(c), 5(d) and

19  5(e) have presented no objection to the plan and declarant has set forth above the state of the

20  negotiations with those lenders regarding the payment of an increased interest rate for

21  purposes of reaching a consensual treatment of those claims.  Based upon the ballots that

22  declarant has received from general unsecured creditors, the Class 6 general unsecured

23  creditors have voted to reject the plan.

24

25      Executed at Westlake Village, California this 5 day of July, 2012.

26

27

28

DECLARATION RE BALLOT TALLY AND IN SUPPORT OF FOURTH AMENDED PLAN

1        I declare under penalty of perjury under the laws of the United States of America that

2    the foregoing is true and correct.

3                                                  _____

4                                          PHILIP D. DAPEER

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION RE BALLOT TALLY AND IN SUPPORT OF FOURTH AMENDED PLAN

PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone:  (323) 954-9144
Facsimile:  (323) 954-0457

Attorney for Debtor-In-Possession
PHILIS GROOMES-LOVE

FILED & ENTERED

APR 24 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re:

PHILIS GROOMES-LOVE,

    Debtor-In-Possession.

Case No.: 2:10-bk-40803-BB

[Chapter 11]

**ORDER ON MOTION FOR APPROVAL OF FOURTH AMENDED DISCLOSURE STATEMENT**

Date:  March 21, 2012
Time:  10:00 a.m.
Ctrm:  1475

    The motion of debtor-in-possession Philis Groomes-Love for approval of her Third Amended Disclosure Statement came on for hearing before the undersigned on March 21, 2012, at 10:00 a.m. in courtroom 1475.  The appearances were as noted in the record of the proceedings.  The court having considered the Third Amended Disclosure Statement describing the debtor's Third Amended Plan, the objections of certain creditors that had been timely filed, and the statements of counsel at the hearing, and good cause appearing therefore, the court concludes that the objections filed to the Third Amended Disclosure Statement raised issues that are confirmation objections, but not objections to the Disclosure Statement.  The court recited into the record certain formatting changes that the court wanted the debtor to make to the Plan in order to make the Plan more easily readable.

1

The court **APPROVES** the debtor's Disclosure Statement on condition that the formatting changes to the Plan are made as reflected in the record of the proceedings.  Based upon the approval of the debtor's Disclosure Statement as containing adequate information, the court sets the following schedule:

1.    On or before **April 9, 2012**, the debtor shall file a Fourth Amended Disclosure Statement and Plan reflecting the formatting changes requested by the court at the hearing on approval of the debtor's Disclosure Statement.  Concurrently therewith, debtor's counsel shall lodge a proposed order approving the debtor's Fourth Amended Disclosure Statement.

2.    On or before **April 23, 2012**, debtor shall mail out to all creditors and parties in interest the approved Fourth Amended Disclosure Statement and Fourth Amended Plan, the order approving the disclosure statement, and a form ballot for voting on the Plan by creditors and parties in interest.

3.    The court sets **May 25, 2012**, as the last day for creditors and parties in interest to return their ballots to debtor's counsel and/or file any objections to confirmation of the debtor's Plan.

4.    The debtor's confirmation memorandum, ballot tally and any and all declarations and/or other evidence offered by debtor in support of Plan confirmation shall be served and filed on or before **June 4, 2012**.

5.    The hearing on Plan confirmation shall take place on **June 14, 2012, at 10:00 a.m. in courtroom 1475.**

6.    The court sets a further status conference in this case for **June 14, 2012, at 10:00 a.m.** in courtroom 1475, and the debtor is excused from having to file a status conference report in connection therewith.

####

DATED: April 24, 2012

_____
United States Bankruptcy Judge

| In re: PHILIS GROOMES-LOVE, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-40803-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361-5749.

A true and correct copy of the foregoing document described **ORDER ON MOTION FOR APPROVAL OF THIRD AMENDED DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 23, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On March 23, 2012, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

United States Trustee (LA)
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017-5524

The Honorable Sheri Bluebond
United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012

☐ Service information continued on attached page

1

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____     /s/ **Philip D. Dapeer**

Date:  March 23, 2012     Philip D. Dapeer     Signature

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER ON MOTION FOR APPROVAL OF THIRD AMENDED DISCLOSURE STATEMENT** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 23, 2012, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Gregory J Babcock    bknotice@mccarthyholthus.com
Richard J Bauer    rbauer@mileslegal.com
Deborah Conley    bkmail@prommis.com
Philip D Dapeer    PhilipDapeer@AOL.com
Mark Domeyer    mdomeyer@mileslegal.com
Gerald S Kim    cdcaecf@bdfgroup.com
Melanie C Scott Melanie.Scott@usdoj.gov
Timothy J Silverman    tim@sgsslaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Darlene C Vigil    cdcaecf@bdfgroup.com
Les A Zieve    bankruptcy@zievelaw.com

☐    Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒    Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*        **F 9021-1.1.NOTICE.ENTERED.ORDER**

