GERALD S. KIM
State Bar No. 249886
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(972) 661-7726 – Fax
File No. 1904879
cdcaecf@BDFGroup.com

Attorneys for Secured Creditor,
WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.,
ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>PHILIP GROOMES-LOVE,<br><br>Debtor. | CASE NO.:    2:10-bk-40803-BB<br><br>CHAPTER:    11<br><br>NOTICE OF WITHDRAWAL OF JOINT STIPULATION RE (1) VALUATION; (2) TREATMENT OF WELLS FARGO'S CLAIM UNDER DEBTOR'S PROPOSED CHAPTER 11 PLAN REGARDING 3229 SHORELINE DRIVE PROPERTY; AND (3) CONTINUED USE OF CASH COLLATERAL |

TO:  ALL INTERESTED PARTIES ENTITLED TO NOTICE:

PLEASE TAKE NOTICE that WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. ("Wells Fargo"), ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, hereby withdraws its Joint Stipulation Re (1) Valuation; (2) Treatment of Wells' Fargo's

Claim under Debtor's proposed Chapter 11 Plan regarding 3229 Shoreline Drive Property; and (3) Continued use of Case Collateral, filed on August 23, 2012, as Document No. 170. Such terms shall be integrated into an Amended Chapter 11 Plan to follow by Debtor.

                                          BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

Dated: September 18, 2012        By:   /s/ Gerald S. Kim
                                                  GERALD S. KIM
                                                  Attorneys for Wells Fargo

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 20955 Pathfinder Road, Suite 300, Diamond Bar, CA 91765.

A true and correct copy of the foregoing document entitled (*specify*): Notice of Withdrawal of Joint Stipulation Re (1) Valuation; (2) Treatment of Wells Fargo's claim under debtor's proposed Chapter 11 Plan Regarding 3229 Shoreline Drive Property; and (3) Continued use of Cash Collateral will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 19, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge:** Hon. Sheri Bluebond/Intake, U.S. Bankruptcy Court, 255 East Temple Street, Los Angeles, CA 90012
**Debtor:** Philip Groomes-Love, 3924 Magnolia Avenue, Lynwood, CA 90262-5254
**Debtor:** Philip Groomes-Love, 3229 Shoreline Drive, Las Vegas, NV 89113-3310
**Attorney for Debtor:** Philip D. Dapeer, 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 19, 2012, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**United States Trustee:** ustpregion16.la.ecf@usdoj.gov
**Attorney for U.S. Trustee:** Melanie C. Scott: Melanie.Scott@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 19, 2012 | GERALD S. KIM | /s/ Gerald S. Kim |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT CONTINUED

**Continued from Section 2, Additional Service**

Direct TV, Attn. Managing or Servicing Agent, P. O. Box 78626, Phoenix, AZ 85062
CBCS, Attn. Managing or Servicing Agent, P. O. Box 163250, Columbus, OH 45500
Gill Jarmond, 1827 12th Avenue, Los Angeles, CA 90000
Carolyn Jackson, 4526 Carlin Avenue, Lynwood, CA 90262
Jannice R. Groomes, 2924 Magnolia Avenue, Lynwood, CA 90262
Home Depot Credit Services, Attn. Managing or Servicing Agent, P. O. Box 6028, The Lakes, NV 89000
Citibank, Attn. Managing or Servicing Agent, P. O. Box 469100, Escondido, CA 90000
James W. Groomes, 120 East Maple Street, Compton, CA 90220
American Express, Attn. Managing or Servicing Agent, Box 0001, Los Angeles, CA 90000
Willie Gaines, 4416 Charnela Court, Las Vegas, NV 89000
Citicorp Credit Services, Inc. Payment Processing Center, Attn. Managing or Servicing Agent, P. O. Box 2695, Waterloo, IA
Sears Credit Cards, Attn. Managing or Servicing Agent, P. O. Box 688956, Des Moines, KA
Wells Fargo Card Services, Attn. Managing or Servicing Agent, P. O. Box 30086, Los Angeles, CA 90000