PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone:  (323) 954-9144
Facsimile:   (323) 954-0457

Attorney for Debtor-In-Possession
PHILIS GROOMES-LOVE

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>PHILIS GROOMES LOVE,<br><br>          Debtor-In-Possession. | Case No.: 2:10-bk-40803-BB<br><br>[Chapter 11]<br><br>**INDIVIDUAL DEBTOR'S FIFTH AMENDED DISCLOSURE STATEMENT IN SUPPORT OF FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION**<br><br>Date:  October 10, 2012<br>Time:  2:00 p.m.<br>Ctrm:  1475<br>Place: 255 East Temple Street, 14th Floor<br>        Los Angeles, CA 90012 |

Attached is a Chapter 11 plan (the Plan) proposed by the above-named individual Debtor. The Debtor attests that the information stated in this Disclosure Statement and the Plan is accurate. All Creditors should refer to Articles I-IV of the Plan for the specific treatment of their claims.  This Disclosure Statement is explanatory only; the language used in the Plan is binding. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one.**

**EFFECTIVE DATE OF THE PLAN:** The Effective Date of the Plan is 14 days following the date of entry of the order confirming the Plan unless a stay of the confirmation order is in effect, in which case the Effective Date will be the first business day after the date on which the stay of the confirmation order has been lifted, provided that the confirmation order has not been vacated.

1

### Part 1
### Proposed Treatment of Claims

A.    **Unclassified Claims Including Administrative Priority Claim, Priority Tax Claims and Gap Claims**

Holders of administrative priority claims are entitled to priority pursuant to § 507 (a)(2) of the Bankruptcy Code including (i) professional fees and costs; (ii) United States trustee's fees; and (iii) post-petition domestic support obligations.  Such claims shall be paid in full on, or as soon as practicable after, the Effective Date or upon allowance of such claim, whichever is later.  Debtor's retained reorganization counsel has agreed to accept interim payments of allowed attorney's fees and costs in order to assist the Debtor in being able to make the payments called for by the Plan. As of the date of this Disclosure Statement, the estimated attorney's fees and costs of Debtor's reorganization counsel is in the sum of $85,000.00  Debtor's reorganization counsel has agreed that allowed attorney's fees and costs will be paid from net operating income available to the Debtor after payment of all other Plan obligations.

Holders of priority tax claims are entitled to priority under § 507(a)(8).  Such claims shall be paid in full over five years from the date of the entry of the order for relief with 18% interest in equal monthly amortized payments according to § 511 of the Bankruptcy Code.  See Article I.C. of the Plan.  The Los Angeles County Treasurer and Tax Collector filed two claims in this case, being Claim No. 13 and Claim No. 16, for a total of $12,943.45.  The Plan provides for the payment of that claim over 60 months from and after the date of the filing by Debtor of this Chapter 11 case on July 26, 2010.  Depending upon the Effective Date of the Plan, Debtor estimates that the secured real property tax claims of the Los Angeles County Treasurer and Tax Collector will be paid on a monthly basis commencing the first day of the month following the Effective Date of the Plan on a fully amortizing basis so that the tax claim will be paid in full, including interest at the rate of 18% per annum, on or before July 26, 2015.  Debtor estimates that the monthly payment required to amortize the tax claim from and after the first day of the month following the Effective Date of the Plan until July 26, 2015, is $488.77 per month.  With respect to insurance on the Debtor's real estate assets, the Debtor will maintain each of her properties fully insured as otherwise required by

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California. F 2081-1.DISCLSR STMT (June 2011)

the terms and conditions of the underlying promissory note and deed of trust pertaining to each of the Debtor's real estate assets.

**B.    Secured Creditors** (Classes 2, 3, 4 and 5)

See Article II of the Plan.

**C.    Priority Unsecured Creditors**

The Debtor does not have any priority unsecured creditors.

**D.    General Unsecured Creditors (Classes 6(a) and 6(b))**

The election will be made by timely returning a ballot to Debtor's counsel by which ballot the unsecured creditor makes the election.

☒    Class 6(a):    A creditor whose allowed claim is $500 or less or who elects to reduce its allowed claim to $500 will receive a single payment equal to 100% of its allowed claim on, or as soon as practicable after, the Effective Date of the Plan.  See Article II of the Plan

☒    Class 6(b):    Other general unsecured creditors will be paid 3.8% of their allowed claims without interest in equal monthly installments over 5 years.  Debtor contends that the Plan satisfies the requirement of 11 U.S.C. section 1129(a)(15) if an unsecured creditor objects to confirmation, because the Debtor will be making distributions under the Plan totaling at least the value of the Debtor's net disposable income over the greater of:  (a) 5 years or (b) the period for which the Plan provides payments.  *See* the financial statements attached by way of exhibit to this Disclosure Statement and the Debtor's declaration of post-petition income and expenses.  In addition, the Debtor has agreed to allocate her exempt income to the payment of obligations created by the Plan in order to cover any shortfall in the income that the Debtor derives from the operation of her room and board facilities.  The distributions under the Plan totaling at least the value of the Debtor's net disposable income will commence the first day of the month following the Effective Date of the Plan. Based upon what Debtor estimates to be the total amount of the allowed general unsecured claims in this case at $781,867.01, the monthly dividend to be paid on a pro rata basis to general unsecured creditors is estimated to be $495.18.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California, F 2081-1.DISCLSR STMT (June 2011)

1    Undisputed Class 6 claims, as of this date, are listed in Exhibit C to the Disclosure

2    Statement.

3

4    **E.    Executory Contracts and Unexpired Leases**

5    (1)    Executory Contracts and Leases Assumed.  On the Effective Date, the Debtor

6    assumes the executory contracts and unexpired leases enumerated in Exhibit E to the Disclosure

7    Statement and shall perform all obligations thereunder, both pre-confirmation and post-

8    confirmation.

9    Any pre-confirmation arrearages shall be paid by the Effective Date, unless the parties

10    agree otherwise or the court finds that a proposed payment schedule provides timely cure and

11    adequate assurance of future performance.  Post-confirmation obligations will be paid as they come

12    due.

13

14    (2)    Executory Contracts and Leases Rejected.  The Debtor is conclusively deemed to

15    have rejected all executory contracts and/or unexpired leases not previously assumed or listed in

16    Exhibit E to the Disclosure Statement as of the Effective Date.  Claims arising from the rejection of

17    an executory contract or unexpired lease under this section are general unsecured claims in Class

18    6, except to the extent this court orders otherwise. A proof of claim arising from the rejection of an

19    executory contract or unexpired lease under this section must be filed no later than 30 days after

20    the date of the order confirming this Plan.

21

22    **F.    Discharge**

23    Upon completion of the payments under the Plan, the Debtor may receive a discharge of

24    pre-confirmation debts, except such discharge shall not discharge the Debtor from any debts that

25    are found non dischargeable under § 523 or are obligations created by this Plan. The payments

26    promised in the Plan constitute new contractual obligations that replace the pre-confirmation debts

27    proposed to be discharged.  Creditors may not sue to collect on these obligations so long as the

28    Debtor is not in material default under the Plan. If the Debtor materially defaults in performing the

4

1    Plan, affected creditors may sue the Debtor to enforce the terms of the Plan or to dismiss this case

2    or to convert it to a case under Chapter 7 of the Bankruptcy Code.  See Article VI of the Plan.

3

4                                          **Part 2**

5                            **Voting on Confirmation of Plan**

6    **A.     Who may vote**: Only impaired creditors are entitled to vote (*see § 1124*). A creditor is

7    entitled to vote on confirmation of the Plan unless (i) the creditor's class is unimpaired (presumed to

8    accept the Plan) or is to receive no distribution (presumed to reject the Plan); (ii) an objection has

9    been filed to that creditor's claim; (iii) that creditor's claim is scheduled by the Debtor as contingent,

10   disputed, unliquidated or unknown and the creditor has not filed a proof of claim; or (iv) the claim is

11   unclassified (and thus required by law to be paid in full).  A creditor whose claim has either been

12   objected to or has been scheduled by Debtor as contingent, disputed, unliquidated or unknown or

13   who has not filed a proof of claim, and who wishes to vote, must move to have its claim allowed for

14   voting purposes by filing a motion for such relief in time for that motion to be heard before the

15   hearing on confirmation of the Plan.  A creditor whose claim has been allowed in part as a secured

16   claim and in part as an unsecured claim is entitled to accept or reject a Plan in each capacity by

17   delivering one ballot for the secured part of the claim and another ballot for the unsecured portion of

18   the claim.

19

20   **B.     How to vote**: A voting creditor must fill out and return the attached ballot so that it is

21   received by the Plan proponents no later than _____, 2012, at the following address:

22                Philip D. Dapeer
                  Philip D. Dapeer, A Law Corporation
23                2625 Townsgate Road, Suite 330
                  Westlake Village, CA 91361
24

25   **C.     Effect of vote**: The Plan will be confirmed only if (i) it is accepted by each impaired class,

26   or (ii) it is accepted by at least one impaired class exclusive of insiders (as defined by §101(31))

27   and the court determines that the Plan is "fair and equitable" (as defined by §1129(b)) to all

28   rejecting classes of creditors, and it meets all of the other criteria required for confirmation.  A class

                                          5

of creditors accepts the Plan if it is accepted by a majority in number and at least two-thirds in dollar amount of the creditors in that class timely voting.

## Part 3
### Source(s) of Payments under the Plan

The Debtor intends to make the payments required under the Plan from the following sources:

A.    ☒    **Available Cash**.  Debtor projects $24,910.00 cash will be available on the Effective Date.  The source of that available cash is the cash on deposit in the Debtor's debtor-in-possession accounts representing the income that the Debtor derives from the operation of her room and board facilities as well as the exempt income that Debtor receives from sources other than the operation of her board and care facilities.

B.    ☐    **Sales of Assets**.  A sale of property described in the Plan, which the Debtor estimates will produce $_____.

C.    ☒    **Future Disposable Income**.  Debtor estimates that projected monthly disposable income available to creditors for the 30 year[1] period following confirmation will be as set forth in the Financial Statements and projections attached as part of Exhibit "A" hereto.[2]  The projections are based upon the Debtor's monthly income and expenses as set forth in the Income and Expense Statements made part of Exhibit "A" hereto, including the Debtor's Declarations of Current/Post-Petition Income and Expenses (LBR Form F 3015-1.20), which have been prepared as of February 29, 2012,[3] and are attached hereto as part of Exhibit "A."

---

[1]   The number should match the number of years selected for payments made to creditors under the Plan.  See note 11 of the Plan as to the Absolute Priority Rule and modify this paragraph accordingly.
[2]   Under §1123(a)(8), the plan of an individual debtor shall "provide for payment to creditors …of all or such portion" of post-petition personal services income "as is necessary for execution of the plan."
[3]   LBR Form F 3015-1.20 should be updated to the date of the most recent financial information available for the debtor.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California. F 2081-1.DISCLSR STMT (June 2011)

1       ☒     This projection is consistent with: (1) Debtor's average monthly income for the six

2 months prior to this case of $24,482.64 as set forth in Debtor's Statement of Currently Monthly

3 Income (Official Bankruptcy Form 22B) filed with this court, and (2) average monthly income of

4 $19,648.83 and average monthly expenses (excluding professional expenses and fees incurred in

5 this bankruptcy case) of $6,885.00 during the 12 months since the petition date (based on monthly

6 operating statements filed with the court, and such differences as are explained as follows:

7 Debtor's income fluctuates depending upon the placement of clients in Debtor's room and board

8 facilities by governmental agencies.  Debtor's cash flow is affected by the timing of payments that

9 Debtor receives from the governmental agencies that place clients in Debtor's room and board

10 facilities.

11      Upon written request, Debtor will provide copies of the Statement of Current Monthly Income

12 and/or Monthly Operating Statements.

13

14     D.   ☒    Other sources of funding are explained as follows:  Debtor has agreed to use

15 and apply her exempt social security and pension income for the payment of Plan obligations as

16 may be necessary in the event of any shortfall between Debtor's income and operating expenses.

17

18 **Risk Factors**:

19      The proposed Plan has the following risks (explain e.g., sale falls through, Debtor loses

20 employment/business, illness):  Debtor's income is dependent upon payments that Debtor receives

21 from governmental agencies that place clients in Debtor's room and board facilities.  Debtor has no

22 control over the placement of clients in her room and board facilities.  Given the current economic

23 climate and the resulting negative impact on governmental funding for social welfare programs, the

24 proposed Plan has the continuing risk that Debtor's source of income will materially decrease as

25 funding for social welfare programs is decreased or eliminated at state and local governmental

26 levels.

27

28

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of
California, F 2081-1.DISCLSR STMT (June 2011)

## Part 4
## Liquidation Analysis

The Debtor's Schedules A and B, that may have been amended for the purposes of this Disclosure Statement, are attached hereto as Exhibit B.  The Debtor has calculated the liquidation value of each asset as shown below.  The Debtor arrived at the net liquidation values that are subject to liens by deducting from the value of the assets the amount of the secured liens and any applicable sales costs, fees, and taxes.

| | |
|---|---|
| Net liquidation value of Debtor's assets: | $130,000.00 |
| Less estimated Chapter 7 trustee expenses: | Unknown |
| Less administrative claims and priority tax claims (see Article I of Plan): | $114,260.88 |
| Less other Priority Claims (see Article II of Plan): | $-0- |
| Liquidation value available to general unsecured creditors: | $15,739.12 |
| Divide by estimated amount of allowed general unsecured claims (see Article II, Class 6 of Plan, Exhibit C) | $1,351.847.17 |
| Equals estimated percentage of their allowed claims that general unsecured creditors would receive in a liquidation of the Debtor | 1.2% |
| **Estimated percentage of claims general unsecured creditors would receive under Debtor's proposed Plan** | 3.8% |

## Part 5
## Feasibility

The Plan cannot be confirmed unless the court finds it feasible.  A Plan is feasible if confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor, unless such liquidation or reorganization is proposed in the Plan.

