PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone: (323) 954-9144
Facsimile: (323) 954-0457

Reorganization counsel to Debtor-In-Possession
PHILIS GROOMES-LOVE

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PHILIS GROOMES-LOVE,<br><br>　　Debtor-In-Possession. | Case No.: 2:10-bk-40803-BB<br><br>[Chapter 11]<br><br>**DECLARATION OF DEBTOR'S COUNSEL IN SUPPORT OF PLAN CONFIRMATION**<br><br>Date: October 10, 2012<br>Time: 2:00 p.m.<br>Ctrm: 1475 |

### DECLARATION OF PHILIP D. DAPEER

I, Philip D. Dapeer, declare:

1.　I am reorganization counsel to the debtor, Philis Groomes-Love. In such capacity I have personal knowledge of the facts set forth in this declaration and if called and sworn as a witness could and would competently testify thereto.

2.　I give this declaration in support of debtor's motion for confirmation of her Fifth Amended Plan of Reorganization, filed September 25, 2012. Further, this declaration

1

DECLARATION IN SUPPORT OF PLAN CONFIRMATION

is given at the request of the court following the confirmation proceedings that took place in this case on October 10, 2012.

3. At the confirmation hearing on September 12, 2012, the court requested that debtor serve and file a Fifth Amended Plan of Reorganization and Fifth Amended Disclosure Statement addressing the issues that were raised by the court at the hearing on September 12, 2012, including the stipulations regarding acceptance of the plan that were placed in the record of the proceedings by the attorneys for the secured lenders who appeared at the confirmation hearing on September 12, 2012. In view of the fact that the secured lenders had stipulated with the debtor to the treatment of the various secured claims in lieu of submitting ballots accepting the plan, the court wanted to be assured that the stipulations as placed in the record of the proceedings on September 12, 2012, and as reflected in the submittals made by debtor in support of plan confirmation were correctly stated in a final version of the debtor's plan. As a result, the court directed that declarant incorporate all of the stipulations into a finalized version of the debtor's plan and update the debtor's financial projections in order to demonstrate plan feasibility based upon the stipulations that had been reached with the secured creditors. As a result, declarant came to serve and file a Fifth Amended Plan of Reorganization and Fifth Amended Disclosure Statement on September 25, 2012, and secured creditors and parties in interest were given until October 5, 2012, to submit any final objections to the debtor's plan. The record will reflect that there were no objections served and filed by any creditor or party in interest with respect to the Fifth Amended Plan of Reorganization by the October 5, 2012 deadline. This case then proceeded to a continued plan confirmation hearing on October 10, 2012 per the notice of continued hearing on plan confirmation and due date for objections filed September 20, 2012, docket entry 174.

4. There were no appearances on behalf of any creditor, party in interest or the United States Trustee at the continued confirmation hearing on October 10, 2012. At that time, the court confirmed the debtor's Fifth Amended Plan of Reorganization and requested

that declarant submit a declaration setting forth the final outcome of stipulations and ballots with respect to the acceptance or rejection of the debtor's plan in order to demonstrate that the plan, in fact, could properly be confirmed pursuant to Bankruptcy Code section 1129(a) or (b). This declaration follows:

5.  Classes 2(a), 5(a), 5(b), 5(d), and 5(e) accepted the debtor's plan by stipulation either in writing or by stipulation placed in the record of the court's proceedings in this case. With respect to the Class 5(b) claim of Bank of America, the secured creditor made a timely election pursuant to 11 U.S.C. section 1111(b) and proposed to debtor a stream of payments at 0% interest over 30 years. Initially, debtor had proposed to abandon that property back to the secured creditor, but then decided to accept the proposal. Consequently, the Class 5(b) claim will be paid as set forth in the Fifth Amended Plan of Reorganization.

6.  With respect to the Class 5(c) claim, the secured creditor also made a timely election under 11 U.S.C. section 1111(b) and proposed a discount rate of 2%. Declarant took the position that a 2% discount rate was excessive, and at the hearing on September 12, 2012, the court accepted debtor's analysis that a 1% discount rate was the appropriate discount rate to be applied to the secured creditor's election, and the 1% discount rate was incorporated into the Fifth Amended Plan of Reorganization. Ocwen, the holder of the Class 5(c) claim, did not appear at the confirmation hearing on September 12, 2012, and did not file any response or objections to the papers timely submitted by debtor demonstrating that a 1% discount rate was the appropriate rate to be applied to the 1111(b) election. Consequently, at the hearing on September 12, 2012, the court approved a 1% discount rate over the 2% discount rate that had been proposed by the secured creditor.

