PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone: (323) 954-9144
Facsimile: (323) 954-0457

Reorganization counsel to Debtor-In-Possession
PHILIS GROOMES-LOVE

**FILED & ENTERED**

**OCT 23 2012**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY beauchamDEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re:

PHILIS GROOMES-LOVE,

    Debtor-In-Possession.

Case No.: 2:10-bk-40803-BB

[Chapter 11]

**ORDER CONFIRMING DEBTOR'S FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

Date: October 10, 2012
Time: 2:00 p.m.
Ctrm: 1475

    The motion of debtor-in-possession Philis Groomes-Love for confirmation of her Fifth Amended Chapter 11 Plan of Reorganization came on regularly for continued hearing before the undersigned on October 10, 2012, at 2:00 p.m. in courtroom 1475. The appearances were as noted in the record of the proceedings. The Court having considered all of the matters before it in connection with the hearing on confirmation of the plan, including the debtor's Fifth Amended Disclosure Statement, the Fifth Amended Plan of Reorganization, and all of the materials submitted on behalf of debtor in support of plan confirmation in connection with the confirmation hearing that was conducted by the court on July 19, 2012 and September 12, 2012, and it appearing to the court that the debtor's Fifth Amended Plan of Reorganization should be confirmed as meeting all of the requirements of 11 U.S.C. section 1129(a) and (b),

1

IT IS HEREBY ORDERED as follows:

1. The debtor's Fifth Amended Plan of Reorganization is **CONFIRMED** as meeting all of the requirements of 11 U.S.C. section 1129(a) and (b) for the reasons set forth in the Court's announcement of its decision regarding plan confirmation at the hearings on plan confirmation of September 12 and October 10, 2012, which are adopted as the Court's findings of fact and conclusions of law with respect to the matter.  The Court finds that Classes 2(a), 5(a), 5(b), 5(d) and 5(e) have accepted the debtor's Fifth Amended Plan of Reorganization by stipulation or agreement with the debtor.  With respect to Class 5(c), the Court finds that, pursuant to 11 U.S.C. section 1129(b)(1), 1129(b)(2)(A)(i) and 11 U.S.C. section 1129(a)(7)(B), the plan does not discriminate unfairly and is fair and equitable with respect to the Class 5(c) claim in that the holder of such claim retains the lien securing the claim and the holder of the Class 5(c) claim will receive on account of such claim deferred cash payments totaling at least the allowed amount of such claim, of a value, as of the effective date of the plan, of at least the value of such holder's interest in the estate's interest in such property.  Further the Court finds that where the election by the Class 5(c) claimant has been made pursuant to section 1111(b)(2), the holder of the claim will receive or retain under the plan on account of such claim property of a value, as of the effective date of the plan, that is not less than the value of such holder's interest in the estate's interest in the property that secures such claim.

2. A post-confirmation status conference shall take place on **March 6, 2013, at 11:00 a.m**. in Courtroom 1475.

3. On or before **February 22, 2013**, reorganized debtor shall serve and file a status report explaining what progress has been made toward consummation of the confirmed plan of reorganization.  The status report shall be served on the United States Trustee, the 20 largest unsecured creditors and those parties having requested special notice.

2

ORDER CONFIRMING DEBTOR'S FIFTH AMENDED PLAN

1    4.    Unless otherwise provided in the plan, if the above-referenced case is converted to one under Chapter 7, the property of the reorganized debtor shall be revested in the Chapter 7 estate, except that, in individual cases, post-petition income from personal services and proceeds thereof, and post-confirmation gifts or inheritances pursuant to 11 U.S.C. sections 541(a)(5)(A), 541(a)(6), 1115(a) or 1115(b), shall not automatically revest in the Chapter 7 estate.

5.    With respect to the liens that have been stripped from the debtor's real estate pursuant to 11 U.S.C. section 506 and as reflected in the debtor's confirmed plan of reorganization, the lien stripping shall not be deemed effective until the debtor has made all payments required under the plan to be made to general unsecured creditors, at which time the under secured portions of the liens shall be deemed stripped from the collateral security, unenforceable by the line holder, and expunged from the land records of the County of Los Angeles, State of California. This Court shall retain jurisdiction to enter whatever orders are necessary or appropriate to carry out the provisions of this paragraph on application of the reorganized debtor.

6.    As provided in Article VII, Section B of the Fifth Amended Plan of Reorganization, the Effective Date of the Plan shall be 14 days following the date of the entry of the order confirming the Plan.  But, if a stay of the confirmation order is in effect on that date, the Effective Date shall be the first business day after the date on which no stay of the confirmation order is in effect, provided that the confirmation order has not been vacated.

