## Office of the United States Trustee

| In re: | Post-Confirmation Status Report |
|---|---|
| PHILIS GROOMES LOVE              Debtor | Quarter Ending:    12/31/2012 |
| Chapter 11 Case No: 2:10-bk-40803-BB | |

| Attorney/Professional - Name, Address, Phone & FAX: | Person responsible for report - Name, Address, Phone & FAX<br>MIESHA SHELLEY<br>2067 W FLORENCE AVE<br>LOS ANGELES, CA 90047 |
|---|---|

| Date Order was entered confirming plan | 10/23/2012 |
|---|---|
| Disbursing Agent (if any) (Please print) | |

| SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER | |
|---|---|
| Disbursements made under the plan | $ 30,109.40 |
| Other Disbursements | $ 3,669.51 |
| Total Disbursements | $ 33,778.91 |

| Projected date of final decree | |
|---|---|
| What needs to be achieved before a final decree will be sought? (Attach a separate sheet if necessary) | |
| Narrative of events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period (Attach a separate sheet if necessary) | |
| Date last U. S. Trustee fee paid | 01/14/2013 |
| Amount Paid | $325.00 |

I declare under penalty of perjury that the information contained in the document is true, complete and correct.

2/10/2013

Date

*Signature:* Miesha Shelley

Signature of person responsible for this report

*This report is to be filed with the U.S. Trustee quarterly until a final decree is entered. This report is for U.S. Trustee purposes only. You may be required to file additional reports with the Bankruptcy Court.*

Revised February 2002     POST-CONFIRMATION STATUS REPORT     USTLA-7

## Office of the United States Trustee

| In re: | Post-Confirmation Status Report |
|---|---|
| PHILIS GROOMES LOVE                              Debtor | Quarter Ending:        12/31/2012 |
| Chapter 11 Case No: 2:10-bk-40803-BB | |

| Attorney/Professional - Name, Address, Phone & FAX: | Person responsible for report - Name, Address, Phone & FAX<br>MIESHA SHELLEY<br>2067 W FLORENCE AVE<br>LOS ANGELES, CA 90047 |
|---|---|

| Date Order was entered confirming plan | 10/23/2012 |
|---|---|
| Disbursing Agent (if any) (Please print) | |

| SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER | |
|---|---|
| Disbursements made under the plan | $ 30,109.40 |
| Other Disbursements | $ 3,669.51 |
| Total Disbursements | $ 33,778.91 |

| Projected date of final decree | |
|---|---|
| What needs to be achieved before a final decree will be sought? (Attach a separate sheet if necessary) | |
| Narrative of events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period (Attach a separate sheet if necessary) | |
| Date last U. S. Trustee fee paid | 01/14/2013 |
| Amount Paid | $325.00 |

I declare under penalty of perjury that the information contained in the document is true, complete and correct.

2/10/2013

Date                                                                Signature of person responsible for this report

*This report is to be filed with the U.S. Trustee quarterly until a final decree is entered. This report is for U.S. Trustee purposes only. <u>You may be required to file additional reports with the Bankruptcy Court.</u>*

