PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone: (323) 954-9144
Facsimile: (323) 954-0457

Reorganization Counsel to Debtor-In-Possession
PHILIS GROOMES-LOVE

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PHILIS GROOMES-LOVE,<br><br>Debtor-In-Possession. | Case No.: 2:10-bk-40803-BB<br><br>[Chapter 11]<br><br>**POST-CONFIRMATION STATUS REPORT**<br><br>Date: March 6, 2013<br>Time: 11:00 a.m.<br>Ctrm: 1475 |

    Reorganized debtor, Philis Groomes-Love, by her attorney of record in this case, submits the following post-confirmation status report:

    1.    Debtor is current in the payment of all plan obligations, as confirmed by the debtor's post-confirmation status report for the quarter ending December 31, 2012, filed with the Office of the United States Trustee. A copy of that report is attached by way of exhibit hereto. The debtor's accountant, Miesha Shelley, has assisted the debtor in setting up her books and records post-confirmation for purposes of identifying each payee under the plan and the amount of the monthly payment to be made to each payee. That schedule is attached to the post-confirmation status report. Debtor's counsel has not been advised of any material

1 and adverse change in the debtor's financial condition which might have an impact on the
2 debtor's ability to make the payments called for by the plan.

DATED: February 1⁄2, 2013

PHILIP D. DAPEER
A Law Corporation

_____
PHILIP D. DAPEER

Reorganization Counsel to Debtor-In-Possession
PHILIS GROOMES-LOVE

## Miscellaneous:

2:10-bk-40803-BB Philis Groomes-Love
Type: bk                        Chapter: 11 v                   Office: 2 (Los Angeles)
Assets: y                       Judge: BB

**U.S. Bankruptcy Court**

**Central District Of California**

Notice of Electronic Filing

The following transaction was received from Philip D Dapeer entered on 2/18/2013 at 2:09 PM PST and filed on 2/18/2013
**Case Name:**       Philis Groomes-Love
**Case Number:**     2:10-bk-40803-BB
**Document Number:** 197

**Docket Text:**
Status report Filed by Debtor Philis Groomes-Love (RE: related document(s)[184] Order Confirming Chapter 11 Plan (BNC-PDF)). (Dapeer, Philip)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\SERVER1\Scans\20010303013113122.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=2/18/2013] [FileNumber=62146132-
0] [c2173b8f637a4bcc319ce6dc3904ee1f6c9f76dd44c79910170b7f3a2c483f5da6
dfb333286ce1f957629bf39583ae7dcee546910b7fb2253cb938dc403855d4]]

**2:10-bk-40803-BB Notice will be electronically mailed to:**

Gregory J Babcock on behalf of Creditor Aurora Loan Services LLC, its assignees and/or successors
gbabcock@macbarlaw.com

Richard J Bauer on behalf of Interested Party Courtesy NEF
rbauer@mileslegal.com

Deborah Conley on behalf of Interested Party Courtesy NEF
bkmail@prommis.com

Philip D Dapeer on behalf of Debtor Philis Groomes-Love
PhilipDapeer@AOL.com

Mark Domeyer on behalf of Creditor The Bank of New York Mellon
mdomeyer@mileslegal.com

Gerald S Kim on behalf of Creditor Wells Fargo Bank, N.A.

cdcaecf@bdfgroup.com

Paul H Kim on behalf of Interested Party Courtesy NEF
Pkim@counsel.lacounty.gov

Melanie C Scott on behalf of U.S. Trustee United States Trustee (LA)
Melanie.Scott@usdoj.gov

Timothy J Silverman on behalf of Creditor America's Servicing Company, duly authorized servicing agent for US Bank National Association, as trustee for BNC Mortgage Loan Trust 2006-2 its successors and/or assigns
tim@sgsslaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Darlene C Vigil on behalf of Interested Party Courtesy NEF
cdcaecf@bdfgroup.com

Les A Zieve on behalf of Creditor Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for the registered holders of Bear Stearns Asset Backed Securities I Trust 2007-HE4 Asset-
bankruptcy@zievelaw.com

**2:10-bk-40803-BB Notice will not be electronically mailed to:**

Philip D Dapeer
2625 Townsgate Rd Ste 330
Westlake Village, CA 91361-5749

NATIONSTAR MORTGAGE, LLC
350 Highland Drive
Lewisville, TX 75067

## Office of the United States Trustee

| In re: | Post-Confirmation Status Report |
|---|---|
| PHILIS GROOMES LOVE                              Debtor | Quarter Ending:    12/31/2012 |
| Chapter 11 Case No: 2:10-bk-40803-BB | |

| Attorney/Professional - Name, Address, Phone & FAX: | Person responsible for report - Name, Address, Phone & FAX<br>MIESHA SHELLEY<br>2067 W FLORENCE AVE<br>LOS ANGELES, CA 90047 |
|---|---|

| Date Order was entered confirming plan | 10/23/2012 |
|---|---|
| Disbursing Agent (if any) (Please print) | |

| SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER | |
|---|---|
| Disbursements made under the plan | $ 30,109.40 |
| Other Disbursements | $ 3,669.51 |
| Total Disbursements | $ 33,778.91 |

| Projected date of final decree | |
|---|---|
| What needs to be achieved before a final decree will be sought? (Attach a separate sheet if necessary) | |
| Narrative of events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period (Attach a separate sheet if necessary) | |
| Date last U. S. Trustee fee paid | 01/14/2013 |
| Amount Paid | $325.00 |