**In re: Philis Groomes-Love**

United States Bankruptcy Court – Central District of California

Case No.: 2:10-bk-40803-BB

SERVICE LIST

| | | |
|---|---|---|
| Adee Plumbing and Heating, Inc.<br>5457 Crenshaw Boulevard<br>Los Angeles, CA 90043-2496 | Los Angeles Division<br>255 Temple Street<br>Los Angeles, CA 90012-3332 | 12000 Broadway HOA<br>c/o Wilshire Pacific Equities<br>PO Box 57063<br>Irvine, CA 92619-7063 |
| American Express<br>PO Box 0001<br>Los Angeles, CA 90078-0001 | ASC<br>PO Box 60768<br>Los Angeles, CA 90060-0768 | Aurora Loan Services<br>2617 College Park<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 |
| Carolyn Jackson<br>44526 Carlin Avenue<br>Lynwood, CA 90262-5416 | CBCS<br>PO Box 163250<br>Columbus, OH 43216-3250 | Citbank<br>PO Box 469100<br>Escondido, CA 92046-9100 |
| Citicorp Credit Services, Inc.<br>Payment Processing Center<br>PO Box 2695<br>Waterloo, IA 50704-2695 | City of Los Angeles<br>Municipal Svs.<br>PO Box 30808<br>Los Angeles, CA 90030-0808 | City of Los Angeles<br>PO Box 53233<br>Los Angeles, CA 90053-0233 |
| Countrywide Home Loans<br>PO Box 10219<br>Van Nuys, CA 91410-0219 | Department of Water & Power<br>PO Box 30808<br>Los Angeles, CA 90030-0808 | DirectTV<br>PO Box 78626<br>Phoenix, AZ 85062-8626 |
| Gill Jarmond<br>1827 12th Avenue<br>Los Angeles, CA 90019-6017 | Home Depot Credit Services<br>PO Box 6028<br>The Lakes, NV 88901-6028 | Home Servicing<br>PO Box 79230<br>City of Industry, CA 91716-9230 |
| James W. Groomes<br>120 East Maple Street<br>Compton, CA 90220-2313 | Janice R. Groomes<br>2924 Magnolia Avenue<br>Lynwood, CA 90262 | Los Angeles County Tax Collector<br>PO Box 54108<br>Los Angeles, CA 90054-0108 |
| OCWEN<br>PO Box 5440<br>Carol Stream, IL 60197-6440 | Sears Credit Cards<br>PO Box 688956<br>Des Moines, IA 50368-8956 | Southern California Edison<br>PO Box 600<br>Rosemead, CA 91771-0001 |

1

2

3

Terminix
PO Box 741592
Cincinnati, OH 45274-2592

The Gas Company
PO Box C
Monterey Park, CA 91756-0001

United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017-5524

4

5

6

Wachovia Mortgage
PO Box 7512
Springfield, OH 45501-7512

Wells Fargo Credit Services
PO Box 30086
Los Angeles, CA 90030-0086

Willie Gaines
4416 Charnela Ct.
Las Vegas, NV 89130-5200

7

8

9

Philis Groomes-Love
3929 Magnolia Avenue
Lynwood, CA 90262

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  PHILIP D. DAPEER (State Bar No. 53378)
   PHILIP D. DAPEER
2  A Law Corporation
   2625 Townsgate Road, Suite 330
3  Westlake Village, California 91361-5749
   Telephone: (323) 954-9144
4  Facsimile: (323) 954-0457

5  Attorney for Debtor-In-Possession
   PHILIS GROOMES-LOVE
6

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10

11 In re:                          Case No.: 2:10-bk-40803-BB

12 PHILIS GROOMES-LOVE,            [Chapter 11]

13     Debtor-In-Possession.       CLASS [   ] BALLOT FOR
                                   ACCEPTING OR REJECTING PLAN
                                   OF REORGANIZATION
14

15

16     Debtor-In-Possession, as the Proponent, filed a Plan of reorganization dated April 6,

17 2012, (the "Plan") in this case. The court has approved a Fourth Amended Disclosure

18 Statement with respect to the Plan (the "Disclosure Statement"). The Fourth Amended

19 Disclosure Statement provides information to assist you in deciding how to vote your ballot.

20 If you do not have a Fourth Amended Disclosure Statement, you may obtain a copy from

21 Philip D. Dapeer, a law corporation, 2625 Townsgate Road, Suite 330, Westlake Village,

22 California 91361, (323) 954-9144, the Proponent's attorney. Court approval of the

23 Disclosure Statement does not indicate approval of the Plan by the court.

24

25     You should review the Fourth Amended Disclosure Statement and the Plan before

26 you vote. You may wish to seek legal advice concerning the plan and your classification and

27 treatment under the Plan. Your claim has been placed in Class ___ under the Plan. If you

28

                           1        意  B

1  hold claims or equity interest in more than one class, you will receive a ballot for each class

2  in which you are entitled to vote.

3

4      If your ballot is not received by Philip D. Dapeer, a law corporation, 2625 Townsgate

5  Road, Suite 330, Westlake Village, California 91361 the address of the Proponent's attorney,

6  on or before May 25, 2012, and such deadline is not extended, your vote will not count as

7  either an acceptance or rejection of the Plan.

8

9      If the Plan is confirmed by the bankruptcy court it will be binding on you whether or

10  not you vote.

11

12  **Acceptance or Rejection of the Plan**

13

14      The undersigned, the holder of a Class 6b claim against the debtor in the unpaid

15  amount of $15,533.83 dollars.

16  (Check one box only):

17  ☒  accepts the Plan.

18  ☐  rejects the Plan.

19

20  Dated: 5/8/12

21

22  Print or Type Name:

23  Janet Samuelson

24  Signature:

25  Janet Samuelson

26  Title: (If corporation, partnership or other entity)

27  Bankruptcy Specialist

28

BALLOT FOR ACCPETING OR REJECTING THE PLAN

Address:

*Wells Fargo Card Services*

*Po Box 9210*

*Des Moines IA 50306*

RETURN THIS BALLOT TO:

Philip D. Dapeer
Philip D. Dapeer, A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

DATED: April ___, 2012

PHILIP D. DAPEER
A Law Corporation

_____
PHILIP D. DAPEER

Attorney for Debtor-In-Possession
PHILIS GROOMES-LOVE

3

1   hold claims or equity interest in more than one class, you will receive a ballot for each class

2   in which you are entitled to vote.