Feasibility by Effective Date.  The Debtor estimates that the Debtor will have sufficient cash on hand on the Effective Date to pay all claims and expenses entitled to be paid in cash on such date, as shown below:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California, F 2081-1.DISCLSR STMT (June 2011)

| Cash Debtor will have on hand by Effective Date: | Approximately $24,910.00 |
|---|---|
| **Less:**<br>Administrative Claims: | $85,000.00 (Debtor's counsel has agreed to accept monthly payments in an amount that will enable the Debtor to make the monthly payments called for by the Plan to secured and unsecured creditors. Debtor's reorganization counsel has agreed to accept payments of allowed attorney's fees and costs from net operating income derived by the Debtor after the payment of the obligations called for by the Plan.) |
| Statutory Costs and Charges | $-0- |
| Other Plan Payments Payable on Effective Date | $13,518.18 |
| **Balance after paying these amounts:** | $11,391.82 |

The sources of cash the Debtor will have on hand by the Effective Date, as shown above are:

| Cash on Hand | $6,426.00 |
|---|---|
| Sale of Assets | $-0- |
| Additional cash the Debtor will accumulate from projected disposable income between now and Effective date | $18,484.00 |
| Borrowing from: | -0- |
| Other: | -0- |
| **TOTAL** | **$24,910.00** |

<u>Feasibility over the life of the Plan</u>. The Debtor has, and projects that the Debtor will receive, enough cash over the life of the Plan to make the required Plan payments based on the sources described above. See **Exhibit A** attached hereto.

DATED: September 24, 2012

_Phlis Groomes-Love_
Phlis Groomes-Love

9

1    DATED: September 21, 2012          PHILIP D. DAPEER
                                        A Law Corporation
2                                       _____
                                        PHILIP D. DAPEER
3
                                        Attorney for Debtor-In-Possession
4                                       Philis Groomes-Love

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of
California. F 2081-1.DISCLSR STMT (June 2011)

1

**List of Exhibits**

2

3    Exhibit A:    Declarations of current/post-petition income and expenses, prepared as of March, 5,

4        2012. List of expenses shall include a list of proposed Plan payments. As of the

5        date of this Disclosure Statement that accompanies the Plan, the secured creditors

6        in Classes 5(b) and 5(c) have made the election under Bankruptcy Code section

7        1111(b). With respect to the Class 5(b) secured claim, Debtor's records show that

8        the total amount of the Allowed Claim as of August 11, 2011, is $436,951.02. The

9        secured creditor apparently asserts that, based upon a proof of claim filed December

10        14, 2010, the total amount of the secured claim is $557,555.59. If the issue of the

11        allowed amount of the claim for purposes of calculating the election under

12        Bankruptcy Code section 1111(b) cannot be resolved prior to the hearing on Plan

13        Confirmation, Debtor will file an appropriate objection to claim asking the court to fix

14        the allowed amount of the secured claim of the Class 5(b) secured creditor. Based

15        upon a stipulation reached between the Debtor and the holder of the Class 5(b)

16        claim, the discount rate on the stream of payments to be made pursuant to the

17        election will be 0%. With respect to the Class 5(c) claim, Debtor's Plan proposes a

18        discount rate of 1% per annum based upon the declaration of Debtor's counsel,

19        docket entry 167, filed August 20, 2012. The secured creditor had proposed a

20        discount rate of 2% per annum, but Debtor demonstrated in the declaration of

21        Debtor's counsel, docket entry 167, filed August 20, 2012, that a 2% discount rate

22        was excessive and called for the Debtor to make payments in excess of what was

23        required in order to pay the claim pursuant to the secured creditor's 1111(b) election.

24        The secured creditor holding the Class 5(c) claim did not object to the calculation of

25        the election contained in the declaration of Debtor's counsel, docket entry 167. At

26        the hearing on Plan confirmation that took place on September 12, 2012, the court

27        adopted the calculation of the Class 5(c) election under section 1111(b) as set forth

28        in the accompanying Plan, with a discount rate of 1% per annum.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of
California. F 2081-1.DISCLSR STMT (June 2011)

1    In connection with the Plan confirmation hearing of September 12, 2012, Debtor

2    offered the declaration of Debtor's accountant who had prepared updated financial

3    statements and projections for the Debtor's properties based upon the changes and

4    stipulations reached between the Debtor and secured creditors at the confirmation

5    hearing that took place on July 19, 2012.  The amended financial statements and

6    projections, along with the declaration of Debtor's accountant, are docket entry 169,

7    filed August 20, 2012.  Those updated financial statements and projections are in

8    conformity with the treatment in the Plan for the various classes of secured creditors

9    and the class of unsecured creditors and those financial statements and projections

10   are based upon the various treatments in the Plan for secured and unsecured

11   creditors.  Those updated financial statements and projections are attached as part

12   of Exhibit "A" hereto.

13

14   With respect to the Magnolia property, Debtor filed a motion valuing the Debtor's

15   principal residence and determining that the lien on Debtor's principal residence may

16   be modified or bifurcated.  The bankruptcy court determined that the anti-

17   modification provisions of 11 U.S.C. section 1123(b)(5) are not applicable to the

18   Debtor's principal residence located at 3924-3926 Magnolia Avenue, Lynwood, CA

19   90262, and granted the motion.  The court then set the matter down for an

20   evidentiary hearing to determine the fair market value of the property in view of the

21   court's ruling that the lien could be modified.  Prior to the hearing, Debtor and

22   counsel for secured creditor Aurora Loan Services, LLC reached a stipulated

23   agreement regarding the treatment of the claim.  The stipulation was made an order

24   of court filed January 18, 2012.  The terms of that stipulation have been incorporated

25   in the accompanying Plan as the treatment for the Class 2(c) claim.

26

27   Exhibit B:    Schedules A and B, as adjusted to provide liquidation values and with appendices

28             describing valuation methods.

12

1    Exhibit C:    General unsecured claims (indicate next to each creditor whether or not claims are

2        disputed) (Class 6).

3

4    Exhibit D:    Ballot.

5

6    Exhibit E:    Executory contracts and unexpired leases to be assumed. The debtor hereby

7        assumes all executory contracts to which she is a party with the governmental units

8        that place clients in debtor's room and board facilities. Those contracts define the

9        terms and conditions under which clients are placed in debtor's room and board

10        facilities and the compensation to be paid to debtor for such services provided to the

11        clients who are so placed. Debtor is in full compliance with all such contracts, and is

12        duly licensed by the appropriate governmental units to own and operate such

13        facilities.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of
California, F 2081-1.DISCLSR STMT (June 2011)

Mar. 5, 2012  8:59AM    Tanner Mainstain Blatt & Glynn    No. 3713    P. 2

| In re: | | Case No.: 10-40802(CCA) | |
|---|---|---|---|
| PHILIS GROOMES LOVE | Debtor. | | (if known) |

# DECLARATION OF CURRENT/ POST-PETITION INCOME

Complete this statement by providing the monthly income of the debtor and the debtor's spouse at this time. The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition was filed, unless the spouses are separated and a joint petition was not filed. Do not state the name of any minor child.

| Debtor's Marital Status; | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S) | AGE(S) |
| | | |
| Employment: | DEBTOR | SPOUSE |
| Occupation | ROOM AND BOARD FACILITY | |
| Name of Employer | SELF EMPLOYED | |
| How Long Employed | | |
| Address of Employer | | |

INCOME:

|  |  | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | $ |
| 2. | Estimate monthly overtime | $ | $ |
| 3. | SUBTOTAL | $ | $ |
| 4. | LESS PAYROLL DEDUCTIONS | | |
|  | a. Payroll taxes and social security | $ | $ |
|  | b. Insurance | $ | $ |
|  | c. Union dues | $ | $ |
|  | d. Other (specify) | $ | $ |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ | $ |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ | $ |
| 7. | Regular income from operation of business or profession or farm (attach detailed statement) | $ 5,505 | $ |
| 8. | Income from real property | $ | $ |
| 9. | Interest and dividends | $ | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | $ |
| 11. | Social security or other government assistance (Specify) | $ 1,303 | $ |
| 12. | Pension or retirement income | $ 1,893 | $ |
| 13. | Other monthly income (Specify)  REGIONAL CENTER | $ 6,446 | $ |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ | $ |
| 15. | MONTHLY INCOME: (Add amounts shown on lines 6 and 14) | $ 15,117 | $ |
| 16. | COMBINED MONTHLY INCOME (Combine column totals from line 15) | $ 15,117 | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3-5-18 _____

_____
Debtor

Dated: _____

_____
Joint Debtor

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.20

Mar. 5. 2012  8:59AM   Tanner Mainstain Blatt & Glynn                        No.3713   P. 3

| In re | | Case No.:10-40802(CCA) | |
|---|---|---|---|
| PHILIS GROOMES LOVE | Debtor. | | (if known) |

# DECLARATION OF CURRENT/ POST-PETITION EXPENSES

Complete this statement by providing the monthly expenses of the debtor and the debtor's family at this time.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if this is a joint case and debtor's spouse maintains a separate household.  Complete a *Declaration of current/Post-Petition Expenses* labeled "Spouse."

1.  Rent or home mortgage payment (include lot rented for mobile home)                                  $   6.405

    a.  Are real estate taxes included?       Yes _____      No _____
    b.  Is property insurance included?        Yes _____      No _____

2.  Utilities:  a.  Electricity and heating fuel                                                            $    976
            b.  Water and sewer                                                                $    976
            c.  Telephone                                                                       $    150
            d.  Other _____                          $_____

3.  Home maintenance (repairs and upkeep)                                                                  $    280
4.  Food                                                                                                   $    500
5.  Clothing                                                                                               $_____
6.  Laundry and dry cleaning                                                                               $_____
7.  Medical and dental expenses                                                                            $_____
8.  Transportation (not including car payments)                                                           $_____
9.  Recreation, clubs and entertainment, newspapers, magazines, etc.                                      $_____
10. Charitable contributions                                                                              $_____
11. Insurance (not deducted from wages or included in home mortgage payments)
            a.  Homeowner's or renter's                                                        $     55
            b.  Life                                                                            $_____
            c.  Health                                                                          $_____
            d.  Auto                                                                            $_____
            e.  Other _____                                                          $_____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____                                                                $_____
13. Installment payments: (in chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
            a.  Auto                                                                            $_____
            b.  Other _____                                                          $_____
            c.  Other _____                                                          $_____
14. Alimony, maintenance, and support paid to others                                                      $_____
15. Payments for support of additional dependents not living at your home                                 $_____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)          $_____
17. Other _____                                                                                $_____

18. MONTHLY EXPENSES (Total lines 1-17)                                                                    $    9,346

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the
    filing of this document: _____

20. STATEMENT OF MONTHLY NET INCOME
    a.  Total monthly income from Line 16 of *Declaration of Current/Post-Petition Income*                 $   18,117
    b.  Total monthly expenses from Line 18 above                                                       $    9,346
    c.  Monthly net income (a. minus b.)                                                               $    8,771

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3-5-12                                    _Philis Marie Groomes Love_
                                  Debtor

Dated: _____                          _____
                                  Joint Debtor

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2000                                                                      F 3015-1.20