7.  With respect to the Class 6 general unsecured claims, debtor received three ballots from general unsecured creditors. One ballot from a creditor holding a general unsecured claim of $15,533.83 voted to accept the plan. Two general unsecured creditors

DECLARATION IN SUPPORT OF PLAN CONFIRMATION

1 | holding general unsecured claims in the total amount of $11,474.74 voted to reject the plan.
2 | However, as set forth in Exhibit "C" to the debtor's Fifth Amended Disclosure Statement,
3 | three secured creditors holding deficiency claims in the total of $663,296.95 accepted the
4 | plan. Thus, four general unsecured creditors (a majority of the six unsecured creditors
5 | voting) accepted the plan, two general unsecured creditors rejected the plan and creditors
6 | holding at least two-thirds in amount of allowed general unsecured claims accepted the plan.
7 | Consequently, the plan was accepted by the Class 6 general unsecured creditors pursuant to
8 | 11 U.S.C. section 1126(c).

Executed at Westlake Village, California this 15th day of October, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
PHILIP D. DAPEER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361-5749.

A true and correct copy of the foregoing document entitled: **DECLARATION OF DEBTOR'S COUNSEL IN SUPPORT OF PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 16, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    Gregory J Babcock     bknotice@mccarthyholthus.com
    Richard J Bauer       rbauer@mileslegal.com
    Deborah Conley        bkmail@prommis.com
    Philip D Dapeer       PhilipDapeer@AOL.com
    Mark Domeyer          mdomeyer@mileslegal.com
    Gerald S Kim          cdcaecf@bdfgroup.com
    Melanie C Scott       Melanie.Scott@usdoj.gov
    Timothy J Silverman   tim@sgsslaw.com
    United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
    Darlene C Vigil       cdcaecf@bdfgroup.com
    Les A Zieve           bankruptcy@zievelaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 16, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: October 16, 2012      Philip D. Dapeer      /s/ Philip D. Dapeer
                                                  Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                         F 9013-3.1.PROOF.SERVICE

**In Re: Philis Groomes-Love**
United States Bankruptcy Court – Central District of California
Case No.: 2:10-bk-40803-BB

SERVICE LIST

Adee Plumbing and Heating, Inc.
5457 Crenshaw Boulevard
Los Angeles, CA 90043-2496

Los Angeles Division
255 Temple Street
Los Angeles, CA 90012-3332

12000 Broadway HOA
c/o Wilshire Pacific Equities
PO Box 57063
Irvine, CA 92619-7063

American Express
PO Box 0001
Los Angeles, CA 90078-0001

ASC
PO Box 60768
Los Angeles, CA 90060-0768

Aurora Loan Services
2617 College Park
PO Box 1706
Scottsbluff, NE 69363-1706

Carolyn Jackson
44526 Carlin Avenue
Lynwood, CA 90262-5416

CBCS
PO Box 163250
Columbus, OH 43216-3250

Citbank
PO Box 469100
Escondido, CA 92046-9100

Citicorp Credit Services, Inc.
Payment Processing Center
PO Box 2695
Waterloo, IA 50704-2695

City of Los Angeles Municipal Svs.
PO Box 30808
Los Angeles, CA 90030-0808

City of Los Angeles
PO Box 53233
Los Angeles, CA 90053-0233

Countrywide Home Loans
PO Box 10219
Van Nuys, CA 91410-0219

Department of Water & Power
PO Box 30808
Los Angeles, CA 90030-0808

DirectTV
PO Box 78626
Phoenix, AZ 85062-8626

Gill Jarmond
1827 12th Avenue
Los Angeles, CA 90019-6017

Home Depot Credit Services
PO Box 6028
The Lakes, NV 88901-6028

Home Servicing
PO Box 79230
City of Industry, CA 91716-9230

James W. Groomes
120 East Maple Street
Compton, CA 90220-2313

Janice R. Groomes
2924 Magnolia Avenue
Lynwood, CA 90262

Los Angeles County Tax Collector
PO Box 54108
Los Angeles, CA 90054-0108

1

2

OCWEN
PO Box 5440
Carol Stream, IL 60197-6440

Sears Credit Cards
PO Box 688956
Des Moines, IA 50368-8956

Southern California Edison
PO Box 600
Rosemead, CA 91771-0001

Terminix
PO Box 741592
Cincinnati, OH 45274-2592

The Gas Company
PO Box C
Monterey Park, CA 91756-0001

United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017-5524

Wachovia Mortgage
PO Box 7512
Springfield, OH 45501-7512

Wells Fargo Credit Services
PO Box 30086
Los Angeles, CA 90030-0086

Willie Gaines
4416 Charnela Ct.
Las Vegas, NV 89130-5200

Philis Groomes-Love
3929 Magnolia Avenue
Lynwood, CA 90262

2