7.    Pursuant to Article VI, Section A of the Fifth Amended Plan of Reorganization, discharge of all pre-confirmation debts shall be entered upon completion of all payments under the Plan, whether or not the creditor files a proof of claim, or accepts the Plan, unless the Court orders otherwise.  Once all payments have been made, the Debtor shall file a declaration with the Court attesting to that fact and requesting that the Court enter

3

ORDER CONFIRMING DEBTOR'S FIFTH AMENDED PLAN

1  Debtor's discharge.  Pursuant to Article VI, Section A of the Fifth Amended Plan of
2  Reorganization, such discharge shall not discharge Debtor from any debts that are non-
3  dischargeable under 11 U.S.C. Section 523 or the obligations created by the Plan.
4
5                                         ###

DATED: October 23, 2012

_____
United States Bankruptcy Judge

4

ORDER CONFIRMING DEBTOR'S FIFTH AMENDED PLAN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361-5749.

A true and correct copy of the foregoing document entitled: **ORDER CONFIRMING DEBTOR'S FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 16, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 16, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Trustee (LA)
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017-5524

The Honorable Sheri Bluebond
United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1482/Courtroom 1475
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | **/s/ Philip D. Dapeer** |
|---|---|
| Date: October 16, 2012     Philip D. Dapeer | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1 PROOF SERVICE**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER CONFIRMING DEBTOR'S FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of October 16, 2012, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Gregory J Babcock    bknotice@mccarthyholthus.com
- Richard J Bauer    rbauer@mileslegal.com
- Deborah Conley    bkmail@prommis.com
- Philip D Dapeer    PhilipDapeer@AOL.com
- Mark Domeyer    mdomeyer@mileslegal.com
- Gerald S Kim    cdcaecf@bdfgroup.com
- Melanie C Scott    Melanie.Scott@usdoj.gov
- Timothy J Silverman    tim@sgsslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Les A Zieve    bankruptcy@zievelaw.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9012-1.1 NOTICE OF ENTERED ORDER**

**In re: Philis Groomes-Love**
United States Bankruptcy Court – Central District of California
Case No.: 2:10-bk-40803-BB

SERVICE LIST

| | | |
|---|---|---|
| Adee Plumbing and Heating, Inc.<br>5457 Crenshaw Boulevard<br>Los Angeles, CA 90043-2496 | Los Angeles Division<br>255 Temple Street<br>Los Angeles, CA 90012-3332 | 12000 Broadway HOA<br>c/o Wilshire Pacific Equities<br>PO Box 57063<br>Irvine, CA 92619-7063 |
| American Express<br>PO Box 0001<br>Los Angeles, CA 90078-0001 | ASC<br>PO Box 60768<br>Los Angeles, CA 90060-0768 | Aurora Loan Services<br>2617 College Park<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 |
| Carolyn Jackson<br>44526 Carlin Avenue<br>Lynwood, CA 90262-5416 | CBCS<br>PO Box 163250<br>Columbus, OH 43216-3250 | Citbank<br>PO Box 469100<br>Escondido, CA 92046-9100 |
| Citicorp Credit Services, Inc.<br>Payment Processing Center<br>PO Box 2695<br>Waterloo, IA 50704-2695 | City of Los Angeles<br>Municipal Svs.<br>PO Box 30808<br>Los Angeles, CA 90030-0808 | City of Los Angeles<br>PO Box 53233<br>Los Angeles, CA 90053-0233 |
| Countrywide Home Loans<br>PO Box 10219<br>Van Nuys, CA 91410-0219 | Department of Water & Power<br>PO Box 30808<br>Los Angeles, CA 90030-0808 | DirectTV<br>PO Box 78626<br>Phoenix, AZ 85062-8626 |
| Gill Jarmond<br>1827 12th Avenue<br>Los Angeles, CA 90019-6017 | Home Depot Credit Services<br>PO Box 6028<br>The Lakes, NV 88901-6028 | Home Servicing<br>PO Box 79230<br>City of Industry, CA 91716-9230 |
| James W. Groomes<br>120 East Maple Street<br>Compton, CA 90220-2313 | Janice R. Groomes<br>2924 Magnolia Avenue<br>Lynwood, CA 90262 | Los Angeles County Tax Collector<br>PO Box 54108<br>Los Angeles, CA 90054-0108 |
| OCWEN<br>PO Box 5440<br>Carol Stream, IL 60197-6440 | Sears Credit Cards<br>PO Box 688956<br>Des Moines, IA 50368-8956 | Southern California Edison<br>PO Box 600<br>Rosemead, CA 91771-0001 |

| | | |
|---|---|---|
| Terminix<br>PO Box 741592<br>Cincinnati, OH 45274-2592 | The Gas Company<br>PO Box C<br>Monterey Park, CA 91756-0001 | United States Trustee<br>725 South Figueroa Street<br>26th Floor<br>Los Angeles, CA 90017-5524 |
| Wachovia Mortgage<br>PO Box 7512<br>Springfield, OH 45501-7512 | Wells Fargo Credit Services<br>PO Box 30086<br>Los Angeles, CA 90030-0086 | Willie Gaines<br>4416 Charnela Ct.<br>Las Vegas, NV 89130-5200 |
| Philis Groomes-Love<br>3929 Magnolia Avenue<br>Lynwood, CA 90262 | | |