# PHILIS GROOMES-LOVE

## POST CONFIRMATION STATUS REPORT FOR THE QUARTER ENDED 12/31/2012

Disbursements Under the Plan

| Vendor | Check Num | Date | Amount |
|---|---|---|---|
| Adee Plumbing & Heating | 595 | 11/01/2012 | 21.00 |
| **Adee Plumbing & Heating Total** | | | 21.00 |
| American Express | 585 | 11/01/2012 | 27.88 |
| American Express | 613 | 12/01/2012 | 2.68 |
| **American Express Total** | | | 30.56 |
| Wilshire Pacific Equity | 583 | 11/01/2012 | 3.36 |
| Best Alliance | 617 | 12/01/2012 | 4.00 |
| Best Alliance | 628 | 12/22/2012 | 532.00 |
| Best Alliance | 629 | 12/22/2012 | 3.54 |
| **12000 Broadway HOA Total** | | | 542.90 |
| Carolyn Jackson | 599 | 11/01/2012 | 76.20 |
| **Carolyn Jackson Total** | | | 76.20 |
| CBCS | 592 | 11/01/2012 | 5.20 |
| **CBCS Total** | | | 5.20 |
| Citibank | 589 | 11/01/2012 | 2.01 |
| Citibank | 618 | 12/01/2012 | 2.14 |
| **Citibank Total** | | | 4.15 |
| City Corp Credit Services | 587 | 11/14/2012 | 3.32 |
| City Corp Credit Services | 619 | 12/01/2012 | 3.60 |
| **City Corp Credit Services Total** | | | 6.92 |
| City of Los Angeles | 593 | 11/01/2012 | 23.40 |
| **City of Los Angeles Total** | | | 23.40 |
| DEPT WATER&POWER | 584 | 11/01/2012 | 6.29 |
| DEPT WATER&POWER | 616 | 12/01/2012 | 7.00 |
| **DEPT WATER&POWER Total** | | | 13.29 |
| Direct TV | 591 | 11/01/2012 | 4.20 |
| **Direct TV Total** | | | 4.20 |
| Gill Jarmond | 598 | 11/01/2012 | 76.20 |
| **Gill Jarmond Total** | | | 76.20 |
| HOME DEPOT | 586 | 11/05/2012 | 1.70 |
| HOME DEPOT | 620 | 12/01/2012 | 1.90 |
| **HOME DEPOT Total** | | | 3.60 |
| James Groomes | 602 | 11/05/2012 | 168.00 |
| **James Groomes Total** | | | 168.00 |
| Jannice Groomes | 600 | 11/01/2012 | 76.20 |
| **Jannice Groomes Total** | | | 76.20 |
| Los Angeles County Tax Collector | 582 | 11/07/2012 | 488.77 |
| Los Angeles County Tax Collector | 605 | 12/17/2012 | 488.77 |
| Los Angeles County Tax Collector | 630 | 12/31/2012 | 1,830.37 |
| **Los Angeles County Tax Collector Total** | | | 2,807.91 |
| Nation Star Mortgage (Loan FKA Aurora) | 579 | 11/05/2012 | 1,972.82 |
| Nation Star Mortgage (Loan FKA Aurora) | 607 | 12/03/2012 | 1,972.82 |

Chapter 11 Case No: 2:10-bk-40803-BB

PHILIS GROOMES-LOVE

POST CONFIRMATION STATUS REPORT FOR THE QUARTER ENDED 12/31/2012

Disbursements Under the Plan

| Vendor | Check Num | Date | Amount |
|---|---|---|---|
| **Nation Star Mortgage Total** | | | 3,945.64 |
| OCWEN (213 W 108th St) | 580 | 11/13/2012 | 2,773.14 |
| OCWEN (213 W 108th St) | 610 | 12/04/2012 | 2,773.14 |
| **OCWEN (213 W 108th St) Total** | | | 5,546.28 |
| OCWEN (235 W 107th St) | 580 | 11/13/2012 | 188.88 |
| OCWEN (235 W 107th St) | 581 | 11/16/2012 | 1,923.57 |
| OCWEN (235 W 107th St) | 609 | 12/07/2012 | 1,923.57 |
| OCWEN (235 W 107th St) | 610 | 12/04/2012 | 209.24 |
| **OCWEN (235 W 107th St) Total** | | | 4,245.26 |
| Sears Credit Cards | 588 | 11/01/2012 | 8.48 |
| Sears Credit Cards | 621 | 12/01/2012 | 9.00 |
| **Sears Credit Cards Total** | | | 17.48 |
| So. Cal Edison | 596 | 11/01/2012 | 45.60 |
| So. Cal Edison | 622 | 12/06/2012 | 200.00 |
| **So. Cal Edison Total** | | | 245.60 |
| So. Cal Gas | 594 | 11/01/2012 | 43.80 |
| So. Cal Gas | 624 | 12/06/2012 | 450.00 |
| **So. Cal Gas Total** | | | 493.80 |
| Specialized Loan (Loan FKA B of A) | 578 | 11/05/2012 | 1,548.77 |
| Specialized Loan (Loan FKA B of A) | 608 | 12/04/2012 | 1,548.77 |
| **Specialized Loan Total** | | | 3,097.54 |
| Terminx | 597 | 11/01/2012 | 3.60 |
| **Terminx Total** | | | 3.60 |
| Wells Fargo Home Mortgage (Loan FKA ASC) | 577 | 11/05/2012 | 2,143.13 |
| Wells Fargo Home Mortgage (Loan FKA ASC) | 577 | 11/05/2012 | 186.26 |
| Wells Fargo Home Mortgage (Loan FKA ASC) | 611 | 12/04/2012 | 2,143.13 |
| Wells Fargo Home Mortgage (Loan FKA ASC) | 611 | 12/04/2012 | 206.36 |
| **Wells Fargo Home Mortgage (Loan FKA ASC) Total** | | | 4,678.88 |
| Wells Fargo Home Mortgage (Loan FKA Wachovia) | 576 | 11/13/2012 | 1,951.98 |
| Wells Fargo Home Mortgage (Loan FKA Wachovia) | 612 | 12/11/2012 | 1,951.98 |
| Wells Fargo Home Mortgage (Loan FKA Wachovia) | 612 | 12/11/2012 | 49.79 |
| **Wells Fargo Home Mortgage (Loan FKA Wachovia) Total** | | | 3,953.75 |
| Wells Fargo Home Mortgage | 590 | 11/01/2012 | 9.84 |
| Wells Fargo Home Mortgage | 614 | 12/01/2012 | 12.00 |
| **Wells Fargo Home Mortgage Total** | | | 21.84 |
| **Total Disbursements Under the Plan** | | | **$ 30,109.40** |