I declare under penalty of perjury that the information contained in the document is true, complete and correct.

2/10/2013                                                                     *Miesha Shelley* (signature)

Date                                                                                     Signature of person responsible for this report

*This report is to be filed with the U.S. Trustee quarterly until a final decree is entered. This report is for U.S. Trustee purposes only. You may be required to file additional reports with the Bankruptcy Court.*

# PHILIS GROOMES-LOVE

POST CONFIRMATION STATUS REPORT FOR THE QUARTER ENDED 12/31/2012

Disbursements Under the Plan

| Vendor | Check Num | Date | Amount |
|---|---|---|---|
| Adee Plumbing & Heating | 595 | 11/01/2012 | 21.00 |
| **Adee Plumbing & Heating Total** | | | 21.00 |
| American Express | 585 | 11/01/2012 | 27.88 |
| American Express | 613 | 12/01/2012 | 2.68 |
| **American Express Total** | | | 30.56 |
| Wilshire Pacific Equity | 583 | 11/01/2012 | 3.36 |
| Best Alliance | 617 | 12/01/2012 | 4.00 |
| Best Alliance | 628 | 12/22/2012 | 532.00 |
| Best Alliance | 629 | 12/22/2012 | 3.54 |
| **12000 Broadway HOA Total** | | | 542.90 |
| Carolyn Jackson | 599 | 11/01/2012 | 76.20 |
| **Carolyn Jackson Total** | | | 76.20 |
| CBCS | 592 | 11/01/2012 | 5.20 |
| **CBCS Total** | | | 5.20 |
| Citibank | 589 | 11/01/2012 | 2.01 |
| Citibank | 618 | 12/01/2012 | 2.14 |
| **Citibank Total** | | | 4.15 |
| City Corp Credit Services | 587 | 11/14/2012 | 3.32 |
| City Corp Credit Services | 619 | 12/01/2012 | 3.60 |
| **City Corp Credit Services Total** | | | 6.92 |
| City of Los Angeles | 593 | 11/01/2012 | 23.40 |
| **City of Los Angeles Total** | | | 23.40 |
| DEPT WATER&POWER | 584 | 11/01/2012 | 6.29 |
| DEPT WATER&POWER | 616 | 12/01/2012 | 7.00 |
| **DEPT WATER&POWER Total** | | | 13.29 |
| Direct TV | 591 | 11/01/2012 | 4.20 |
| **Direct TV Total** | | | 4.20 |
| Gill Jarmond | 598 | 11/01/2012 | 76.20 |
| **Gill Jarmond Total** | | | 76.20 |
| HOME DEPOT | 586 | 11/05/2012 | 1.70 |
| HOME DEPOT | 620 | 12/01/2012 | 1.90 |
| **HOME DEPOT Total** | | | 3.60 |
| James Groomes | 602 | 11/05/2012 | 168.00 |
| **James Groomes Total** | | | 168.00 |
| Jannice Groomes | 600 | 11/01/2012 | 76.20 |
| **Jannice Groomes Total** | | | 76.20 |
| Los Angeles County Tax Collector | 582 | 11/07/2012 | 488.77 |
| Los Angeles County Tax Collector | 605 | 12/17/2012 | 488.77 |
| Los Angeles County Tax Collector | 630 | 12/31/2012 | 1,830.37 |
| **Los Angeles County Tax Collector Total** | | | 2,807.91 |
| Nation Star Mortgage (Loan FKA Aurora) | 579 | 11/05/2012 | 1,972.82 |
| Nation Star Mortgage (Loan FKA Aurora) | 607 | 12/03/2012 | 1,972.82 |