3

4        If your ballot is not received by Philip D. Dapeer, a law corporation, 2625 Townsgate

5   Road, Suite 330, Westlake Village, California 91361 the address of the Proponent's attorney,

6   on or before May 25, 2012, and such deadline is not extended, your vote will not count as

7   either an acceptance or rejection of the Plan.

8

9        If the Plan is confirmed by the bankruptcy court it will be binding on you whether or

10  not you vote.

11

12  **Acceptance or Rejection of the Plan**

13

14       The undersigned, the holder of a Class _IB_ claim against the debtor in the unpaid

15  amount of _3172.98_ dollars.

16       (Check one box only):

17       ☐   accepts the Plan.

18       ☒   rejects the Plan.

19

20  Dated: _5·18·12_

21

22  Print or Type Name:

23  _Lisa Rogers_

24  Signature:

25                          LISA ROGERS
                            ASSISTANT VICE PRESIDENT
                            GEID: 1000256553
26                          Citibank, N.A.
    Title: (If corporation, partnership or other)  7930 NW 110th St.
                            Kansas City, MO 64153
                            lisa.rogers@citi.com
27                          (816) 420-4618

28

2

1   Address:

2   _____

3   _____

4   _____

5   RETURN THIS BALLOT TO:

6

7   Philip D. Dapeer
    Philip D. Dapeer, A Law Corporation
8   2625 Townsgate Road, Suite 330
    Westlake Village, CA 91361
9

10  DATED: April ___, 2012            PHILIP D. DAPEER
                                      A Law Corporation
11
                                      _____
12                                    PHILIP D. DAPEER

13                                    Attorney for Debtor-In-Possession
                                      PHILIS GROOMES-LOVE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  PHILIP D. DAPEER (State Bar No. 53378)
   PHILIP D. DAPEER
2  A Law Corporation
   2625 Townsgate Road, Suite 330
3  Westlake Village, California 91361-5749
   Telephone: (323) 954-9144
4  Facsimile: (323) 954-0457

5  Attorney for Debtor-In-Possession
   PHILIS GROOMES-LOVE
6

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10  In re:                              Case No.: 2:10-bk-40803-BB

11  PHILIS GROOMES-LOVE,                [Chapter 11]

12      Debtor-In-Possession.          CLASS [6P] BALLOT FOR
13                                      ACCEPTING OR REJECTING PLAN
                                        OF REORGANIZATION
14

15

16      Debtor-In-Possession, as the Proponent, filed a Plan of reorganization dated April 6,

17  2012, (the "Plan") in this case. The court has approved a Fourth Amended Disclosure

18  Statement with respect to the Plan (the "Disclosure Statement"). The Fourth Amended

19  Disclosure Statement provides information to assist you in deciding how to vote your ballot.

20  If you do not have a Fourth Amended Disclosure Statement, you may obtain a copy from

21  Philip D. Dapeer, a law corporation, 2625 Townsgate Road, Suite 330, Westlake Village,

22  California 91361, (323) 954-9144, the Proponent's attorney. Court approval of the

23  Disclosure Statement does not indicate approval of the Plan by the court.

24

25      You should review the Fourth Amended Disclosure Statement and the Plan before

26  you vote. You may wish to seek legal advice concerning the plan and your classification and

27  treatment under the Plan. Your claim has been placed in Class 6P under the Plan. If you

28

                                        1

1   hold claims or equity interest in more than one class, you will receive a ballot for each class

2   in which you are entitled to vote.

3

4       If your ballot is not received by Philip D. Dapeer, a law corporation, 2625 Townsgate

5   Road, Suite 330, Westlake Village, California 91361 the address of the Proponent's attorney,

6   on or before May 25, 2012, and such deadline is not extended, your vote will not count as

7   either an acceptance or rejection of the Plan.

8

9       If the Plan is confirmed by the bankruptcy court it will be binding on you whether or

10  not you vote.

11

12  **Acceptance or Rejection of the Plan**

13

14      The undersigned, the holder of a Class _6 B_ claim against the debtor in the unpaid

15  amount of _8301. 7 6_ dollars.

16      (Check one box only):

17      ☐    accepts the Plan.

18      ☒    rejects the Plan.

19

20  Dated: _5·18·12_

21

22  Print or Type Name:

23  _Lisa Rogers_

24  Signature:                              **LISA ROGERS**
                                            **ASSISTANT VICE PRESIDENT**
25                                          GEID: 1000256553
                                            Citibank, N.A.
26  Title: (If corporation, partnership or other entity) 7930 NW 110th St.
                                            Kansas City, MO 64153
                                            lisa.rogers@citi.com
27                                          (816) 420-4618

28

2

BALLOT FOR ACCEPTING OR REJECTING THE PLAN

1    Address:

2    _____

3    _____

4    _____

5    RETURN THIS BALLOT TO:

6
     Philip D. Dapeer
7    Philip D. Dapeer, A Law Corporation
8    2625 Townsgate Road, Suite 330
     Westlake Village, CA 91361
9

10   DATED: April ___, 2012               PHILIP D. DAPEER
                                          A Law Corporation
11
                                          _____
12                                        PHILIP D. DAPEER