**Philis Groomes - Love**
**Groomes Room and Board Care**
**Schedule of Cash Flows**

| | Actual Jan '11-Dec '11 | Actual Jan '12-July '12 | Projected Aug '12-Dec '12 | Projected 2013 | Projected 2014 | Projected 2015 | Projected 2016 |
|---|---|---|---|---|---|---|---|
| Beginning Cash - Groomes Board and Care | 6,426 | 2,100 | 2,544 | 9,496 | 1,642 | 3,788 | 5,933 |
| **Business Activity:** | | | | | | | |
| Room and Board | 89,581 | 41,155 | 83,845 | 150,000 | 160,000 | 160,000 | 155,000 |
| Pension Income | 22,356 | 13,198 | 9,427 | 22,625 | 22,625 | 22,625 | 22,625 |
| Social Security Income | 15,636 | 9,121 | 6,515 | 15,626 | 15,626 | 15,626 | 15,626 |
| Officer Loan To/(From) | (15,338) | (500) | (500) | (500) | (500) | (500) | (500) |
| Cleaning and Maintenance | (1,169) | (150) | (500) | (500) | (500) | (500) | (500) |
| Client Expenses | (6,000) | 0 | 0 | 0 | 0 | 0 | 0 |
| Dividend to Unsecured Creditors | 0 | 0 | (2,476) | (5,942) | (5,942) | (5,942) | (5,942) |
| Equipment | (400) | 0 | 0 | 0 | 0 | 0 | 0 |
| Eviction Fee | (203) | (250) | (200) | (200) | (200) | (200) | (200) |
| Food | (9,625) | (1,375) | (4,000) | (9,600) | (9,600) | (9,600) | (9,600) |
| Gardening | (3,450) | (300) | (700) | (700) | (700) | (700) | (700) |
| Household | (600) | (337) | (500) | (500) | (500) | (500) | (500) |
| Insurance Expense | (2,899) | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) |
| License & Permits | (271) | 0 | (150) | (150) | (150) | (150) | (150) |
| Miscellaneous Expense | (120) | 0 | (120) | (120) | (120) | (120) | (120) |
| Mortgage Payments (principal and interest) | (57,493) | (44,841) | (45,090) | (108,216) | (108,216) | (108,216) | (108,216) |
| Mortgage Payments in Arrearages | 0 | 0 | (16,984) | (40,762) | (40,762) | (40,762) | (40,762) |
| Outside Service | (1,875) | (400) | (800) | (400) | (400) | (400) | (400) |
| Professional Fees | (1,600) | (800) | (800) | (800) | (800) | (800) | (800) |
| Property Taxes | 0 | 0 | (5,000) | (10,000) | (10,000) | (10,000) | (10,000) |
| Pre-petition Real Estate Tax Claim | 0 | 0 | (1,643) | (3,944) | (3,944) | (3,944) | (3,944) |
| Repairs and Maintenance | (6,136) | (3,401) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) |
| Supplies | (2,223) | (650) | (650) | (650) | (650) | (650) | (650) |
| Utilities | (22,497) | (8,905) | (9,000) | (9,000) | (9,000) | (9,000) | (9,000) |
| **Total Activity** | (4,326) | 444 | 6,952 | (7,854) | 2,146 | 2,146 | (2,854) |
| **Ending Cash - Groomes Board and Care** | 2,100 | 2,544 | 9,496 | 1,642 | 3,788 | 5,933 | 3,079 |

A

## Phils Groomes - Love
## Groomes Room and Board Care
### Schedule of Cash Flows

| | Projected 2017 | Projected 2018 | Projected 2019 | Projected 2020 | Projected 2021 | Projected 2022 | Projected 2023 | Projected 2024 | Projected 2025 |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash - Groomes Board and Care | 3,079 | 11,328 | 29,122 | 46,916 | 59,710 | 72,504 | 75,298 | 78,092 | 80,886 |
| **Business Activity:** | | | | | | | | | |
| Room and Board | 145,000 | 125,000 | 125,000 | 120,000 | 120,000 | 110,000 | 110,000 | 110,000 | 110,000 |
| Pension Income | 22,625 | 22,625 | 22,625 | 22,625 | 22,625 | 22,625 | 22,625 | 22,625 | 22,625 |
| Social Security Income | 15,626 | 15,626 | 15,626 | 15,626 | 15,626 | 15,626 | 15,626 | 15,626 | 15,626 |
| Officer Loan To/(From) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| Cleaning and Maintenance | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| Client Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dividend to Unsecured Creditors | (3,466) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Eviction Fee | (200) | (200) | (200) | (200) | (200) | (200) | (200) | (200) | (200) |
| Food | (9,600) | (9,600) | (9,600) | (9,600) | (9,600) | (9,600) | (9,600) | (9,600) | (9,600) |
| Gardening | (700) | (700) | (700) | (700) | (700) | (700) | (700) | (700) | (700) |
| Household | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| Insurance Expense | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) |
| License & Permits | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) |
| Miscellaneous Expense | (120) | (120) | (120) | (120) | (120) | (120) | (120) | (120) | (120) |
| Mortgage Payments (principal and interest) | (108,216) | (108,216) | (108,216) | (108,216) | (108,216) | (108,216) | (108,216) | (108,216) | (108,216) |
| Mortgage Payments in Arrearages | (23,778) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Outside Service | (400) | (400) | (400) | (400) | (400) | (400) | (400) | (400) | (400) |
| Professional Fees | (800) | (800) | (800) | (800) | (800) | (800) | (800) | (800) | (800) |
| Property Taxes | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) |
| Pre-petition Real Estate Tax Claim | (2,301) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs and Maintenance | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) |
| Supplies | (650) | (650) | (650) | (650) | (650) | (650) | (650) | (650) | (650) |
| Utilities | (9,000) | (9,000) | (9,000) | (9,000) | (9,000) | (9,000) | (9,000) | (9,000) | (9,000) |
| **Total Activity** | 8,249 | 17,794 | 17,794 | 12,794 | 12,794 | 2,794 | 2,794 | 2,794 | 2,794 |
| **Ending Cash – Groomes Board and Care** | 11,328 | 29,122 | 46,916 | 59,710 | 72,504 | 75,298 | 78,092 | 80,886 | 83,680 |

# Philis Groomes - Love
## Groomes Room and Board Care
### Schedule of Cash Flows

| | Projected 2026 | Projected 2027 | Projected 2028 | Projected 2029 | Projected 2030 | Projected 2031 | Projected 2032 | Projected 2033 | Projected 2034 |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash - Groomes Board and Care | 83,680 | 86,474 | 89,268 | 92,062 | 94,856 | 97,650 | 100,444 | 103,238 | 106,032 |
| **Business Activity:** | | | | | | | | | |
| Room and Board | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 |
| Pension Income | 22,625 | 22,625 | 22,625 | 22,625 | 22,625 | 22,625 | 22,625 | 22,625 | 22,625 |
| Social Security Income | 15,626 | 15,626 | 15,626 | 15,626 | 15,626 | 15,626 | 15,626 | 15,626 | 15,626 |
| Officer Loan To/(From) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| Cleaning and Maintenance | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| Client Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dividend to Unsecured Creditors | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Eviction Fee | (200) | (200) | (200) | (200) | (200) | (200) | (200) | (200) | (200) |
| Food | (9,600) | (9,600) | (9,600) | (9,600) | (9,600) | (9,600) | (9,600) | (9,600) | (9,600) |
| Gardening | (700) | (700) | (700) | (700) | (700) | (700) | (700) | (700) | (700) |
| Household | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| Insurance Expense | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) |
| License & Permits | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) |
| Miscellaneous Expense | (120) | (120) | (120) | (120) | (120) | (120) | (120) | (120) | (120) |
| Mortgage Payments (principal and interest) | (108,216) | (108,216) | (108,216) | (108,216) | (108,216) | (108,216) | (108,216) | (108,216) | (108,216) |
| Mortgage Payments in Arrearages | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Outside Service | (400) | (400) | (400) | (400) | (400) | (400) | (400) | (400) | (400) |
| Professional Fees | (800) | (800) | (800) | (800) | (800) | (800) | (800) | (800) | (800) |
| Property Taxes | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) |
| Pre-petition Real Estate Tax Claim | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs and Maintenance | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) |
| Supplies | (650) | (650) | (650) | (650) | (650) | (650) | (650) | (650) | (650) |
| Utilities | (9,000) | (9,000) | (9,000) | (9,000) | (9,000) | (9,000) | (9,000) | (9,000) | (9,000) |
| **Total Activity** | 2,794 | 2,794 | 2,794 | 2,794 | 2,794 | 2,794 | 2,794 | 2,794 | 2,794 |
| **Ending Cash - Groomes Board and Care** | 86,474 | 89,268 | 92,062 | 94,856 | 97,650 | 100,444 | 103,238 | 106,032 | 108,826 |

## Philis Groomes - Love
## Groomes Room and Board Care
### Schedule of Cash Flows

| | Projected 2035 | Projected 2036 | Projected 2037 | Projected 2038 | Projected 2039 | Projected 2040 | Projected 2041 | Projected 2042 |
|---|---|---|---|---|---|---|---|---|
| Beginning Cash - Groomes Board and Care | 108,826 | 111,620 | 114,414 | 117,208 | 120,002 | 122,796 | 125,590 | 128,384 |
| **Business Activity:** | | | | | | | | |
| Room and Board | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 |
| Pension Income | 22,625 | 22,625 | 22,625 | 22,625 | 22,625 | 22,625 | 22,625 | 22,625 |
| Social Security Income | 15,626 | 15,626 | 15,626 | 15,626 | 15,626 | 15,626 | 15,626 | 15,626 |
| Officer Loan To/(From) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| Cleaning and Maintenance | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| Client Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dividend to Unsecured Creditors | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Eviction Fee | (200) | (200) | (200) | (200) | (200) | (200) | (200) | (200) |
| Food | (9,600) | (9,600) | (9,600) | (9,600) | (9,600) | (9,600) | (9,600) | (9,600) |
| Gardening | (700) | (700) | (700) | (700) | (700) | (700) | (700) | (700) |
| Household | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| Insurance Expense | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) | (1,122) |
| License & Permits | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) |
| Miscellaneous Expense | (120) | (120) | (120) | (120) | (120) | (120) | (120) | (120) |
| Mortgage Payments (principal and interest) | (108,216) | (108,216) | (108,216) | (108,216) | (108,216) | (108,216) | (108,216) | (63,125) |
| Mortgage Payments in Arrearages | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Outside Service | (400) | (400) | (400) | (400) | (400) | (400) | (400) | (400) |
| Professional Fees | (800) | (800) | (800) | (800) | (800) | (800) | (800) | (800) |
| Property Taxes | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) |
| Pre-petition Real Estate Tax Claim | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs and Maintenance | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) |
| Supplies | (650) | (650) | (650) | (650) | (650) | (650) | (650) | (650) |
| Utilities | (9,000) | (9,000) | (9,000) | (9,000) | (9,000) | (9,000) | (9,000) | (9,000) |
| **Total Activity** | 2,794 | 2,794 | 2,794 | 2,794 | 2,794 | 2,794 | 2,794 | 47,885 |
| **Ending Cash - Groomes Board and Care** | 111,620 | 114,414 | 117,208 | 120,002 | 122,796 | 125,590 | 128,384 | 176,268 |

Chapter 11 Plan of Reorganization
Philis Groomes Love
Outstanding Mortgage Balances
Date: 8/20/2012

Revised Mortgage Payments

| | Class | Mortgage Co. | Old Secured Debt | New Secured Debt | Unsecured Debt | New Monthly Interest Rate | Payment | Sum of all Pymt overtime |
|---|---|---|---|---|---|---|---|---|
| 3924-3926 Magnolia | 2(a) | Aurora Loan | 619,393.57 | $367,500.00 | $0.00 | 5.000% | $1,972.82 | $710,215.20 |
| 3229 Shoreline Drive | 5(a) | Wachovia | 278,973.00 | $195,000.00 | $83,973.00 | 5.000% | $1,046.80 | 422,032.03 |
| 1210 S Broadway | 5(b) | B of A | 557,555.59 | 557,555.59 | $0.00 | 0.000% | $1,548.77 | 557,557.20 |
| 213 W 108th St | 5(c) | Ocwen | 535,737.53 | $535,737.53 | $0.00 | 2.000% | $1,980.19 | 775,654.89 |
| 235 A & B W 107th St | 5(d) | Ocwen | 528,226.51 | $230,000.00 | $298,226.51 | 5.000% | $1,234.69 | 485,821.25 |
| 249 W 118th St | 5(e) | ASC | 524,101.06 | $230,000.00 | $294,101.06 | 5.000% | $1,234.69 | 498,994.73 |
| Total | | | $ 3,043,987.26 | $ 2,115,793.12 | $676,300.57 | | $ 9,017.96 | $ 3,450,275.30 |

Revised Mortgage and Arrearage Payments

| | Class | Mortgage Co. | New Loan Balance | Arrearages | Arrearages Pd over 5 yrs | New Mortgage Payment | Total Payment |
|---|---|---|---|---|---|---|---|
| 3924-3926 Magnolia | 2(a) | Aurora Loan | $367,500.00 | - | - | 1,972.82 | 1,972.82 |
| 3229 Shoreline Drive | 5(a) | Wachovia | $195,000.00 | 45,184.03 | 753.07 | 1,046.80 | 1,799.87 |
| 1210 S Broadway | 5(b) | B of A | $557,555.59 | - | - | 1,548.77 | 1,548.77 |
| 213 W 108th St | 5(c) | Ocwen | $535,737.53 | 62,786.49 | 1,046.44 | 1,980.19 | 3,026.63 |
| 235 A & B W 107th St | 5(d) | Ocwen | $230,000.00 | 41,332.85 | 688.88 | 1,234.69 | 1,923.57 |
| 249 W 118th St | 5(e) | ASC | $230,000.00 | 54,506.33 | 908.44 | 1,234.69 | 2,143.13 |
| | | | $2,115,793.12 | 203,809.70 | 3,396.83 | 9,017.96 | 12,414.79 |

LIST OF PROPERTIES
As of August 13, 2012

| PROPERTY ADDRESS | PROPERTY TYPE | Mortgage Co. | LOAN BALANCE | PAST DUE AMOUNT | ARREARAGES PD OVER 5YRS | NEW MORTGAGE PAYMENT | TOTAL PAYMENT | SUM OF ALL PYMT OVERTIME |
|---|---|---|---|---|---|---|---|---|
| 3924 MAGNOLIA AVE | PRIMARY | Aurora Loan | $367,500.00 | - | - | 1,972.82 | 1,972.82 | $710,215.20 |
| 3229 SHORLINE, NV | 2ND HOME | Wachovia | $195,000.00 | 45,184.03 | 753.07 | 1,046.80 | 1,799.87 | 422,032.03 |
| 12010 S.BROADWAY | CONDO-RENTAL | B of A | $557,555.59 | - | - | 1,548.77 | 1,548.77 | 557,557.20 |
| 213 W. 108TH ST,CA | BUSINESS | Ocwen | $535,737.53 | 62,786.49 | 1,046.44 | 1,980.19 | 3,026.63 | 775,654.89 |
| 235 W. 107TH ST,CA | BUSINESS | Ocwen | $230,000.00 | 41,332.85 | 688.88 | 1,234.69 | 1,923.57 | 485,821.25 |
| 249 W. 118TH ST,CA | BUSINESS | ASC | $230,000.00 | 54,506.33 | 908.44 | 1,234.69 | 2,143.13 | 498,994.73 |
| TOTAL | | | 2,115,793.12 | 203,809.70 | 3,396.83 | 9,017.96 | 12,414.79 | $3,450,275.30 |