Chapter 11 Case No: 2:10-bk-40803-BB

PHILIS GROOMES LOVE

POST CONFIRMATION STATUS REPORT FOR THE QUARTER ENDED 12/31/2012

Other Disbursements

| Vendor | Num | Date | Amount |
|---|---|---|---|
| AAA | 603 | 11/15/2012 | 48.00 |
| **AAA Total** | | | 48.00 |
| Cash | CASHWTHDRWL | 11/28/2012 | 400.00 |
| Cash | CASHWTHDRWL | 11/28/2012 | 200.00 |
| Cash | CASHWTHDRWL | 12/18/2012 | 200.00 |
| Cash | CASHWTHDRWL | 12/27/2012 | 50.00 |
| **Cash Total** | | | 850.00 |
| CHRISTIAN FOOD BANK | 575 | 11/28/2012 | 300.00 |
| **CHRISTIAN FOOD BANK Total** | | | 300.00 |
| City of Compton | 626 | 12/12/2012 | 200.00 |
| **City of Compton Total** | | | 200.00 |
| Franks Mattress | 572 | 10/26/2012 | 75.00 |
| **Franks Mattress Total** | | | 75.00 |
| Groomes Family Home | 569 | 10/17/2012 | 200.00 |
| **Groomes Family Home Total** | | | 200.00 |
| Lynwood H2O | 623 | 12/12/2012 | 100.00 |
| **Lynwood H2O Total** | | | 100.00 |
| Socco | 573 | 10/30/2012 | 50.00 |
| **Socco Total** | | | 50.00 |
| T-MOBILE | E-CHECK | 11/14/2012 | 345.71 |
| T-MOBILE | 631 | 12/29/2012 | 180.00 |
| **T-MOBILE Total** | | | 525.71 |
| Tanya Cox | 574 | 10/29/2012 | 350.00 |
| Tanya Cox | 606 | 11/23/2012 | 350.00 |
| **Tanya Cox Total** | | | 700.00 |
| Time Warner Cable | E-CHECK | 12/14/2012 | 145.30 |
| **Time Warner Cable Total** | | | 145.30 |
| Travelers Insurance | E-CHECK | 10/24/2012 | 44.33 |
| Travelers Insurance | 604 | 11/20/2012 | 217.60 |
| Travelers Insurance | E-CHECK | 11/26/2012 | 44.33 |
| Travelers Insurance | 627 | 12/21/2012 | 124.91 |
| Travelers Insurance | E-CHECK | 12/26/2012 | 44.33 |
| **Travelers Insurance Total** | | | 475.50 |
| | | | **3,669.51** |

Chapter 11 Case No: 2:10-bk-40803-BB