Chapter 11 Case No: 2:10-bk-40803-BB

## PHILIS GROOMES-LOVE

POST CONFIRMATION STATUS REPORT FOR THE QUARTER ENDED 12/31/2012

Disbursements Under the Plan

| Vendor | Check Num | Date | Amount |
|---|---|---|---|
| **Nation Star Mortgage Total** | | | 3,945.64 |
| OCWEN (213 W 108th St) | 580 | 11/13/2012 | 2,773.14 |
| OCWEN (213 W 108th St) | 610 | 12/04/2012 | 2,773.14 |
| **OCWEN (213 W 108th St) Total** | | | 5,546.28 |
| OCWEN (235 W 107th St) | 580 | 11/13/2012 | 188.88 |
| OCWEN (235 W 107th St) | 581 | 11/16/2012 | 1,923.57 |
| OCWEN (235 W 107th St) | 609 | 12/07/2012 | 1,923.57 |
| OCWEN (235 W 107th St) | 610 | 12/04/2012 | 209.24 |
| **OCWEN (235 W 107th St) Total** | | | 4,245.26 |
| Sears Credit Cards | 588 | 11/01/2012 | 8.48 |
| Sears Credit Cards | 621 | 12/01/2012 | 9.00 |
| **Sears Credit Cards Total** | | | 17.48 |
| So. Cal Edison | 596 | 11/01/2012 | 45.60 |
| So. Cal Edison | 622 | 12/06/2012 | 200.00 |
| **So. Cal Edison Total** | | | 245.60 |
| So. Cal Gas | 594 | 11/01/2012 | 43.80 |
| So. Cal Gas | 624 | 12/06/2012 | 450.00 |
| **So. Cal Gas Total** | | | 493.80 |
| Specialized Loan (Loan FKA B of A) | 578 | 11/05/2012 | 1,548.77 |
| Specialized Loan (Loan FKA B of A) | 608 | 12/04/2012 | 1,548.77 |
| **Specialized Loan Total** | | | 3,097.54 |
| Terminx | 597 | 11/01/2012 | 3.60 |
| **Terminx Total** | | | 3.60 |
| Wells Fargo Home Mortgage (Loan FKA ASC) | 577 | 11/05/2012 | 2,143.13 |
| Wells Fargo Home Mortgage (Loan FKA ASC) | 577 | 11/05/2012 | 186.26 |
| Wells Fargo Home Mortgage (Loan FKA ASC) | 611 | 12/04/2012 | 2,143.13 |
| Wells Fargo Home Mortgage (Loan FKA ASC) | 611 | 12/04/2012 | 206.36 |
| **Wells Fargo Home Mortgage (Loan FKA ASC) Total** | | | 4,678.88 |
| Wells Fargo Home Mortgage (Loan FKA Wachovia) | 576 | 11/13/2012 | 1,951.98 |
| Wells Fargo Home Mortgage (Loan FKA Wachovia) | 612 | 12/11/2012 | 1,951.98 |
| Wells Fargo Home Mortgage (Loan FKA Wachovia) | 612 | 12/11/2012 | 49.79 |
| **Wells Fargo Home Mortgage (Loan FKA Wachovia) Total** | | | 3,953.75 |
| Wells Fargo Home Mortgage | 590 | 11/01/2012 | 9.84 |
| Wells Fargo Home Mortgage | 614 | 12/01/2012 | 12.00 |
| **Wells Fargo Home Mortgage Total** | | | 21.84 |
| **Total Disbursements Under the Plan** | | | **$ 30,109.40** |

Chapter 11 Case No: 2:10-bk-40803-BB

# PHILIS GROOMES LOVE

POST CONFIRMATION STATUS REPORT FOR THE QUARTER ENDED 12/31/2012

Other Disbursements

| Vendor | Num | Date | Amount |
|---|---|---|---|
| AAA | 603 | 11/15/2012 | 48.00 |
| **AAA Total** | | | 48.00 |
| Cash | CASHWTHDRWL | 11/28/2012 | 400.00 |
| Cash | CASHWTHDRWL | 11/28/2012 | 200.00 |
| Cash | CASHWTHDRWL | 12/18/2012 | 200.00 |
| Cash | CASHWTHDRWL | 12/27/2012 | 50.00 |
| **Cash Total** | | | 850.00 |
| CHRISTIAN FOOD BANK | 575 | 11/28/2012 | 300.00 |
| **CHRISTIAN FOOD BANK Total** | | | 300.00 |
| City of Compton | 626 | 12/12/2012 | 200.00 |
| **City of Compton Total** | | | 200.00 |
| Franks Mattress | 572 | 10/26/2012 | 75.00 |
| **Franks Mattress Total** | | | 75.00 |
| Groomes Family Home | 569 | 10/17/2012 | 200.00 |
| **Groomes Family Home Total** | | | 200.00 |
| Lynwood H2O | 623 | 12/12/2012 | 100.00 |
| **Lynwood H2O Total** | | | 100.00 |
| Socco | 573 | 10/30/2012 | 50.00 |
| **Socco Total** | | | 50.00 |
| T-MOBILE | E-CHECK | 11/14/2012 | 345.71 |
| T-MOBILE | 631 | 12/29/2012 | 180.00 |
| **T-MOBILE Total** | | | 525.71 |
| Tanya Cox | 574 | 10/29/2012 | 350.00 |
| Tanya Cox | 606 | 11/23/2012 | 350.00 |
| **Tanya Cox Total** | | | 700.00 |
| Time Warner Cable | E-CHECK | 12/14/2012 | 145.30 |
| **Time Warner Cable Total** | | | 145.30 |
| Travelers Insurance | E-CHECK | 10/24/2012 | 44.33 |
| Travelers Insurance | 604 | 11/20/2012 | 217.60 |
| Travelers Insurance | E-CHECK | 11/26/2012 | 44.33 |
| Travelers Insurance | 627 | 12/21/2012 | 124.91 |
| Travelers Insurance | E-CHECK | 12/26/2012 | 44.33 |
| **Travelers Insurance Total** | | | 475.50 |
| | | | **3,669.51** |