13                                        Attorney for Debtor-In-Possession
                                          PHILIS GROOMES-LOVE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1 | Ja Vonne M. Phillips, Esq. SBN 187474
2 | Gregory J. Babcock, Esq. SBN 260437
**McCarthy & Holthus, LLP**
3 | 1770 Fourth Avenue
San Diego, CA 92101
4 | Phone (877) 369-6122
5 | Fax (619) 685-4810

6 | Attorney for: Aurora Loan Services LLC, its assignees and/or successors, and/or the
7 | servicing agent Aurora Bank FSB

```
┌─────────────────────────────┐
│     FILED & ENTERED         │
│                             │
│        JAN 18 2012          │
│                             │
│  CLERK U.S. BANKRUPTCY COURT│
│  Central District of California│
│  BY milapp   DEPUTY CLERK   │
└─────────────────────────────┘
```

CHANGES MADE BY COURT

10 | UNITED STATES BANKRUPTCY COURT
11 | CENTRAL DISTRICT OF CALIFORNIA
12 | LOS ANGELES DIVISION

13 |
14 | In re: ) Case No.  2:10-bk-40803-BB
      )
15 | Philis Groomes-Love, ) Chapter 11
      )
16 |         Debtor. )
      )
17 |      ) **ORDER APPROVING STIPULATION TO**
      ) **RESOLVE DEBTOR'S MOTION FOR**
18 |      ) **ORDER VALUING THE DEBTOR'S**
      ) **PRINCIPAL RESIDENCE (Docket 133)**
19 |      ) **and PROVIDE CONSENSUAL PLAN**
      ) **TREATMENT OF SECURED CLAIM**
20 |      )
21 |      ) Hearing Date: 1/19/2012
      ) Hearing Time: 02:00 PM
22 |      ) Courtroom:    1475
      ) Place:        255 E. Temple Street
23 |      )                Los Angeles, CA 90012
      )
24 |      )
      )
25 |      )
      )
26 |      )
      )
27 | _____ )
28 |
29 |

File No. CA-10-33511
Order on Stipulation, Case No.  2:10-bk-40803-BB

006046                        51904006052017

1   The Court having reviewed the **STIPULATION TO RESOLVE DEBTOR'S**

2   **MOTION FOR ORDER VALUING THE DEBTOR'S PRINCIPAL RESIDENCE (Docket**

3   **133) and PROVIDE CONSENSUAL PLAN TREATMENT OF SECURED CLAIM** by and

4   between Aurora Loan Services LLC, its assignees and/or successors, and the servicing agent

5   Aurora Bank FSB ("Aurora") by and through its counsel of record, Gregory J. Babcock of

6   McCarthy & Holthus, LLP, on the one hand, and debtor Philis Groomes-Love, ("Debtor") by and

7   through her attorney of record Philip D. Dapeer of Philip Dapeer, a Law Corporation, on the

8   other, filed on **01/17/2012** as document #140 (the "Stipulation"), and good cause appearing

9   therefor,

    **IT IS HEREBY ORDERED** as follows:

10      1. The Stipulation is approved.

11      2. The Court finds that the value of the real property at **3924-3926 Magnolia Avenue,**

12  **Lynwood, CA 90262** ("Property") shall be $376,500.00 for plan purposes.

13
        3. The debtor shall modify its chapter 11 plan of reorganization and any amended

14
    version thereof, as well as the accompanying disclosure statement, to provide the following

15
    treatment for Aurora's secured claim (currently Class 2(c)):

16

17      Secured Claim of: Aurora Loan Services LLC, its assignees and/or successors, and the

18  servicing agent Aurora Bank FSB ("Aurora")

19      Property Address or description of collateral: 3924-3926 Magnolia Avenue, Lynwood,

20  CA 90262.

21      Priority of Lien: First

22      Amount of Arrearages: $55,475.05 per Proof of Claim 9-1 filed 9/27/2010

23
        Total amount of allowed claims as of 1/10/12: $367,500

24

25      Monthly Cure Amount of: N/A

26      Monthly Regular Payment Amount: $1,972.82 (comprised of Principal and Interest)

27      Total Monthly Payments: $1,972.82 (comprised of Principal and Interest)

28      Total Amount of Payments (over time) to satisfy the secured claim: $710,215.20

29                                              2                    File No. CA-10-33511
                                                       Order on Stipulation, Case No.  2:10-bk-40803-BB

Interest rate (to compensate creditor because claim is paid over time): 5.0%

First payment date: Effective Date

Amount of each installment: $1,972.82 (comprised of Principal and Interest)

Frequency of payments: Monthly

Total yearly payments: $23,673.84

Final payment date: the first of the month of the 360 months after the effective date (e.g. Effective Date April 1, 2012, Final Payment Date March 1, 2042).

Monthly payments will be due on the first of the month. Aurora shall place a monthly escrow for taxes and insurance on the Property, for which the Debtor shall remain fully responsible in paying as part of Debtor's monthly payment amount. Notwithstanding anything to the contrary in this Chapter 11 Plan of Reorganization, with exception of the modification of the payment terms as set forth in this Class treatment, the terms, conditions and covenants of the Promissory Note, Deed of Trust and all related security agreements shall not be modified. Aurora shall retain its lien on the Property until paid in full as provided in the Chapter 11 Plan of Reorganization.

4. At the reasonable request of Aurora, the Debtor shall execute such documents and instruments as are reasonably necessary to reflect to the Debtor as the borrower of the secured claim, and to modify the terms of the obligation to conform to the provisions of this Stipulation.