# Mortgage Amortization 3924-3926 Magnolia

| Inputs | |
|---|---|
| Loan principal amount | $367,500.00 |
| Annual interest rate | 5.000% |
| Loan period in years | 30 |
| Base year of loan | 2012 |
| Base month of loan | AUGUST |

| Key Figures | |
|---|---|
| Annual loan payments | $23,673.84 |
| Monthly payments | $1,972.82 |
| Interest in first calendar year | $7,637.77 |
| Interest over term of loan | $342,715.20 |
| Sum of all payments | $710,215.20 |

## Payments in First 12 Months

| Year | Month | Beginning Balance | Payment | Principal | Interest | Cumulative Principal | Cumulative Interest | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | Aug | $367,500.00 | $1,972.82 | $441.57 | $1,531.25 | $441.57 | $1,531.25 | $367,058.43 |
| | Sep | $367,058.43 | $1,972.82 | $443.41 | $1,529.41 | $884.98 | $3,060.66 | $366,615.02 |
| | Oct | $366,615.02 | $1,972.82 | $445.26 | $1,527.56 | $1,330.24 | $4,588.22 | $366,169.76 |
| | Nov | $366,169.76 | $1,972.82 | $447.11 | $1,525.71 | $1,777.35 | $6,113.93 | $365,722.65 |
| | Dec | $365,722.65 | $1,972.82 | $448.98 | $1,523.84 | $2,226.33 | $7,637.77 | $365,273.67 |
| 2013 | Jan | $365,273.67 | $1,972.82 | $450.85 | $1,521.97 | $2,677.18 | $9,159.74 | $364,822.82 |
| | Feb | $364,822.82 | $1,972.82 | $452.72 | $1,520.10 | $3,129.90 | $10,679.84 | $364,370.10 |
| | Mar | $364,370.10 | $1,972.82 | $454.61 | $1,518.21 | $3,584.51 | $12,198.05 | $363,915.49 |
| | Apr | $363,915.49 | $1,972.82 | $456.51 | $1,516.31 | $4,041.02 | $13,714.36 | $363,458.98 |
| | May | $363,458.98 | $1,972.82 | $458.41 | $1,514.41 | $4,499.43 | $15,228.77 | $363,000.57 |
| | Jun | $363,000.57 | $1,972.82 | $460.32 | $1,512.50 | $4,959.75 | $16,741.27 | $362,540.25 |
| | Jul | $362,540.25 | $1,972.82 | $462.24 | $1,510.58 | $5,421.99 | $18,251.85 | $362,078.01 |

## Yearly Schedule of Balances and Payments

| Year | Beginning Balance | Payment | Principal | Interest | Cumulative Principal | Cumulative Interest | Ending Balance |
|---|---|---|---|---|---|---|---|
| 2013 | $365,273.67 | $23,673.84 | $5,535.77 | $18,138.07 | $7,762.10 | $25,775.84 | $359,737.90 |
| 2014 | $359,737.90 | $23,673.84 | $5,819.10 | $17,854.74 | $13,581.19 | $43,630.59 | $353,918.81 |
| 2015 | $353,918.81 | $23,673.84 | $6,116.81 | $17,557.03 | $19,698.01 | $61,187.61 | $347,801.99 |
| 2016 | $347,801.99 | $23,673.84 | $6,429.76 | $17,244.08 | $26,127.77 | $78,431.69 | $341,372.23 |
| 2017 | $341,372.23 | $23,673.84 | $6,758.72 | $16,915.12 | $32,886.49 | $95,346.81 | $334,613.51 |
| 2018 | $334,613.51 | $23,673.84 | $7,104.51 | $16,569.33 | $39,991.00 | $111,916.14 | $327,509.00 |
| 2019 | $327,509.00 | $23,673.84 | $7,467.99 | $16,205.85 | $47,458.99 | $128,121.99 | $320,041.01 |
| 2020 | $320,041.01 | $23,673.84 | $7,850.02 | $15,823.77 | $55,309.05 | $143,945.77 | $312,190.95 |
| 2021 | $312,190.95 | $23,673.84 | $8,251.69 | $15,422.15 | $63,560.75 | $159,367.91 | $303,939.25 |
| 2022 | $303,939.25 | $23,673.84 | $8,673.86 | $14,999.98 | $72,234.61 | $174,367.89 | $295,265.39 |
| 2023 | $295,265.39 | $23,673.84 | $9,117.63 | $14,556.21 | $81,352.24 | $188,924.10 | $286,147.76 |
| 2024 | $286,147.76 | $23,673.84 | $9,584.11 | $14,089.73 | $90,936.35 | $203,013.83 | $276,563.65 |
| 2025 | $276,563.65 | $23,673.84 | $10,074.45 | $13,599.39 | $101,010.80 | $216,613.22 | $266,489.20 |
| 2026 | $266,489.20 | $23,673.84 | $10,589.88 | $13,083.96 | $111,600.68 | $229,697.18 | $255,899.32 |
| 2027 | $255,899.32 | $23,673.84 | $11,131.68 | $12,542.16 | $122,732.36 | $242,239.34 | $244,767.64 |
| 2028 | $244,767.64 | $23,673.84 | $11,701.19 | $11,972.65 | $134,433.55 | $254,211.99 | $233,066.45 |
| 2029 | $233,066.45 | $23,673.84 | $12,299.85 | $11,373.99 | $146,733.40 | $265,585.98 | $220,766.60 |
| 2030 | $220,766.60 | $23,673.84 | $12,929.13 | $10,744.71 | $159,662.53 | $276,330.69 | $207,837.47 |
| 2031 | $207,837.47 | $23,673.84 | $13,590.61 | $10,083.23 | $173,253.15 | $286,413.91 | $194,246.85 |
| 2032 | $194,246.85 | $23,673.84 | $14,285.93 | $9,387.91 | $187,539.08 | $295,801.82 | $179,960.92 |
| 2033 | $179,960.92 | $23,673.84 | $15,016.83 | $8,657.01 | $202,555.91 | $304,458.83 | $164,944.09 |
| 2034 | $164,944.09 | $23,673.84 | $15,785.12 | $7,888.72 | $218,341.03 | $312,347.55 | $149,158.97 |
| 2035 | $149,158.97 | $23,673.84 | $16,592.72 | $7,081.12 | $234,933.75 | $319,428.67 | $132,566.25 |
| 2036 | $132,566.25 | $23,673.84 | $17,441.63 | $6,232.21 | $252,375.38 | $325,660.88 | $115,124.62 |
| 2037 | $115,124.62 | $23,673.84 | $18,333.98 | $5,339.86 | $270,709.35 | $331,000.75 | $96,790.65 |
| 2038 | $96,790.65 | $23,673.84 | $19,271.98 | $4,401.86 | $289,981.33 | $335,402.61 | $77,518.67 |
| 2039 | $77,518.67 | $23,673.84 | $20,257.97 | $3,415.87 | $310,239.30 | $338,818.48 | $57,260.70 |
| 2040 | $57,260.70 | $23,673.84 | $21,294.41 | $2,379.43 | $331,533.71 | $341,197.91 | $35,966.29 |
| 2041 | $35,966.29 | $23,673.84 | $22,383.87 | $1,289.97 | $353,917.58 | $342,487.88 | $13,582.42 |
| 2042 | $13,582.42 | $13,809.74 | $13,582.42 | $227.32 | $367,500.00 | $342,715.20 | $0.00 |

# Mortgage Amortization 3229 Shoreline Drive, Las Vegas

| Inputs | |
|---|---|
| Loan principal amount | $195,000.00 |
| Annual interest rate | 5.000% |
| Loan period in years | 30 |
| Base year of loan | 2012 |
| Base month of loan | AUGUST |

| Key Figures | |
|---|---|
| Annual loan payments | $12,561.60 |
| Monthly payments | $1,046.80 |
| Interest in first calendar year | $4,052.69 |
| Interest over term of loan | $181,848.00 |
| Sum of all payments | $376,848.00 |

## Payments in First 12 Months

| Year | Month | Beginning Balance | Payment | Principal | Interest | Cumulative Principal | Cumulative Interest | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | Aug | $195,000.00 | $1,046.80 | $234.30 | $812.50 | $234.30 | $812.50 | $194,765.70 |
| | Sep | $194,765.70 | $1,046.80 | $235.28 | $811.52 | $469.58 | $1,624.02 | $194,530.42 |
| | Oct | $194,530.42 | $1,046.80 | $236.26 | $810.54 | $705.84 | $2,434.56 | $194,294.16 |
| | Nov | $194,294.16 | $1,046.80 | $237.24 | $809.56 | $943.08 | $3,244.12 | $194,056.92 |
| | Dec | $194,056.92 | $1,046.80 | $238.23 | $808.57 | $1,181.31 | $4,052.69 | $193,818.69 |
| 2013 | Jan | $193,818.69 | $1,046.80 | $239.22 | $807.58 | $1,420.53 | $4,860.27 | $193,579.47 |
| | Feb | $193,579.47 | $1,046.80 | $240.22 | $806.58 | $1,660.75 | $5,666.85 | $193,339.25 |
| | Mar | $193,339.25 | $1,046.80 | $241.22 | $805.58 | $1,901.97 | $6,472.43 | $193,098.03 |
| | Apr | $193,098.03 | $1,046.80 | $242.22 | $804.58 | $2,144.19 | $7,277.01 | $192,855.81 |
| | May | $192,855.81 | $1,046.80 | $243.23 | $803.57 | $2,387.42 | $8,080.58 | $192,612.58 |
| | Jun | $192,612.58 | $1,046.80 | $244.25 | $802.55 | $2,631.67 | $8,883.13 | $192,368.33 |
| | Jul | $192,368.33 | $1,046.80 | $245.27 | $801.53 | $2,876.94 | $9,684.66 | $192,123.06 |

## Yearly Schedule of Balances and Payments

| Year | Beginning Balance | Payment | Principal | Interest | Cumulative Principal | Cumulative Interest | Ending Balance |
|---|---|---|---|---|---|---|---|
| 2013 | $193,818.69 | $12,561.60 | $2,937.80 | $9,623.80 | $4,119.11 | $13,676.49 | $190,880.89 |
| 2014 | $190,880.89 | $12,561.60 | $3,087.68 | $9,473.92 | $7,206.79 | $23,150.41 | $187,793.21 |
| 2015 | $187,793.21 | $12,561.60 | $3,245.65 | $9,315.95 | $10,452.44 | $32,466.36 | $184,547.56 |
| 2016 | $184,547.56 | $12,561.60 | $3,411.70 | $9,149.90 | $13,864.14 | $41,616.26 | $181,135.86 |
| 2017 | $181,135.86 | $12,561.60 | $3,586.25 | $8,975.35 | $17,450.39 | $50,591.61 | $177,549.61 |
| 2018 | $177,549.61 | $12,561.60 | $3,769.73 | $8,791.87 | $21,220.12 | $59,383.48 | $173,779.88 |
| 2019 | $173,779.88 | $12,561.60 | $3,962.60 | $8,599.00 | $25,182.72 | $67,982.48 | $169,817.28 |
| 2020 | $169,817.28 | $12,561.60 | $4,165.33 | $8,396.27 | $29,348.05 | $76,378.75 | $165,651.95 |
| 2021 | $165,651.95 | $12,561.60 | $4,378.44 | $8,183.16 | $33,726.49 | $84,561.91 | $161,273.51 |
| 2022 | $161,273.51 | $12,561.60 | $4,602.45 | $7,959.15 | $38,328.93 | $92,521.07 | $156,671.07 |
| 2023 | $156,671.07 | $12,561.60 | $4,837.92 | $7,723.68 | $43,166.85 | $100,244.75 | $151,833.15 |
| 2024 | $151,833.15 | $12,561.60 | $5,085.43 | $7,476.17 | $48,252.28 | $107,720.92 | $146,747.72 |
| 2025 | $146,747.72 | $12,561.60 | $5,345.61 | $7,215.99 | $53,597.90 | $114,936.90 | $141,402.10 |
| 2026 | $141,402.10 | $12,561.60 | $5,619.11 | $6,942.49 | $59,217.00 | $121,879.40 | $135,783.00 |
| 2027 | $135,783.00 | $12,561.60 | $5,906.59 | $6,655.01 | $65,123.60 | $128,534.40 | $129,876.40 |
| 2028 | $129,876.40 | $12,561.60 | $6,208.78 | $6,352.82 | $71,332.38 | $134,887.22 | $123,667.62 |
| 2029 | $123,667.62 | $12,561.60 | $6,526.44 | $6,035.16 | $77,858.81 | $140,922.39 | $117,141.19 |
| 2030 | $117,141.19 | $12,561.60 | $6,860.34 | $5,701.26 | $84,719.15 | $146,623.65 | $110,280.85 |
| 2031 | $110,280.85 | $12,561.60 | $7,211.33 | $5,350.27 | $91,930.48 | $151,973.92 | $103,069.52 |
| 2032 | $103,069.52 | $12,561.60 | $7,580.27 | $4,981.33 | $99,510.76 | $156,955.24 | $95,489.24 |
| 2033 | $95,489.24 | $12,561.60 | $7,968.09 | $4,593.51 | $107,478.85 | $161,548.75 | $87,521.15 |
| 2034 | $87,521.15 | $12,561.60 | $8,375.76 | $4,185.84 | $115,854.61 | $165,734.59 | $79,145.39 |
| 2035 | $79,145.39 | $12,561.60 | $8,804.28 | $3,757.32 | $124,658.89 | $169,491.91 | $70,341.11 |
| 2036 | $70,341.11 | $12,561.60 | $9,254.72 | $3,306.88 | $133,913.61 | $172,798.79 | $61,086.39 |
| 2037 | $61,086.39 | $12,561.60 | $9,728.21 | $2,833.39 | $143,641.82 | $175,632.18 | $51,358.18 |
| 2038 | $51,358.18 | $12,561.60 | $10,225.92 | $2,335.68 | $153,867.74 | $177,967.86 | $41,132.26 |
| 2039 | $41,132.26 | $12,561.60 | $10,749.10 | $1,812.50 | $164,616.84 | $179,780.36 | $30,383.16 |
| 2040 | $30,383.16 | $12,561.60 | $11,299.05 | $1,262.55 | $175,915.89 | $181,042.91 | $19,084.11 |
| 2041 | $19,084.11 | $12,561.60 | $11,877.13 | $684.47 | $187,793.02 | $181,727.38 | $7,206.98 |
| 2042 | $7,206.98 | $7,327.60 | $7,206.98 | $120.62 | $195,000.00 | $181,848.00 | $0.00 |