Chapter 11 Case No: 2:10-bk-40803-BB

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361-5749.

A true and correct copy of the foregoing document entitled: **POST-CONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 1f, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    Gregory J Babcock    bknotice@mccarthyholthus.com
    Richard J Bauer    rbauer@mileslegal.com
    Deborah Conley    bkmail@prommis.com
    Philip D Dapeer    PhilipDapeer@AOL.com
    Mark Domeyer    mdomeyer@mileslegal.com
    Gerald S Kim    cdcaecf@bdfgroup.com
    Melanie C Scott    Melanie.Scott@usdoj.gov
    Timothy J Silverman    tim@sgsslaw.com
    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
    Darlene C Vigil    cdcaecf@bdfgroup.com
    Les A Zieve    bankruptcy@zievelaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 1f, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    /s/ Philip D. Dapeer
Date: February 1f, 2013    Philip D. Dapeer    Signature

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**In re Philis Groomes-Love**
United States Bankruptcy Court – Central District of California
Case No.: 2:10-bk-40803-BB

SERVICE LIST

| | | |
|---|---|---|
| Adee Plumbing and Heating, Inc.<br>5457 Crenshaw Boulevard<br>Los Angeles, CA 90043-2496 | Los Angeles Division<br>255 Temple Street<br>Los Angeles, CA 90012-3332 | 12000 Broadway HOA<br>c/o Wilshire Pacific Equities<br>PO Box 57063<br>Irvine, CA 92619-7063 |
| American Express<br>PO Box 0001<br>Los Angeles, CA 90078-0001 | ASC<br>PO Box 60768<br>Los Angeles, CA 90060-0768 | Aurora Loan Services<br>2617 College Park<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 |
| Carolyn Jackson<br>44526 Carlin Avenue<br>Lynwood, CA 90262-5416 | CBCS<br>PO Box 163250<br>Columbus, OH 43216-3250 | Citbank<br>PO Box 469100<br>Escondido, CA 92046-9100 |
| Citicorp Credit Services, Inc.<br>Payment Processing Center<br>PO Box 2695<br>Waterloo, IA 50704-2695 | City of Los Angeles Municipal Svs.<br>PO Box 30808<br>Los Angeles, CA 90030-0808 | City of Los Angeles<br>PO Box 53233<br>Los Angeles, CA 90053-0233 |
| Countrywide Home Loans<br>PO Box 10219<br>Van Nuys, CA 91410-0219 | Department of Water & Power<br>PO Box 30808<br>Los Angeles, CA 90030-0808 | DirectTV<br>PO Box 78626<br>Phoenix, AZ 85062-8626 |
| Gill Jarmond<br>1827 12th Avenue<br>Los Angeles, CA 90019-6017 | Home Depot Credit Services<br>PO Box 6028<br>The Lakes, NV 88901-6028 | Home Servicing<br>PO Box 79230<br>City of Industry, CA 91716-9230 |
| James W. Groomes<br>120 East Maple Street<br>Compton, CA 90220-2313 | Janice R. Groomes<br>2924 Magnolia Avenue<br>Lynwood, CA 90262 | Los Angeles County Tax Collector<br>PO Box 54108<br>Los Angeles, CA 90054-0108 |

1

2

OCWEN
PO Box 5440
Carol Stream, IL 60197-6440

Sears Credit Cards
PO Box 688956
Des Moines, IA 50368-8956

Southern California Edison
PO Box 600
Rosemead, CA 91771-0001

Terminix
PO Box 741592
Cincinnati, OH 45274-2592

The Gas Company
PO Box C
Monterey Park, CA 91756-0001

United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017-5524

Wachovia Mortgage
PO Box 7512
Springfield, OH 45501-7512

Wells Fargo Credit Services
PO Box 30086
Los Angeles, CA 90030-0086

Willie Gaines
4416 Charnela Ct.
Las Vegas, NV 89130-5200

Philis Groomes-Love
3929 Magnolia Avenue
Lynwood, CA 90262

2