5. The debtor shall not propose a plan of reorganization, an amended plan of reorganization or a confirmation order that modifies, alters or changes the foregoing proposed treatment without the express written consent of Aurora, filed with the Court.

6. The debtor shall not sell the Property prior to confirming a plan of reorganization for an amount less than the amount necessary to enable the debtor to pay all outstanding amounts due Aurora under the terms of the Promissory Note without Aurora's express written consent.

File No. CA-10-33511
Order on Stipulation, Case No.  2:10-bk-40803-BB

51904006052026

7. Provided the debtor complies with the terms of the Stipulation, Aurora agrees to vote in favor of the Debtor's Chapter 11 Plan of Reorganization.

***

DATED: January 18, 2012

_____
United States Bankruptcy Judge

File No. CA-10-33511
Order on Stipulation, Case No. 2:10-bk-40803-BB

4

| In re: Philis Groomes-Love,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:10-bk-40803-BB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document described <u>ORDER ON STIPULATION TO RESOLVE DEBTOR'S MOTION FOR ORDER VALUING THE DEBTOR'S PRINCIPAL RESIDENCE (Docket 133) and PROVIDE CONSENSUAL PLAN TREATMENT OF SECURED CLAIM</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/18/2012** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **1/18/2012** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

DEBTOR - Philis Groomes-Love, 3929 Magnolia Ave,  Lynwood, CA 90262

JUDGE'S COPY - The Honorable Judge, Sheri Bluebond, United States Bankruptcy Court - Los Angeles Division, 255 E. Temple Street, Suite 1482, Los Angeles, CA, 90012

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____.I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

UNITED STATES TRUSTEE
ustpregion16.la.ecf@usdoj.gov

COUNSEL FOR UST
hatty.yip@usdoj.gov
russell.clementson@usdoj.gov

COUNSEL FOR DEBTOR
Philip D Dapeer
PhilipDapeer@AOL.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/18/2012 | Warb Wilcox | /s/ Warb Wilcox |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

| | |
|---|---|
| In re: Philis Groomes-Love,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:10-bk-40803-BB |

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) ORDER ON STIPULATION TO RESOLVE DEBTOR'S MOTION FOR ORDER VALUING THE DEBTOR'S PRINCIPAL RESIDENCE (Docket 133) and PROVIDE CONSENSUAL PLAN TREATMENT OF SECURED CLAIM was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  1/18/2012  , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

UNITED STATES TRUSTEE
ustpregion16.la.ecf@usdoj.gov

COUNSEL FOR UST
hatty.yip@usdoj.gov
russell.clementson@usdoj.gov

COUNSEL FOR DEBTOR
Philip D Dapeer
PhilipDapeer@AOL.com

McCarthy & Holthus, LLP
bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

DEBTOR - Philis Groomes-Love, 3929 Magnolia Ave, Lynwood, CA 90262

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

006046    51904006052035

006046

51904006052044

FRI-51904 0973-2 pdf031 10-40803
Philip D Dapeer
2625 Townsgate Rd
Ste 330
Westlake Village, CA  91361

006046  6046 1 AT 0.362  91361  9 5  6927-1-6046

Philip D Dapeer
2625 Townsgate Rd Ste 330
Westlake Village, CA  91361-5749

006046    51904006052044

1   Richard J. Bauer, Jr., Esq. SBN 147314
    Mark T. Domeyer, Esq. SBN 135008
2   MILES, BAUER, BERGSTROM & WINTERS, LLP
    1231 E. Dyer Road, Suite 100
3   Santa Ana, CA  92705
    (714) 481-9100 / FAX (714) 481-9144
4   File No. 10-03272

5   Attorneys for Secured Creditor,
    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE
6   FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., ASSET-BACKED CERTIFICATES,
    SERIES 2007-3

7

8

                    **UNITED STATES BANKRUPTCY COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
                        **LOS ANGELES DIVISION**
10

11  | In re:                                          | Case No.: 2:10-BK-40803-BB |

    PHILIS GROOMES-LOVE,                               Chapter 11
12
               Debtor.                                 **STIPULATION FOR PLAN**
13  _____                   **TREATMENT**
    THE BANK OF NEW YORK MELLON FKA
14  THE BANK OF NEW YORK, AS TRUSTEE                   **Hearing –**
    FOR THE CERTIFICATEHOLDERS OF                      Date:   June 14, 2012
15  CWMBS, INC., ASSET-BACKED                          Time:   10:00 A.M.
    CERTIFICATES, SERIES 2007-3,                       Place:  U.S. BANKRUPTCY COURT
16                                                             255 E. Temple Street
               Secured Creditor,                               Los Angeles, CA  90012
17                                                             Courtroom 1475
                     vs.
18
    PHILIS GROOMES-LOVE, Debtor;
19
               Respondent.
20  _____

21          IT IS HEREBY STIPULATED BY AND BETWEEN Secured Creditor, THE BANK

22  OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE

23  CERTIFICATEHOLDERS OF CWMBS, INC., ASSET-BACKED CERTIFICATES, SERIES

24  2007-3 ("Secured Creditor"), through its counsel, Mark T. Domeyer, Esq., of the law firm of

                                          1

                                          D

1  Miles, Bauer, Bergstrom & Winters, LLP, attorneys of record for Secured Creditor, and Debtor,

2  PHILIS GROOMES-LOVE, through his counsel, PHILIP D. DAPEER, as follows:

3       IT IS HEREBY STIPULATED that Secured Creditor filed a proof of claim in this case in

4  the amount of $557,555.59 on October 12, 2010 as Claim #10.