# Mortgage Amortization 1210 S Broadway

| Inputs | |
|---|---|
| Loan principal amount | $557,555.59 |
| Annual interest rate | 0.000% |
| Loan period in years | 30 |
| Base year of loan | 2012 |
| Base month of loan | AUGUST |

| Key Figures | |
|---|---|
| Annual loan payments | $18,585.24 |
| Monthly payments | $1,548.77 |
| Interest in first calendar year | $0.00 |
| Interest over term of loan | $1.61 |
| Sum of all payments | $557,557.20 |

## Payments in First 12 Months

| Year | Month | Beginning Balance | Payment | Principal | Interest | Cumulative Principal | Cumulative Interest | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | Aug | $557,555.59 | $1,548.77 | $1,548.77 | $0.00 | $1,548.77 | $0.00 | $556,006.82 |
| | Sep | $556,006.82 | $1,548.77 | $1,548.77 | $0.00 | $3,097.54 | $0.00 | $554,458.05 |
| | Oct | $554,458.05 | $1,548.77 | $1,548.77 | $0.00 | $4,646.31 | $0.00 | $552,909.28 |
| | Nov | $552,909.28 | $1,548.77 | $1,548.77 | $0.00 | $6,195.08 | $0.00 | $551,360.51 |
| | Dec | $551,360.51 | $1,548.77 | $1,548.77 | $0.00 | $7,743.85 | $0.00 | $549,811.74 |
| 2013 | Jan | $549,811.74 | $1,548.77 | $1,548.77 | $0.00 | $9,292.62 | $0.00 | $548,262.97 |
| | Feb | $548,262.97 | $1,548.77 | $1,548.77 | $0.00 | $10,841.39 | $0.00 | $546,714.20 |
| | Mar | $546,714.20 | $1,548.77 | $1,548.77 | $0.00 | $12,390.16 | $0.00 | $545,165.43 |
| | Apr | $545,165.43 | $1,548.77 | $1,548.77 | $0.00 | $13,938.93 | $0.00 | $543,616.66 |
| | May | $543,616.66 | $1,548.77 | $1,548.77 | $0.00 | $15,487.70 | $0.00 | $542,067.89 |
| | Jun | $542,067.89 | $1,548.77 | $1,548.77 | $0.00 | $17,036.47 | $0.00 | $540,519.12 |
| | Jul | $540,519.12 | $1,548.77 | $1,548.77 | $0.00 | $18,585.24 | $0.00 | $538,970.35 |

## Yearly Schedule of Balances and Payments

| Year | Beginning Balance | Payment | Principal | Interest | Cumulative Principal | Cumulative Interest | Ending Balance |
|---|---|---|---|---|---|---|---|
| 2013 | $549,811.74 | $18,585.24 | $18,583.63 | $1.61 | $26,327.48 | $1.61 | $531,228.11 |
| 2014 | $531,228.11 | $18,585.24 | $18,585.24 | $0.00 | $44,912.72 | $1.61 | $512,642.87 |
| 2015 | $512,642.87 | $18,585.24 | $18,585.24 | $0.00 | $63,497.96 | $1.61 | $494,057.63 |
| 2016 | $494,057.63 | $18,585.24 | $18,585.24 | $0.00 | $82,083.20 | $1.61 | $475,472.39 |
| 2017 | $475,472.39 | $18,585.24 | $18,585.24 | $0.00 | $100,668.44 | $1.61 | $456,887.15 |
| 2018 | $456,887.15 | $18,585.24 | $18,585.24 | $0.00 | $119,253.68 | $1.61 | $438,301.91 |
| 2019 | $438,301.91 | $18,585.24 | $18,585.24 | $0.00 | $137,838.92 | $1.61 | $419,716.67 |
| 2020 | $419,716.67 | $18,585.24 | $18,585.24 | $0.00 | $156,424.16 | $1.61 | $401,131.43 |
| 2021 | $401,131.43 | $18,585.24 | $18,585.24 | $0.00 | $175,009.40 | $1.61 | $382,546.19 |
| 2022 | $382,546.19 | $18,585.24 | $18,585.24 | $0.00 | $193,594.64 | $1.61 | $363,960.95 |
| 2023 | $363,960.95 | $18,585.24 | $18,585.24 | $0.00 | $212,179.88 | $1.61 | $345,375.71 |
| 2024 | $345,375.71 | $18,585.24 | $18,585.24 | $0.00 | $230,765.12 | $1.61 | $326,790.47 |
| 2025 | $326,790.47 | $18,585.24 | $18,585.24 | $0.00 | $249,350.36 | $1.61 | $308,205.23 |
| 2026 | $308,205.23 | $18,585.24 | $18,585.24 | $0.00 | $267,935.60 | $1.61 | $289,619.99 |
| 2027 | $289,619.99 | $18,585.24 | $18,585.24 | $0.00 | $286,520.84 | $1.61 | $271,034.75 |
| 2028 | $271,034.75 | $18,585.24 | $18,585.24 | $0.00 | $305,106.08 | $1.61 | $252,449.51 |
| 2029 | $252,449.51 | $18,585.24 | $18,585.24 | $0.00 | $323,691.32 | $1.61 | $233,864.27 |
| 2030 | $233,864.27 | $18,585.24 | $18,585.24 | $0.00 | $342,276.56 | $1.61 | $215,279.03 |
| 2031 | $215,279.03 | $18,585.24 | $18,585.24 | $0.00 | $360,861.80 | $1.61 | $196,693.79 |
| 2032 | $196,693.79 | $18,585.24 | $18,585.24 | $0.00 | $379,447.04 | $1.61 | $178,108.55 |
| 2033 | $178,108.55 | $18,585.24 | $18,585.24 | $0.00 | $398,032.28 | $1.61 | $159,523.31 |
| 2034 | $159,523.31 | $18,585.24 | $18,585.24 | $0.00 | $416,617.52 | $1.61 | $140,938.07 |
| 2035 | $140,938.07 | $18,585.24 | $18,585.24 | $0.00 | $435,202.76 | $1.61 | $122,352.83 |
| 2036 | $122,352.83 | $18,585.24 | $18,585.24 | $0.00 | $453,788.00 | $1.61 | $103,767.59 |
| 2037 | $103,767.59 | $18,585.24 | $18,585.24 | $0.00 | $472,373.24 | $1.61 | $85,182.35 |
| 2038 | $85,182.35 | $18,585.24 | $18,585.24 | $0.00 | $490,958.48 | $1.61 | $66,597.11 |
| 2039 | $66,597.11 | $18,585.24 | $18,585.24 | $0.00 | $509,543.72 | $1.61 | $48,011.87 |
| 2040 | $48,011.87 | $18,585.24 | $18,585.24 | $0.00 | $528,128.96 | $1.61 | $29,426.63 |
| 2041 | $29,426.63 | $18,585.24 | $18,585.24 | $0.00 | $546,714.20 | $1.61 | $10,841.39 |
| 2042 | $10,841.39 | $10,841.39 | $10,841.39 | $0.00 | $557,555.59 | $1.61 | $0.00 |

## Mortgage Amortization 213 W 108th St

| Inputs | |
|---|---|
| Loan principal amount | $535,737.53 |
| Annual interest rate | 2.000% |
| Loan period in years | 30 |
| Base year of loan | 2012 |
| Base month of loan | AUGUST |

| Key Figures | |
|---|---|
| Annual loan payments | $23,762.28 |
| Monthly payments | $1,980.19 |
| Interest in first calendar year | $4,446.33 |
| Interest over term of loan | $177,130.87 |
| Sum of all payments | $712,868.40 |

### Payments in First 12 Months

| Year | Month | Beginning Balance | Payment | Principal | Interest | Cumulative Principal | Cumulative Interest | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | Aug | $535,737.53 | $1,980.19 | $1,087.29 | $892.90 | $1,087.29 | $892.90 | $534,650.24 |
| | Sep | $534,650.24 | $1,980.19 | $1,089.11 | $891.08 | $2,176.40 | $1,783.98 | $533,561.13 |
| | Oct | $533,561.13 | $1,980.19 | $1,090.92 | $889.27 | $3,267.32 | $2,673.25 | $532,470.21 |
| | Nov | $532,470.21 | $1,980.19 | $1,092.74 | $887.45 | $4,360.06 | $3,560.70 | $531,377.47 |
| | Dec | $531,377.47 | $1,980.19 | $1,094.56 | $885.63 | $5,454.62 | $4,446.33 | $530,282.91 |
| 2013 | Jan | $530,282.91 | $1,980.19 | $1,096.39 | $883.80 | $6,551.01 | $5,330.13 | $529,186.52 |
| | Feb | $529,186.52 | $1,980.19 | $1,098.21 | $881.98 | $7,649.22 | $6,212.11 | $528,088.31 |
| | Mar | $528,088.31 | $1,980.19 | $1,100.04 | $880.15 | $8,749.26 | $7,092.26 | $526,988.27 |
| | Apr | $526,988.27 | $1,980.19 | $1,101.88 | $878.31 | $9,851.14 | $7,970.57 | $525,886.39 |
| | May | $525,886.39 | $1,980.19 | $1,103.71 | $876.48 | $10,954.85 | $8,847.05 | $524,782.68 |
| | Jun | $524,782.68 | $1,980.19 | $1,105.55 | $874.64 | $12,060.40 | $9,721.69 | $523,677.13 |
| | Jul | $523,677.13 | $1,980.19 | $1,107.39 | $872.80 | $13,167.79 | $10,594.49 | $522,569.74 |