5       IT IS HEREBY STIPULATED that the Debtor filed a motion to value and the Secured

6  Creditor originally opposed the valuation of the value of the real property located at **12010**

7  **South Broadway, Los Angeles, CA  90061** (the "Property") and the parties hereby stipulate and

8  agree that the fair market value of the Property shall be $192,000.00 for purposes of Chapter 11

9  Plan confirmation.

10      IT IS HEREBY STIPULATED that Secured Creditor elects in accordance with 11 U.S.C.

11  § 1111(b) to have its allowed claim treated as fully secured notwithstanding the value of the

12  Property and the Secured Creditor and Debtor agree that in accordance with the election the

13  Secured Creditor's claim will be treated as fully secured and the parties further stipulate and

14  agree that in accordance with the election the Debtor will pay 0.0% interest on the allowed

15  secured claim amount and Secured Creditor agrees to accept payments calculated by dividing

16  claim amount by the term as providing "present value" with no interest to be paid on the 506

17  value.  Instead the stream of payments pursuant to the election will be calculated by dividing the

18  claim in the amount of $557,555.59 by a term of 360 months, with a resulting monthly payment

19  of $1,548.77.

20      IT IS HEREBY STIPULATED that since the Debtor will not be paying interest on the

21  value of the collateral or the claim there will be no duty of the Secured Creditor to issue post-

22  confirmation 1099 forms to the reorganized Debtor.

23      IT IS FURTHER STIPULATED that the Debtor will be responsible for future post-

24  petition taxes and insurance on the subject Property and except as specifically modified by the

1  Plan the loan contract between the Debtor and the Class 5(b) Secured Creditor shall remain in

2  force.

3        IT IS FURTHER STIPULATED that in order to eliminate any ambiguity as to whether

4  there is a material default under the plan in the obligations to the Class 5(b) Claimant the parties

5  agree to define "material default" and that following default provisions shall apply to the Class

6  5(b) Secured Creditor and shall be deemed a part of the Plan treatment accorded to the Class 5(b)

7  Secured Creditor:

8  Material Default Defined and Default Provisions

9  **Creditor Actions Restrained**.  Creditors may not take any action to enforce either pre-
   confirmation obligations or obligations under the Plan, so long as the Debtor is not in Material

10  Default under the Plan.  If the Debtor is in default under the Plan, than affected creditors may: (i)
    take any action permitted under non-bankruptcy law to enforce the terms of the Plan; or (ii)

11  move to dismiss the case or to convert this case to a Chapter 7 case.

12  **Material Default Defined**.  If Debtor fails to make any payment required under the Plan or to
    perform any other obligation required under the Plan, the affected creditor may serve upon the

13  Debtor and the Debtor's attorney (if any) a written notice of the default.  The Debtor is in
    Material Default under the Plan if the Debtor fails within 21 days of the service of such notice of

14  default either: (i) to cure the default; or (ii) to obtain from the Court an extension of time to cure
    the default or a determination that no default occurred.

15

16  IT IS SO STIPULATED:

17

18                              MILES, BAUER, BERGSTROM & WINTERS, LLP

19  DATED:_____     _____

20                              Mark T. Domeyer, Esq.
                                Attorneys for Secured Creditor

21  DATED:_____     _____

22                              Philip Dapeer
                                Attorney for Debtor

23

24

                                       3

1

## **PROOF OF SERVICE**

2        I, _____, certify that I am a resident of Orange County, I am over the

3   age of eighteen (18) and not a party to the within action, and that my business address is: 1231 E.

4   Dyer Road, Suite 100, Santa Ana, CA 92705.

5        On _____, I served the within **STIPULATION FOR PLAN**

6   **TREATMENT** on all interested parties in this proceeding by placing a true and correct copy

7   thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Santa

8   Ana, California, addressed as follows:

9   

| DEBTOR: | ATTORNEY FOR DEBTOR: |
|---|---|
| Philis Groomes-Love | Philip D. Dapeer |
| 3924 Magnolia Ave. | 2625 Townsgate Road, Suite 330 |
| Lynwood, CA 90262-5254 | Westlake Village, CA 91361-5749 |
| | |
| | U.S. TRUSTEE: |
| | United States Trustee (LA) |
| | 725 South Figueroa Street, 26th Floor |
| | Los Angeles, CA 90017 |

14        I certify that I am employed in the Office of a Member of the Bar at whose direction the

15   Service was made.

16        I declare under penalty of perjury that the foregoing is true and correct.

17        Executed this _____, at Santa Ana, California.

18

19   _____

10-03272/cdmisc.dot/rma

20

21

22

23

24

4

## Philip Dapeer

| | |
|---|---|
| **From:** | Philip Dapeer |
| **Sent:** | Wednesday, June 27, 2012 2:32 PM |
| **To:** | Gerald S. Kim (GeraldK@bdfgroup.com) |
| **Cc:** | mshelley.mjs@gmail.com |
| **Subject:** | Groomes-Love |

This follows our telephone conversation a moment ago. You authorized me to represent to the court in my confirmation brief that your client accepts the treatment proposed in the plan but at a 5% interest rate for the class 5(a) claim. You are simply awaiting approval of the title documents I sent you when the title issue was first raised. Thank you. I await your advice that the title issue has now been resolved.