### Yearly Schedule of Balances and Payments

| Year | Beginning Balance | Payment | Principal | Interest | Cumulative Principal | Cumulative Interest | Ending Balance |
|---|---|---|---|---|---|---|---|
| 2013 | $530,282.91 | $23,762.28 | $13,277.96 | $10,484.32 | $18,732.58 | $14,930.65 | $517,004.95 |
| 2014 | $517,004.95 | $23,762.28 | $13,545.90 | $10,216.38 | $32,278.49 | $25,147.02 | $503,459.04 |
| 2015 | $503,459.04 | $23,762.28 | $13,819.32 | $9,942.96 | $46,097.81 | $35,089.98 | $489,639.72 |
| 2016 | $489,639.72 | $23,762.28 | $14,098.25 | $9,664.03 | $60,196.06 | $44,754.01 | $475,541.47 |
| 2017 | $475,541.47 | $23,762.28 | $14,382.82 | $9,379.46 | $74,578.88 | $54,133.47 | $461,158.65 |
| 2018 | $461,158.65 | $23,762.28 | $14,673.13 | $9,089.15 | $89,252.00 | $63,222.63 | $446,485.53 |
| 2019 | $446,485.53 | $23,762.28 | $14,969.29 | $8,792.99 | $104,221.30 | $72,015.61 | $431,516.23 |
| 2020 | $431,516.23 | $23,762.28 | $15,271.44 | $8,490.84 | $119,492.73 | $80,506.46 | $416,244.80 |
| 2021 | $416,244.80 | $23,762.28 | $15,579.68 | $8,182.60 | $135,072.42 | $88,689.05 | $400,665.11 |
| 2022 | $400,665.11 | $23,762.28 | $15,894.15 | $7,868.13 | $150,966.57 | $96,557.18 | $384,770.96 |
| 2023 | $384,770.96 | $23,762.28 | $16,214.96 | $7,547.32 | $167,181.53 | $104,104.50 | $368,556.00 |
| 2024 | $368,556.00 | $23,762.28 | $16,542.25 | $7,220.03 | $183,723.78 | $111,324.53 | $352,013.75 |
| 2025 | $352,013.75 | $23,762.28 | $16,876.14 | $6,886.14 | $200,599.92 | $118,210.67 | $335,137.61 |
| 2026 | $335,137.61 | $23,762.28 | $17,216.78 | $6,545.50 | $217,816.70 | $124,756.17 | $317,920.83 |
| 2027 | $317,920.83 | $23,762.28 | $17,564.29 | $6,197.99 | $235,380.99 | $130,954.16 | $300,356.54 |
| 2028 | $300,356.54 | $23,762.28 | $17,918.81 | $5,843.47 | $253,299.80 | $136,797.63 | $282,437.73 |
| 2029 | $282,437.73 | $23,762.28 | $18,280.49 | $5,481.79 | $271,580.29 | $142,279.42 | $264,157.24 |
| 2030 | $264,157.24 | $23,762.28 | $18,649.47 | $5,112.81 | $290,229.77 | $147,392.22 | $245,507.76 |
| 2031 | $245,507.76 | $23,762.28 | $19,025.90 | $4,736.38 | $309,255.66 | $152,128.61 | $226,481.87 |
| 2032 | $226,481.87 | $23,762.28 | $19,409.93 | $4,352.35 | $328,665.59 | $156,480.96 | $207,071.94 |
| 2033 | $207,071.94 | $23,762.28 | $19,801.70 | $3,960.58 | $348,467.29 | $160,441.54 | $187,270.24 |
| 2034 | $187,270.24 | $23,762.28 | $20,201.39 | $3,560.89 | $368,668.68 | $164,002.43 | $167,068.85 |
| 2035 | $167,068.85 | $23,762.28 | $20,609.14 | $3,153.14 | $389,277.82 | $167,155.57 | $146,459.71 |
| 2036 | $146,459.71 | $23,762.28 | $21,025.12 | $2,737.16 | $410,302.94 | $169,892.73 | $125,434.59 |
| 2037 | $125,434.59 | $23,762.28 | $21,449.50 | $2,312.78 | $431,752.44 | $172,205.51 | $103,985.09 |
| 2038 | $103,985.09 | $23,762.28 | $21,882.44 | $1,879.84 | $453,634.88 | $174,085.35 | $82,102.65 |
| 2039 | $82,102.65 | $23,762.28 | $22,324.13 | $1,438.15 | $475,959.01 | $175,523.50 | $59,778.52 |
| 2040 | $59,778.52 | $23,762.28 | $22,774.72 | $987.56 | $498,733.73 | $176,511.06 | $37,003.80 |
| 2041 | $37,003.80 | $23,762.28 | $23,234.42 | $527.86 | $521,968.15 | $177,038.92 | $13,769.38 |
| 2042 | $13,769.38 | $13,861.33 | $13,769.38 | $91.95 | $535,737.53 | $177,130.87 | $0.00 |

# Mortgage Amortization 235 A & B W 107th St

| Inputs | |
|---|---|
| Loan principal amount | $230,000.00 |
| Annual interest rate | 5.000% |
| Loan period in years | 30 |
| Base year of loan | 2012 |
| Base month of loan | AUGUST |

| Key Figures | |
|---|---|
| Annual loan payments | $14,816.28 |
| Monthly payments | $1,234.69 |
| Interest in first calendar year | $4,780.10 |
| Interest over term of loan | $214,488.40 |
| Sum of all payments | $444,488.40 |

## Payments in First 12 Months

| Year | Month | Beginning Balance | Payment | Principal | Interest | Cumulative Principal | Cumulative Interest | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | Aug | $230,000.00 | $1,234.69 | $276.36 | $958.33 | $276.36 | $958.33 | $229,723.64 |
| | Sep | $229,723.64 | $1,234.69 | $277.51 | $957.18 | $553.87 | $1,915.51 | $229,446.13 |
| | Oct | $229,446.13 | $1,234.69 | $278.66 | $956.03 | $832.53 | $2,871.54 | $229,167.47 |
| | Nov | $229,167.47 | $1,234.69 | $279.83 | $954.86 | $1,112.36 | $3,826.40 | $228,887.64 |
| | Dec | $228,887.64 | $1,234.69 | $280.99 | $953.70 | $1,393.35 | $4,780.10 | $228,606.65 |
| 2013 | Jan | $228,606.65 | $1,234.69 | $282.16 | $952.53 | $1,675.51 | $5,732.63 | $228,324.49 |
| | Feb | $228,324.49 | $1,234.69 | $283.34 | $951.35 | $1,958.85 | $6,683.98 | $228,041.15 |
| | Mar | $228,041.15 | $1,234.69 | $284.52 | $950.17 | $2,243.37 | $7,634.15 | $227,756.63 |
| | Apr | $227,756.63 | $1,234.69 | $285.70 | $948.99 | $2,529.07 | $8,583.14 | $227,470.93 |
| | May | $227,470.93 | $1,234.69 | $286.89 | $947.80 | $2,815.96 | $9,530.94 | $227,184.04 |
| | Jun | $227,184.04 | $1,234.69 | $288.09 | $946.60 | $3,104.05 | $10,477.54 | $226,895.95 |
| | Jul | $226,895.95 | $1,234.69 | $289.29 | $945.40 | $3,393.34 | $11,422.94 | $226,606.66 |

## Yearly Schedule of Balances and Payments

| Year | Beginning Balance | Payment | Principal | Interest | Cumulative Principal | Cumulative Interest | Ending Balance |
|---|---|---|---|---|---|---|---|
| 2013 | $228,606.65 | $14,816.28 | $3,464.57 | $11,351.71 | $4,857.92 | $16,131.81 | $225,142.08 |
| 2014 | $225,142.08 | $14,816.28 | $3,641.88 | $11,174.40 | $8,499.81 | $27,306.20 | $221,500.19 |
| 2015 | $221,500.19 | $14,816.28 | $3,828.21 | $10,988.07 | $12,328.02 | $38,294.27 | $217,671.98 |
| 2016 | $217,671.98 | $14,816.28 | $4,024.07 | $10,792.21 | $16,352.08 | $49,086.49 | $213,647.92 |
| 2017 | $213,647.92 | $14,816.28 | $4,229.95 | $10,586.33 | $20,582.03 | $59,672.82 | $209,417.97 |
| 2018 | $209,417.97 | $14,816.28 | $4,446.36 | $10,369.92 | $25,028.39 | $70,042.74 | $204,971.61 |
| 2019 | $204,971.61 | $14,816.28 | $4,673.84 | $10,142.44 | $29,702.24 | $80,185.17 | $200,297.76 |
| 2020 | $200,297.76 | $14,816.28 | $4,912.97 | $9,903.31 | $34,615.20 | $90,088.49 | $195,384.80 |
| 2021 | $195,384.80 | $14,816.28 | $5,164.32 | $9,651.96 | $39,779.52 | $99,740.45 | $190,220.48 |
| 2022 | $190,220.48 | $14,816.28 | $5,428.54 | $9,387.74 | $45,208.06 | $109,128.19 | $184,791.94 |
| 2023 | $184,791.94 | $14,816.28 | $5,706.27 | $9,110.01 | $50,914.34 | $118,238.19 | $179,085.66 |
| 2024 | $179,085.66 | $14,816.28 | $5,998.22 | $8,818.06 | $56,912.56 | $127,056.25 | $173,087.44 |
| 2025 | $173,087.44 | $14,816.28 | $6,305.10 | $8,511.18 | $63,217.65 | $135,567.44 | $166,782.35 |
| 2026 | $166,782.35 | $14,816.28 | $6,627.68 | $8,188.60 | $69,845.33 | $143,756.04 | $160,154.67 |
| 2027 | $160,154.67 | $14,816.28 | $6,966.76 | $7,849.52 | $76,812.10 | $151,605.55 | $153,187.90 |
| 2028 | $153,187.90 | $14,816.28 | $7,323.20 | $7,493.08 | $84,135.29 | $159,098.64 | $145,864.71 |
| 2029 | $145,864.71 | $14,816.28 | $7,697.86 | $7,118.42 | $91,833.16 | $166,217.05 | $138,166.84 |
| 2030 | $138,166.84 | $14,816.28 | $8,091.70 | $6,724.58 | $99,924.86 | $172,941.63 | $130,075.14 |
| 2031 | $130,075.14 | $14,816.28 | $8,505.69 | $6,310.59 | $108,430.55 | $179,252.22 | $121,569.45 |
| 2032 | $121,569.45 | $14,816.28 | $8,940.86 | $5,875.42 | $117,371.40 | $185,127.65 | $112,628.60 |
| 2033 | $112,628.60 | $14,816.28 | $9,398.29 | $5,417.99 | $126,769.69 | $190,545.64 | $103,230.31 |
| 2034 | $103,230.31 | $14,816.28 | $9,879.12 | $4,937.16 | $136,648.81 | $195,482.80 | $93,351.19 |
| 2035 | $93,351.19 | $14,816.28 | $10,384.56 | $4,431.72 | $147,033.37 | $199,914.52 | $82,966.63 |
| 2036 | $82,966.63 | $14,816.28 | $10,915.85 | $3,900.43 | $157,949.22 | $203,814.95 | $72,050.78 |
| 2037 | $72,050.78 | $14,816.28 | $11,474.33 | $3,341.95 | $169,423.54 | $207,156.91 | $60,576.46 |
| 2038 | $60,576.46 | $14,816.28 | $12,061.37 | $2,754.91 | $181,484.92 | $209,911.81 | $48,515.08 |
| 2039 | $48,515.08 | $14,816.28 | $12,678.46 | $2,137.82 | $194,163.37 | $212,049.64 | $35,836.63 |
| 2040 | $35,836.63 | $14,816.28 | $13,327.11 | $1,489.17 | $207,490.48 | $213,538.81 | $22,509.52 |
| 2041 | $22,509.52 | $14,816.28 | $14,008.95 | $807.33 | $221,499.44 | $214,346.13 | $8,500.56 |
| 2042 | $8,500.56 | $8,642.83 | $8,500.56 | $142.27 | $230,000.00 | $214,488.40 | $0.00 |

# Mortgage Amortization 249 W 118th St

| Inputs | |
|---|---|
| Loan principal amount | $230,000.00 |
| Annual interest rate | 5.000% |
| Loan period in years | 30 |
| Base year of loan | 2012 |
| Base month of loan | AUGUST |

| Key Figures | |
|---|---|
| Annual loan payments | $14,816.28 |
| Monthly payments | $1,234.69 |
| Interest in first calendar year | $4,780.10 |
| Interest over term of loan | $214,488.40 |
| Sum of all payments | $444,488.40 |

## Payments in First 12 Months

| Year | Month | Beginning Balance | Payment | Principal | Interest | Cumulative Principal | Cumulative Interest | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | Aug | $230,000.00 | $1,234.69 | $276.36 | $958.33 | $276.36 | $958.33 | $229,723.64 |
| | Sep | $229,723.64 | $1,234.69 | $277.51 | $957.18 | $553.87 | $1,915.51 | $229,446.13 |
| | Oct | $229,446.13 | $1,234.69 | $278.66 | $956.03 | $832.53 | $2,871.54 | $229,167.47 |
| | Nov | $229,167.47 | $1,234.69 | $279.83 | $954.86 | $1,112.36 | $3,826.40 | $228,887.64 |
| | Dec | $228,887.64 | $1,234.69 | $280.99 | $953.70 | $1,393.35 | $4,780.10 | $228,606.65 |
| 2013 | Jan | $228,606.65 | $1,234.69 | $282.16 | $952.53 | $1,675.51 | $5,732.63 | $228,324.49 |
| | Feb | $228,324.49 | $1,234.69 | $283.34 | $951.35 | $1,958.85 | $6,683.98 | $228,041.15 |
| | Mar | $228,041.15 | $1,234.69 | $284.52 | $950.17 | $2,243.37 | $7,634.15 | $227,756.63 |
| | Apr | $227,756.63 | $1,234.69 | $285.70 | $948.99 | $2,529.07 | $8,583.14 | $227,470.93 |
| | May | $227,470.93 | $1,234.69 | $286.89 | $947.80 | $2,815.96 | $9,530.94 | $227,184.04 |
| | Jun | $227,184.04 | $1,234.69 | $288.09 | $946.60 | $3,104.05 | $10,477.54 | $226,895.95 |
| | Jul | $226,895.95 | $1,234.69 | $289.29 | $945.40 | $3,393.34 | $11,422.94 | $226,606.66 |