Very truly yours,

*Philip D. Dapeer*

**LAW OFFICES OF PHILIP D. DAPEER**
A Law Corporation
Offices in Beverly Hills & Westlake Village
(323) 954 9144 & (805) 557-7001

*E*

PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone: (323) 954-9144
Facsimile: (323) 954-0457

Reorganization counsel to Debtor-In-Possession
PHILIS GROOMES-LOVE

FILED & ENTERED

JUN 06 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re:

PHILIS GROOMES-LOVE,

        Debtor-In-Possession.

Case No.: 2:10-bk-40803-BB

[Chapter 11]

**ORDER GRANTING EX PARTE
APPLICATION FOR CONTINUANCE
OF CONFIRMATION HEARING**

Current Hearing:
Date:   June 14, 2012
Time:   10:00 a.m.
Ctrm:   1475

Continued Hearing:
Date:   July ~~12~~ 19, 2012
Time:   10:00 a.m.
Ctrm:   1475

    The court having considered the ex parte application of debtor-in-possession for a

continuance of the hearing on debtor's motion for plan confirmation, and good cause

appearing therefor, the ex parte application is **GRANTED.**

    The hearing on plan confirmation is continued from June 14, 2012, at 10:00 a.m. in

Courtroom 1475 to **July 19, 2012, at 10:00 a.m. in Courtroom 1475.**  This continuance

does not extend the time for the submission of objections or ballots accepting or rejecting the

plan, except that the court will consider and accept stipulations between the debtor and

1

1  secured creditors regarding consensual treatment of the outstanding secured and

2  undersecured claims in this case which have not as yet been resolved.

3       Otherwise, debtor-in-possession shall serve and file her ballot tally, declarations and

4  memorandum of points and authorities in support of plan confirmation on or before **July 5,**

5  **2012.**

6       **The case status conference is hereby continued to July 19, 2012 at 10:00 a.m. as**

7  **well.**

8                                    ###

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  DATED: June 6, 2012              _____
                                    United States Bankruptcy Judge
27

28

                                    2
                          ORDER ON EX PARTE APPLICATION

003849        65904003852017

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361-5749.

A true and correct copy of the foregoing document entitled: **ORDER ON EX PARTE APPLICATION FOR CONTINUANCE OF CONFIRMATION HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 1, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On June 1, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Trustee (LA)
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017-5524

The Honorable Sheri Bluebond
United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1482/Courtroom 1475
Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____          **/s/ Philip D. Dapeer**

Date:  June 1, 2012          Philip D. Dapeer          Signature

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012          F 9013-3.1 PROOF SERVICE

1

# NOTICE OF ENTERED ORDER AND SERVICE LIST

2

3    Notice is given by the court that a judgment or order entitled (*specify*): **ORDER ON EX PARTE APPLICATION FOR CONTINUANCE OF CONFIRMATION HEARING** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner stated below:

4

5    **1.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of June 1, 2012, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

6

7

8    Gregory J Babcock    bknotice@mccarthyholthus.com
     Richard J Bauer    rbauer@mileslegal.com
     Deborah Conley    bkmail@prommis.com
     Philip D Dapeer    PhilipDapeer@AOL.com
     Mark Domeyer    mdomeyer@mileslegal.com

9

10   Gerald S Kim    cdcaecf@bdfgroup.com
     Melanie C Scott Melanie.Scott@usdoj.gov
     Timothy J Silverman    tim@sgsslaw.com
     United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
     Darlene C Vigil    cdcaecf@bdfgroup.com
     Les A Zieve    bankruptcy@zievelaw.com

11

12

13                                                            ☐  Service information continued on attached page

14   **2.    SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

15

16                                                            ☐  Service information continued on attached page

17   **3.    TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

18

19

20                                                            ☒  Service information continued on attached page

21

22

23

24

25

26

27

28

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    F 9013-1.1 NOTICE OF ENTERED ORDER

**In re: Philis Groomes-Love**
United States Bankruptcy Court – Central District of California
Case No.: 2:10-bk-40803-BB

SERVICE LIST

| | | |
|---|---|---|
| Adee Plumbing and Heating, Inc.<br>5457 Crenshaw Boulevard<br>Los Angeles, CA 90043-2496 | Los Angeles Division<br>255 Temple Street<br>Los Angeles, CA 90012-3332 | 12000 Broadway HOA<br>c/o Wilshire Pacific Equities<br>PO Box 57063<br>Irvine, CA 92619-7063 |
| American Express<br>PO Box 0001<br>Los Angeles, CA 90078-0001 | ASC<br>PO Box 60768<br>Los Angeles, CA 90060-0768 | Aurora Loan Services<br>2617 College Park<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 |
| Carolyn Jackson<br>44526 Carlin Avenue<br>Lynwood, CA 90262-5416 | CBCS<br>PO Box 163250<br>Columbus, OH 43216-3250 | Citbank<br>PO Box 469100<br>Escondido, CA 92046-9100 |
| Citicorp Credit Services, Inc.<br>Payment Processing Center<br>PO Box 2695<br>Waterloo, IA 50704-2695 | City of Los Angeles<br>Municipal Svs.<br>PO Box 30808<br>Los Angeles, CA 90030-0808 | City of Los Angeles<br>PO Box 53233<br>Los Angeles, CA 90053-0233 |
| Countrywide Home Loans<br>PO Box 10219<br>Van Nuys, CA 91410-0219 | Department of Water & Power<br>PO Box 30808<br>Los Angeles, CA 90030-0808 | DirectTV<br>PO Box 78626<br>Phoenix, AZ 85062-8626 |
| Gill Jarmond<br>1827 12th Avenue<br>Los Angeles, CA 90019-6017 | Home Depot Credit Services<br>PO Box 6028<br>The Lakes, NV 88901-6028 | Home Servicing<br>PO Box 79230<br>City of Industry, CA 91716-9230 |
| James W. Groomes<br>120 East Maple Street<br>Compton, CA 90220-2313 | Janice R. Groomes<br>2924 Magnolia Avenue<br>Lynwood, CA 90262 | Los Angeles County Tax Collector<br>PO Box 54108<br>Los Angeles, CA 90054-0108 |
| OCWEN<br>PO Box 5440<br>Carol Stream, IL 60197-6440 | Sears Credit Cards<br>PO Box 688956<br>Des Moines, IA 50368-8956 | Southern California Edison<br>PO Box 600<br>Rosemead, CA 91771-0001 |