## Yearly Schedule of Balances and Payments

| Year | Beginning Balance | Payment | Principal | Interest | Cumulative Principal | Cumulative Interest | Ending Balance |
|---|---|---|---|---|---|---|---|
| 2013 | $228,606.65 | $14,816.28 | $3,464.57 | $11,351.71 | $4,857.92 | $16,131.81 | $225,142.08 |
| 2014 | $225,142.08 | $14,816.28 | $3,641.88 | $11,174.40 | $8,499.81 | $27,306.20 | $221,500.19 |
| 2015 | $221,500.19 | $14,816.28 | $3,828.21 | $10,988.07 | $12,328.02 | $38,294.27 | $217,671.98 |
| 2016 | $217,671.98 | $14,816.28 | $4,024.07 | $10,792.21 | $16,352.08 | $49,086.49 | $213,647.92 |
| 2017 | $213,647.92 | $14,816.28 | $4,229.95 | $10,586.33 | $20,582.03 | $59,672.82 | $209,417.97 |
| 2018 | $209,417.97 | $14,816.28 | $4,446.36 | $10,369.92 | $25,028.39 | $70,042.74 | $204,971.61 |
| 2019 | $204,971.61 | $14,816.28 | $4,673.84 | $10,142.44 | $29,702.24 | $80,185.17 | $200,297.76 |
| 2020 | $200,297.76 | $14,816.28 | $4,912.97 | $9,903.31 | $34,615.20 | $90,088.49 | $195,384.80 |
| 2021 | $195,384.80 | $14,816.28 | $5,164.32 | $9,651.96 | $39,779.52 | $99,740.45 | $190,220.48 |
| 2022 | $190,220.48 | $14,816.28 | $5,428.54 | $9,387.74 | $45,208.06 | $109,128.19 | $184,791.94 |
| 2023 | $184,791.94 | $14,816.28 | $5,706.27 | $9,110.01 | $50,914.34 | $118,238.19 | $179,085.66 |
| 2024 | $179,085.66 | $14,816.28 | $5,998.22 | $8,818.06 | $56,912.56 | $127,056.25 | $173,087.44 |
| 2025 | $173,087.44 | $14,816.28 | $6,305.10 | $8,511.18 | $63,217.65 | $135,567.44 | $166,782.35 |
| 2026 | $166,782.35 | $14,816.28 | $6,627.68 | $8,188.60 | $69,845.33 | $143,756.04 | $160,154.67 |
| 2027 | $160,154.67 | $14,816.28 | $6,966.76 | $7,849.52 | $76,812.10 | $151,605.55 | $153,187.90 |
| 2028 | $153,187.90 | $14,816.28 | $7,323.20 | $7,493.08 | $84,135.29 | $159,098.64 | $145,864.71 |
| 2029 | $145,864.71 | $14,816.28 | $7,697.86 | $7,118.42 | $91,833.16 | $166,217.05 | $138,166.84 |
| 2030 | $138,166.84 | $14,816.28 | $8,091.70 | $6,724.58 | $99,924.86 | $172,941.63 | $130,075.14 |
| 2031 | $130,075.14 | $14,816.28 | $8,505.69 | $6,310.59 | $108,430.55 | $179,252.22 | $121,569.45 |
| 2032 | $121,569.45 | $14,816.28 | $8,940.86 | $5,875.42 | $117,371.40 | $185,127.65 | $112,628.60 |
| 2033 | $112,628.60 | $14,816.28 | $9,398.29 | $5,417.99 | $126,769.69 | $190,545.64 | $103,230.31 |
| 2034 | $103,230.31 | $14,816.28 | $9,879.12 | $4,937.16 | $136,648.81 | $195,482.80 | $93,351.19 |
| 2035 | $93,351.19 | $14,816.28 | $10,384.56 | $4,431.72 | $147,033.37 | $199,914.52 | $82,966.63 |
| 2036 | $82,966.63 | $14,816.28 | $10,915.85 | $3,900.43 | $157,949.22 | $203,814.95 | $72,050.78 |
| 2037 | $72,050.78 | $14,816.28 | $11,474.33 | $3,341.95 | $169,423.54 | $207,156.91 | $60,576.46 |
| 2038 | $60,576.46 | $14,816.28 | $12,061.37 | $2,754.91 | $181,484.92 | $209,911.81 | $48,515.08 |
| 2039 | $48,515.08 | $14,816.28 | $12,678.46 | $2,137.82 | $194,163.37 | $212,049.64 | $35,836.63 |
| 2040 | $35,836.63 | $14,816.28 | $13,327.11 | $1,489.17 | $207,490.48 | $213,538.81 | $22,509.52 |
| 2041 | $22,509.52 | $14,816.28 | $14,008.95 | $807.33 | $221,499.44 | $214,346.13 | $8,500.56 |
| 2042 | $8,500.56 | $8,642.83 | $8,500.56 | $142.27 | $230,000.00 | $214,488.40 | $0.00 |

## PHILIS MARIE GROOMES-LOVE
## INCOME STATEMENT
### 8 Months Ended August 31, 2011

|  | 8 months ended Aug 31, 2011 |
|---|---|
| **REVENUE** | |
| Pension Income | 15,887.10 |
| Room and Board | 62,330.95 |
| Social Security | 10,064.00 |
| **Total Revenue** | 86,282.05 |
| **COST OF GOODS SOLD** | |
| **Total Cost of Goods Sold** | 0.00 |
| **Gross Profit** | 86,282.05 |
| **OPERATING EXPENSES** | |
| Bank Service Charges | 260.94 |
| Cash | 1,600.00 |
| Cleaning and Maintenance | 1,307.06 |
| Equipment | 400.00 |
| Eviction Fee | 125.00 |
| Food | 10,300.75 |
| Food and Supplies | 418.79 |
| Gardening | 3,685.00 |
| Home Insurance | 1,246.55 |
| Household Expense | 3,459.93 |
| Insurance Expense | 2,633.65 |
| Legal Fees | 300.00 |
| License & Permits | 271.02 |
| Miscellaneous Expense | 120.24 |
| Mortgage Payments | 32,727.88 |
| Office Supplies | 112.50 |
| Outside Service | 1,525.00 |
| Penalties & Fines | 136.00 |
| Professional Fees | 1,300.00 |
| Repairs and Maintenance | 4,700.23 |
| Security | 102.50 |
| Supplies | 450.00 |
| Trustee Fees | 650.00 |
| Utilities | 18,569.34 |
| **Total Operating Expenses** | 86,302.38 |
| **Operating Income (Loss)** | 1,979.67 |
| **OTHER INCOME** | |
| Interest Income | 1.64 |
| **Total Other Income** | 1.64 |
| **OTHER EXPENSES** | |
| **Total Other Expenses** | 0.00 |
| **Income (Loss) Before Income Taxes** | 1,981.31 |
| **Income Tax** | |
| **Net Income (Loss)** | $ 1,981.31 |

# PHILIS MARIE GROOMES-LOVE
## Profit & Loss
### September 2010 through August 2011

|  | Sep '10 - Aug 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Pension Income | 23,263.62 |
| Rental Income | 1,600.00 |
| Room and Board | 104,106.25 |
| Social Security | 15,096.00 |
| **Total Income** | 144,065.87 |
| **Expense** | |
| Aid Attendant | 600.00 |
| Appliances | 2,469.45 |
| Bank Service Charges | 370.93 |
| Cash | 7,125.00 |
| Cleaning and Maintenance | 1,307.06 |
| Clients Clothing | 316.20 |
| Equipment | 400.00 |
| Eviction Fee | 1,310.00 |
| Food | 15,736.75 |
| Food and Supplies | 4,791.47 |
| Gardening | 5,575.00 |
| Home Insurance | 1,246.55 |
| Household Expense | 3,882.88 |
| Insurance Expense | 5,887.70 |
| Landscaping and Groundskeeping | 250.00 |
| Legal Fees | 300.00 |
| License & Permits | 316.26 |
| Miscellaneous Expense | 120.24 |
| Mortgage Payments | 32,727.88 |
| Office Supplies | 355.98 |
| Outside Service | 2,776.00 |
| Penalties & Fines | 221.00 |
| Professional Fees | 1,705.00 |
| Repairs and Maintenance | 12,237.19 |
| Security | 315.00 |
| Supplies | 1,221.94 |
| Trustee Fees | 975.00 |
| Utilities | 28,211.41 |
| **Total Expense** | 132,751.89 |
| **Net Ordinary Income** | 11,313.98 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 3.28 |
| **Total Other Income** | 3.28 |
| **Net Other Income** | 3.28 |
| **Net Income** | 11,317.26 |

Case 2:10-bk-40803-BB    Doc 177    Filed 09/25/12    Entered 09/25/12 08:49:55    Desc
Main Document    Page 30 of 45
Case 2:10-bk-40803-BB    Doc 151-1    Filed 04/06/12    Entered 04/06/12 11:47:24    Desc
Volume(s) 2    Page 9 of 24
Case 2:10-bk-40803-BB    Doc 1    Filed 07/26/10    Entered 07/26/10 14:56:24    Desc
Main Document    Page 18 of 66

B6A (Official Form 6A) (12/07)

In re  Philis Groomes-Love                                  Case No. _____
              **Debtor**                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in **Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single family residence with detached unit<br><br>3924 Magnolia Ave.<br>Lynwood, CA 90262 | Fee Simple | | 450,000.00 | Exceeds Value |
| 4-unit residential property<br>213 West 108th Street<br>Los Angeles, CA 90061 | Fee Simple | | 270,000.00 | Exceeds Value |
| 2-unit residential property<br>235 West 107th Street<br>Los Angeles, CA 90003-4528 | Fee Simple | | 250,000.00 | Exceeds Value |
| Single family residence<br>249 West 118th Street<br>Los Angeles, CA 90061-1828 | Fee Simple | | 190,000.00 | Exceeds Value |
| Condominium | Fee Simple | | 250,000.00 | Exceeds Value |
| | | Total | | |

(Report also on Summary of Schedules.)

Bankrupcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31048

B

Case 2:10-bk-40803-BB    Doc 177    Filed 09/25/12    Entered 09/25/12 08:49:55    Desc
Main Document    Page 31 of 45
Case 2:10-bk-40803-BB    Doc 151-1    Filed 04/06/12    Entered 04/06/12 11:47:24    Desc
Volume(s) 2    Page 10 of 24
Case 2:10-bk-40803-BB    Doc 1    Filed 07/26/10    Entered 07/26/10 14:56:24    Desc
Main Document    Page 19 of 66

B6A (Official Form 6A) (12/07)

In re   Philis Groomes-Love                                   Case No. _____
                     **Debtor**                                                      (If known)

# SCHEDULE A - REAL PROPERTY
### (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 12010 S. Broadway<br>Los Angeles, CA 90015-2108<br><br>Single family residence | Fee Simple | | 210,000.00 | None |
| 3229 Shoreline Drive<br>Las Vegas, NV 89117-3310<br><br>Unimproved lot | Fee Simple | | 60,000.00 | None |
| 251 West 118th Street<br>Los Angeles, CA 90061-1828 | | | | |
| | | Total ➤ | 1,680,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-749 - 32049

Case 2:10-bk-40803-BB  Doc 177  Filed 09/25/12  Entered 09/25/12 08:49:55  Desc
Main Document  Page 32 of 45
Case 2:10-bk-40803-BB  Doc 151-1  Filed 04/06/12  Entered 04/06/12 11:47:24  Desc
Volume(s) 2  Page 11 of 24
Case 2:10-bk-40803-BB  Doc 1  Filed 07/26/10  Entered 07/26/10 14:56:24  Desc
Main Document  Page 20 of 66

B6B (Official Form 6B) (12/07)

In re  Philis Groomes-Love _____    Case No. _____
_____Debtor_____                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand 3924 Magnolia Ave. Lynwood, CA 90262-5254 | | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account 3924 Magnolia Ave. Lynwood, CA 90262-5254 | | 677.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit 3924 Magnolia Ave. Lynwood, CA 90262-5254 | | 100.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household goods 3924 Magnolia Ave. Lynwood, CA 90262-5254 | | 1,000.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Art objects 3924 Magnolia Ave. Lynwood, CA 90262-5254 | | 2,000.00 |
| 6.  Wearing apparel. | | Clothing 3924 Magnolia Ave. Lynwood, CA 90262-5254 | | 5,000.00 |
| 7.  Furs and jewelry. | | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 13249

Case 2:10-bk-40803-BB    Doc 177    Filed 09/25/12    Entered 09/25/12 08:49:55    Desc
Main Document    Page 33 of 45
Case 2:10-bk-40803-BB    Doc 151-1    Filed 04/06/12    Entered 04/06/12 11:47:24    Desc
Volume(s) 2    Page 12 of 24
Case 2:10-bk-40803-BB    Doc 1    Filed 07/26/10    Entered 07/26/10 14:56:24    Desc
Main Document    Page 21 of 66

B6B (Official Form 6B) (12/07) - Cont.

In re  Philis Groomes-Love                          Case No. _____
                  Debtor                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Furs and jewelry<br>3924 Magnolia Ave.<br>Lynwood, CA 90262-5254 | | 10,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Insurance policies<br>3924 Magnolia Ave.<br>Lynwood, CA 90262-5254 | | 50,000.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stocks and business interests includinjg interest in non-profit operating entity<br>3924 Magnolia Ave.<br>Lynwood, CA 90262-5254 | | Unknown |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | Lease payment receivables on a monthly basis<br>3924 Magnolia Ave.<br>Lynwood, CA 90262-5254 | | Unknown |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 32048

Case 2:10-bk-40803-BB    Doc 177    Filed 09/25/12    Entered 09/25/12 08:49:55    Desc
Main Document    Page 34 of 45
Case 2:10-bk-40803-BB    Doc 151-1    Filed 04/06/12    Entered 04/06/12 11:47:24    Desc
Volume(s) 2    Page 13 of 24
Case 2:10-bk-40803-BB    Doc 1    Filed 07/26/10    Entered 07/26/10 14:56:24    Desc
Main Document    Page 22 of 66

B6B (Official Form 6B) (12/07) — Cont.