65904003852035

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Terminix
PO Box 741592
Cincinnati, OH 45274-2592

The Gas Company
PO Box C
Monterey Park, CA 91756-0001

United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017-5524

Wachovia Mortgage
PO Box 7512
Springfield, OH 45501-7512

Wells Fargo Credit Services
PO Box 30086
Los Angeles, CA 90030-0086

Willie Gaines
4416 Charnela Ct.
Las Vegas, NV 89130-5200

Philis Groomes-Love
3929 Magnolia Avenue
Lynwood, CA 90262

003849        65904003852035

003849

65904003852044

FRI-65904 0973-2 pdf031 10-40803
Philip D Dapeer
2625 Townsgate Rd
Ste 330
Westlake Village, CA  91361

003849  3849 1 AT 0.371  91361  9 7  7028-1-3849

Philip D Dapeer
2625 Townsgate Rd Ste 330
Westlake Village, CA  91361-5749

003849        65904003852044

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361-5749.

A true and correct copy of the foregoing document entitled: **DECLARATION OF PHILIP D. DAPEER RE BALLOT TALLY AND IN SUPPORT OF CONFIRMATION OF DEBTOR'S FOURTH AMENDED PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 5, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gregory J Babcock    bknotice@mccarthyholthus.com
Richard J Bauer    rbauer@mileslegal.com
Deborah Conley    bkmail@prommis.com
Philip D Dapeer    PhilipDapeer@AOL.com
Mark Domeyer    mdomeyer@mileslegal.com
Gerald S Kim    cdcaecf@bdfgroup.com
Melanie C Scott Melanie.Scott@usdoj.gov
Timothy J Silverman    tim@sgsslaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Darlene C Vigil    cdcaecf@bdfgroup.com
Les A Zieve    bankruptcy@zievelaw.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On July 5, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on
_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**/s/ Philip D. Dapeer**

Date: July 5, 2012          Philip D. Dapeer          Signature

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                         **F 9013-3.1.PROOF.SERVICE**

**In re Philis Groomes-Love**
United States Bankruptcy Court – Central District of California
Case No.: 2:10-bk-40803-BB

SERVICE LIST

Adee Plumbing and Heating, Inc.
5457 Crenshaw Boulevard
Los Angeles, CA 90043-2496

Los Angeles Division
255 Temple Street
Los Angeles, CA 90012-3332

12000 Broadway HOA
c/o Wilshire Pacific Equities
PO Box 57063
Irvine, CA 92619-7063

American Express
PO Box 0001
Los Angeles, CA 90078-0001

ASC
PO Box 60768
Los Angeles, CA 90060-0768

Aurora Loan Services
2617 College Park
PO Box 1706
Scottsbluff, NE 69363-1706

Carolyn Jackson
44526 Carlin Avenue
Lynwood, CA 90262-5416

CBCS
PO Box 163250
Columbus, OH 43216-3250

Citbank
PO Box 469100
Escondido, CA 92046-9100

Citicorp Credit Services, Inc.
Payment Processing Center
PO Box 2695
Waterloo, IA 50704-2695

City of Los Angeles Municipal Svs.
PO Box 30808
Los Angeles, CA 90030-0808

City of Los Angeles
PO Box 53233
Los Angeles, CA 90053-0233

Countrywide Home Loans
PO Box 10219
Van Nuys, CA 91410-0219

Department of Water & Power
PO Box 30808
Los Angeles, CA 90030-0808

DirectTV
PO Box 78626
Phoenix, AZ 85062-8626

Gill Jarmond
1827 12th Avenue
Los Angeles, CA 90019-6017

Home Depot Credit Services
PO Box 6028
The Lakes, NV 88901-6028

Home Servicing
PO Box 79230
City of Industry, CA 91716-9230

James W. Groomes
120 East Maple Street
Compton, CA 90220-2313

Janice R. Groomes
2924 Magnolia Avenue
Lynwood, CA 90262

Los Angeles County Tax Collector
PO Box 54108
Los Angeles, CA 90054-0108

OCWEN
PO Box 5440
Carol Stream, IL 60197-6440

Sears Credit Cards
PO Box 688956
Des Moines, IA 50368-8956

Southern California Edison
PO Box 600
Rosemead, CA 91771-0001

Terminix
PO Box 741592
Cincinnati, OH 45274-2592

The Gas Company
PO Box C
Monterey Park, CA 91756-0001

United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017-5524

Wachovia Mortgage
PO Box 7512
Springfield, OH 45501-7512

Wells Fargo Credit Services
PO Box 30086
Los Angeles, CA 90030-0086

Willie Gaines
4416 Charnela Ct.
Las Vegas, NV 89130-5200

Philis Groomes-Love
3929 Magnolia Avenue
Lynwood, CA 90262