In re ___Philis Groomes-Love_____    Case No. _____
               Debtor                                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Cadillac automobile 3924 Magnolia Ave. Lynwood, CA 90262-5254 | | 10,000.00 |
| | | 2005 Cadillac automobile 3924 Magnolia Ave. Lynwood, CA 90262-5254 | | 29,000.00 |
| | | 1980 Motor home vehicle 3024 Magnolia Ave. Lynwood, CA 90262-5254 | | 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Case 2:10-bk-40803-BB    Doc 177    Filed 09/25/12    Entered 09/25/12 08:49:55    Desc
Main Document    Page 35 of 45
Case 2:10-bk-40803-BB    Doc 151-1    Filed 04/06/12    Entered 04/06/12 11:47:24    Desc
Volume(s) 2    Page 14 of 24
Case 2:10-bk-40803-BB    Doc 1    Filed 07/26/10    Entered 07/26/10 14:56:24    Desc
Main Document    Page 23 of 66

B6B (Official Form 6B) (12/07) -- Cont.

In re   Philis Groomes-Love _____        Case No. _____
                  **Debtor**                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____  continuation sheets attached    Total    $    109,877.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 12049

Case 2:10-bk-40803-BB    Doc 177    Filed 09/25/12    Entered 09/25/12 08:49:55    Desc
Main Document    Page 36 of 45
Case 2:10-bk-40803-BB    Doc 151-1    Filed 04/06/12    Entered 04/06/12 11:47:24    Desc
Volume(s) 2    Page 15 of 24
Case 2:10-bk-40803-BB    Doc 1    Filed 07/26/10    Entered 07/26/10 14:56:24    Desc
Main Document    Page 24 of 66

B6C (Official Form 6C) (04/10)

In re   Philis Groomes-Love _____      Case No. _____
                    Debtor                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)              ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)                  $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on hand | C.C.P. 703.140(b)(5) | 100.00 | 100.00 |
| Checking account | C.C.P. 703.140(b)(5) | 677.00 | 677.00 |
| Security deposit | C.C.P. 703.140(b)(5) | 100.00 | 100.00 |
| Household goods | C.C.P. 703.140(b)(3) | 1,000.00 | 1,000.00 |
| Furs and jewelry | C.C.P. 703.140(b)(3)<br>C.C.P. 703.140(b)(4) | 8,575.00<br>1,425.00 | 10,000.00 |
| Clothing | C.C.P. 703.140(b)(3) | 5,000.00 | 5,000.00 |
| 1980 Motor home vehicle | C.C.P. 703.140(b)(2) | 2,000.00 | 2,000.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Case 2:10-bk-40803-BB    Doc 177    Filed 09/25/12    Entered 09/25/12 08:49:55    Desc
                         Main Document      Page 37 of 45
Case 2:10-bk-40803-BB    Doc 151-1    Filed 04/06/12    Entered 04/06/12 11:47:24    Desc
                         Volume(s) 2    Page 16 of 24
Case 2:10-bk-40803-BB    Doc 1    Filed 07/26/10    Entered 07/26/10 14:56:24    Desc
                         Main Document      Page 25 of 66

**B6D (Official Form 6D) (12/07)**

In re  Philis Groomes-Love _____,        Case No. _____
                  **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1100229047 <br><br> ASC <br> P.O. Box 60768 <br> Los Angeles, CA 90060-0768 | | | Incurred: 2006 <br> Lien: Deed of Trust <br> Security: Single family residence <br><br> VALUE $ 190,000.00 | | | | 524,897.82 | 334,897.82 |
| ACCOUNT NO. 0040542201 <br><br> Aurora Loan Services <br> 2617 College Park <br> P.O. Box 1706 <br> Scottsbluff, NE 69363 | | | Incurred: 2007 <br> Lien: Deed of Trust <br> Security: Single family residence with detached unit <br><br> VALUE $ 450,000.00 | | | | 624,103.00 | 174,103.00 |
| ACCOUNT NO. 156900318 <br><br> Countrywide Home Loans <br> P.O. Box 10219 <br> Van Nuys, CA 91410-0219 | | | Incurred: 2007 <br> Lien: Deed of Trust <br> Security: Condominium <br><br> VALUE $ 250,000.00 | | | | 436,951.02 | 186,951.02 |

__2__ continuation sheets attached

Subtotal ► $1,585,951.84 | $ 695,951.84
(Total of this page)
Total ► $ | $
(Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Case 2:10-bk-40803-BB    Doc 177    Filed 09/25/12    Entered 09/25/12 08:49:55    Desc
Main Document    Page 38 of 45
Case 2:10-bk-40803-BB    Doc 151-1    Filed 04/06/12    Entered 04/06/12 11:47:24    Desc
Volume(s) 2    Page 17 of 24
Case 2:10-bk-40803-BB    Doc 1    Filed 07/26/10    Entered 07/26/10 14:56:24    Desc
Main Document    Page 26 of 66

B6D (Official Form 6D) (12/07) – Cont.

In re ___Philis Groomes-Love_____,    Case No. _____
               **Debtor**    **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 325538866<br><br>HomEq Servicing<br>P.O. Box 79230<br>City of Industry, CA 91716 | | | Incurred: 2006<br>Lien: Deed of Trust<br>Security: 4-unit residential property<br><br>VALUE $    270,000.00 | | | | 601,344.48 | 331,344.48 |
| ACCOUNT NO.<br><br>Los Angeles County Tax Collector<br>P.O. Box 54108<br>Los Angeles, CA 90054-0018 | | | Incurred: 2008 and 2009<br>Lien: Secured real property taxes<br>Security: Secured real property taxes<br><br>VALUE $    0.00 | | | | 49,146.69 | 49,146.69 |
| ACCOUNT NO. 0941044298<br><br>OCWEN<br>P.O. Box 5440<br>Carol Stream, IL. 60197-6440 | | | Incurred: 2007<br>Lien: Deed of Trust<br>Security: 2-unit residential property<br><br>VALUE $    250,000.00 | | | | 532,755.76 | 282,755.76 |
| ACCOUNT NO. 44528875<br><br>Wachovia Mortgage<br>P.O. Box 7512<br>Springfield, OH 45501 | | | Incurred: 2005<br>Lien: Deed of Trust<br>Security: Single family residence<br><br>VALUE $    210,000.00 | | | | 265,769.58 | 55,769.58 |
| ACCOUNT NO.<br><br>Willie Gaines<br>4416 Charnela Ct.<br>Las Vegas, NV 89130-5200 | | | Lien: Deed of Trust<br>Security: Single family residence<br><br>VALUE $    190,000.00 | | | | 70,000.00 | 70,000.00<br>This amount based upon existence of Superior Liens |

Sheet no. _1_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s)<br>(Total(s) of this page) | $ 1,519,016.51 | $ 789,016.51 |
| Total(s)<br>(Use only on last page) | $ 3,104,968.35 | $1,484,968.35 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related |

_Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 32049_

Case 2:10-bk-40803-BB    Doc 177    Filed 09/25/12    Entered 09/25/12 08:49:55    Desc
Main Document    Page 39 of 45
Case 2:10-bk-40803-BB    Doc 151-1    Filed 04/06/12    Entered 04/06/12 11:47:24    Desc
Volume(s) 2    Page 18 of 24
Case 2:10-bk-40803-BB    Doc 1    Filed 07/26/10    Entered 07/26/10 14:56:24    Desc
Main Document    Page 27 of 66

B6E (Official Form 6E) (04/10)

In re   Philis Groomes-Love                                                    Case No. _____
_____                                              (if known)
            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Case 2:10-bk-40803-BB    Doc 177    Filed 09/25/12    Entered 09/25/12 08:49:55    Desc
Main Document    Page 40 of 45
Case 2:10-bk-40803-BB    Doc 151-1    Filed 04/06/12    Entered 04/06/12 11:47:24    Desc
Volume(s) 2    Page 19 of 24
Case 2:10-bk-40803-BB    Doc 1    Filed 07/26/10    Entered 07/26/10 14:56:24    Desc
Main Document    Page 28 of 66

B6E (Official Form 6E) (04/10) - Cont.

In re __Philis Groomes-Love_____,    Case No._____
                  Debtor                                                              (if known)

☐  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_  continuation sheets attached

## EXHIBIT "C"
## SCHEDULE OF UNSECURED CREDITORS

| NAME OF CREDITOR | AMOUNT |
|---|---|
| American Express Bank | $44,018.06 |
| Wells Fargo Bank | $15,533.83 |
| Adadee Plumbing and Heating | $547.36 |
| Southern California Edison | $1,194.19 |
| Southern California Gas Company | $1,154.55 |
| Department of Water and Power | $9,927.20 |
| City of Los Angeles | $622.63 |
| 12000 Broadway HOA | $5,304.00 |
| Carolyn Jackson | $2,000.00 |
| CBCS | $145.49 |
| Citibank | $3,172.98 |
| Citicorp Credit Services Inc. | $5,238.98 |
| Direct TV | $117.13 |
| Gill Jarmond | $2,000.00 |
| Home Depot Credit Services | $2,685.83 |
| James W. Groomes | $4,418.00 |
| Jannnice R. Groomes | $2,000.00 |
| Sears Credit Cars | $13,389.83 |
| Terminix | $100.00 |
| Willie Gaines | $5,000.00 |
| Unsecured claim of Ocwen | $298,226.51 |
| Unsecured claim of ASC | $294,101.06 |
| Unsecured claim of Wells Fargo Bank | $70,969.38 |
| **TOTAL UNSECURED CLAIMS** | **$781,867.01** |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361-5749.

A true and correct copy of the foregoing document described **INDIVIDUAL DEBTOR'S FIFTH AMENDED DISCLOSURE STATEMENT IN SUPPORT OF FIFTH AMENDED PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 25, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Gregory J Babcock    bknotice@mccarthyholthus.com
Richard J Bauer    rbauer@mileslegal.com
Deborah Conley    bkmail@prommis.com
Philip D Dapeer    PhilipDapeer@AOL.com
Mark Domeyer    mdomeyer@mileslegal.com
Gerald S Kim    cdcaecf@bdfgroup.com
Melanie C Scott Melanie.Scott@usdoj.gov
Timothy J Silverman    tim@sgsslaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Darlene C Vigil    cdcaecf@bdfgroup.com
Les A Zieve    bankruptcy@zievelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On September 25, 2012, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California. F 2081-1.DISCLSR STMT (June 2011)

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing

2

is true and correct.

3

**/s/ Philip D. Dapeer**

4

Date:  September  25 2012          Philip D. Dapeer          Signature

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

15

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of
California, F 2081-1.DISCLSR STMT (June 2011)

**In re Philis Groomes-Love**
United States Bankruptcy Court – Central District of California
Case No.: 2:10-bk-40803-BB

SERVICE LIST


Adee Plumbing and Heating, Inc.
5457 Crenshaw Boulevard
Los Angeles, CA 90043-2496

Los Angeles Division
255 Temple Street
Los Angeles, CA 90012-3332

12000 Broadway HOA
c/o Wilshire Pacific Equities
PO Box 57063
Irvine, CA 92619-7063

American Express
PO Box 0001
Los Angeles, CA 90078-0001

ASC
PO Box 60768
Los Angeles, CA 90060-0768

Aurora Loan Services
2617 College Park
PO Box 1706
Scottsbluff, NE 69363-1706

Carolyn Jackson
44526 Carlin Avenue
Lynwood, CA 90262-5416

CBCS
PO Box 163250
Columbus, OH 43216-3250

Citbank
PO Box 469100
Escondido, CA 92046-9100

Citicorp Credit Services, Inc.
Payment Processing Center
PO Box 2695
Waterloo, IA 50704-2695

City of Los Angeles Municipal Svs.
PO Box 30808
Los Angeles, CA 90030-0808

City of Los Angeles
PO Box 53233
Los Angeles, CA 90053-0233

Countrywide Home Loans
PO Box 10219
Van Nuys, CA 91410-0219

Department of Water & Power
PO Box 30808
Los Angeles, CA 90030-0808

DirectTV
PO Box 78626
Phoenix, AZ 85062-8626

Gill Jarmond
1827 12th Avenue
Los Angeles, CA 90019-6017

Home Depot Credit Services
PO Box 6028
The Lakes, NV 88901-6028

Home Servicing
PO Box 79230
City of Industry, CA 91716-9230

James W. Groomes
120 East Maple Street
Compton, CA 90220-2313

Janice R. Groomes
2924 Magnolia Avenue
Lynwood, CA 90262

Los Angeles County Tax Collector
PO Box 54108
Los Angeles, CA 90054-0108

OCWEN
PO Box 5440
Carol Stream, IL 60197-6440

Sears Credit Cards
PO Box 688956
Des Moines, IA 50368-8956

Southern California Edison
PO Box 600
Rosemead, CA 91771-0001

Terminix
PO Box 741592
Cincinnati, OH 45274-2592

The Gas Company
PO Box C
Monterey Park, CA 91756-0001

United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017-5524

Wachovia Mortgage
PO Box 7512
Springfield, OH 45501-7512

Wells Fargo Credit Services
PO Box 30086
Los Angeles, CA 90030-0086

Willie Gaines
4416 Charnela Ct.
Las Vegas, NV 89130-5200

Philis Groomes-Love
3929 Magnolia Avenue
Lynwood, CA 90262