## Office of the United States Trustee

| In re: | Post-Confirmation Status Report |
|---|---|
| PHILIS GROOMES LOVE   Debtor | Quarter Ending: 03/31/2013 |
| Chapter 11 Case No: 2:10-bk-40803-BB | |

| Attorney/Professional - Name, Address, Phone & FAX: | Person responsible for report - Name, Address, Phone & FAX  MIESHA SHELLEY  2067 W FLORENCE AVE  LOS ANGELES, CA 90047 |
|---|---|

| Date Order was entered confirming plan | 10/23/2012 |
|---|---|
| Disbursing Agent (if any) (Please print) | |

| SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER | |
|---|---|
| Disbursements made under the plan | $ 41,092.59 |
| Other Disbursements | $ 12,093.64 |
| Total Disbursements | $ 53,186.23 |

| Projected date of final decree | |
|---|---|
| What needs to be achieved before a final decree will be sought? (Attach a separate sheet if necessary) | |
| Narrative of events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period (Attach a separate sheet if necessary) | |
| Date last U. S. Trustee fee paid | 04/30/2013 |
| Amount Paid | $325.00 |

I declare under penalty of perjury that the information contained in the document is true, complete and correct.

5/10/2013                               *Miesha Shelley*
Date                                    Signature of person responsible for this report

*This report is to be filed with the U.S. Trustee quarterly until a final decree is entered. This report is for U.S. Trustee purposes only. <u>You may be required to file additional reports with the Bankruptcy Court.</u>*

Revised February 2002     POST-CONFIRMATION STATUS REPORT     USTLA-7

## PHILIS MARIE GROOMES
## Post Confirmation Status Report Quarter Ended 3/31/2013
### January through March 2013

| Date | Num | Memo | Split | Amount |
|---|---|---|---|---|
| **Best Alliance (12000 Broadway HOA)** | | | | |
| 01/31/2013 | 646 | Bankruptcy Dividend 12010 Broadway HOA | Dividend | -3.54 |
| 01/31/2013 | 647 | Bankruptcy Dividend 12010 Broadway HOA | Dividend | -266.00 |
| 02/06/2013 | 617 | Bankruptcy Dividend 12010 Broadway HOA | Dividend | -4.00 |
| 02/06/2013 | 678 | Bankruptcy Dividend 12010 Broadway HOA | Dividend | -266.00 |
| 02/06/2013 | 681 | Bankruptcy Dividend 12010 Broadway HOA | Dividend | -3.54 |
| 03/13/2013 | 461 | Bankruptcy Dividend 12010 Broadway HOA | Dividend | -403.54 |
| 03/22/2013 | 471 | Bankruptcy Dividend 12010 Broadway HOA | Dividend | -266.00 |
| | | | | -1,212.62 |
| **DWP** | | | | |
| 02/01/2013 | 691 | Bankruptcy Dividend | Utilities | -6.63 |
| 03/12/2013 | 463 | Bankruptcy Dividend | Utilities | -7.00 |
| | | | | -13.63 |
| **Home Depot** | | | | |
| 01/10/2013 | 643 | Bankruptcy Dividend | Dividend | -2.12 |
| 02/11/2013 | 692 | Bankruptcy Dividend | Dividend | -2.12 |
| 02/12/2013 | 693 | Bankruptcy Dividend | Dividend | -3.50 |
| 03/13/2013 | 460 | Bankruptcy Dividend paid in full | Dividend | -100.00 |
| 03/19/2013 | 466 | Bankruptcy Dividend | Dividend | -4.00 |
| 03/20/2013 | 465 | Bankruptcy Dividend | Dividend | -3.00 |
| | | | | -114.74 |
| **Los Angeles County** | | | | |
| 01/07/2013 | 641 | 249 W 118th St | Taxes - Property | -488.77 |
| 02/07/2013 | 682 | 250 W 118th St | Taxes - Property | -488.77 |
| 03/04/2013 | 452 | 249 W 118th St | Taxes - Property | -489.00 |
| | | | | -1,466.54 |
| **Nation Star Mortgage (Loan FKA Aurora)** | | | | |
| 01/07/2013 | 632 | Bankruptcy 3924-3926 Magnolia | Mortgage Payments | -1,972.82 |
| 02/04/2013 | 683 | Bankruptcy 3924-3926 Magnolia | Mortgage Payments | -1,972.82 |
| 03/04/2013 | 454 | Bankruptcy 3924-3926 Magnolia | Mortgage Payments | -1,973.00 |
| | | | | -5,918.64 |
| **OCWEN (213 W 108th St)** | | | | |
| 01/08/2013 | 636 | Bankruptcy 213 W 108th St | Mortgage Payments | -2,769.63 |
| 02/05/2013 | 686 | Bankruptcy 213 W 108th St | Mortgage Payments | -2,773.14 |
| 03/12/2013 | 455 | bankruptcy 235 W 107th St | Mortgage Payments & Dividend | -2,838.00 |
| | | | | -8,380.77 |
| **OCWEN (235 W 107th St)** | | | | |
| 01/10/2013 | 638 | Bankruptcy Dividend 235 W. 107th St | Dividend | -199.06 |
| 01/10/2013 | 637 | bankruptcy 235 W 107th St | Mortgage Payments | -1,923.57 |
| 02/05/2013 | 686 | Bankruptcy Dividend 235 W. 107th St | Dividend | -199.06 |
| 02/08/2013 | 687 | bankruptcy 235 W 107th St | Mortgage Payments | -1,923.57 |
| 03/05/2013 | 456 | Bankruptcy 235 W 107th St | Mortgage Payments | -1,980.19 |
| | | | | -6,225.45 |

# PHILIS MARIE GROOMES
## Post Confirmation Status Report Quarter Ended 3/31/2013
### January through March 2013

| Date | Num | Memo | Split | Amount |
|---|---|---|---|---|
| **Sears Credit Card** | | | | |
| 01/07/2013 | 645 | Bankruptcy Dividend | Dividend | -8.94 |
| 02/04/2013 | 694 | Bankruptcy Dividend | Dividend | -8.94 |
| 03/11/2013 | 464 | bankruptcy dividend payment | Dividend | -9.00 |
| | | | | -26.88 |
| **Specialized Loan (Loan FKA Bank of America)** | | | | |
| 01/08/2013 | 635 | Bankruptcy 1210 Broadway | Mortgage Payments | -1,548.77 |
| 02/06/2013 | 685 | Bankruptcy 1210 Broadway | Mortgage Payments | -1,548.77 |
| 03/04/2013 | 459 | Bankruptcy 1210 Broadway | Mortgage Payments | -1,549.00 |
| | | | | -4,646.54 |
| **Wells Fargo Home Mortgage (Loan FKA ASC)** | | | | |
| 01/04/2013 | 639 | BANKRUPTCY 249 W 118TH ST | Mortgage Payments | -2,143.13 |
| 01/04/2013 | 640 | Bankruptcy Dividend 249 W 118th St | Dividend | -196.31 |
| 02/04/2013 | 688 | BANKRUPTCY 249 W 118TH ST | Mortgage Payments | -2,143.13 |
| 02/04/2013 | 688 | Bankruptcy Dividend 249 W 118th St | Dividend | -196.31 |
| 03/07/2013 | 458 | BANKRUPTCY 249 W 118TH ST | Mortgage Payments | -2,143.13 |
| 03/07/2013 | 458 | Bankruptcy Dividend 249 W 118th St | Dividend | -196.87 |
| | | | | -7,018.88 |
| **Wells Fargo Home Mortgage (Loan FKA Wachovia)** | | | | |
| 01/16/2013 | 633 | Bankruptcy Dividend 3229 Shoreline Drive | Dividend | -47.37 |
| 01/16/2013 | 634 | Bankruptcy 3229 Shoreline | Mortgage Payments | -1,799.87 |
| 02/05/2013 | 684 | Bankruptcy Dividend 3229 Shoreline Drive | Dividend | -47.37 |
| 02/05/2013 | 684 | Bankruptcy 3229 Shoreline | Mortgage Payments | -1,951.98 |
| 01/16/2013 | 634 | Bankruptcy 3229 Shoreline | Dividend | -48.02 |
| 02/05/2013 | 684 | Bankruptcy Dividend 3229 Shoreline Drive | Mortgage Payments | -1,951.98 |
| | | | | -5,846.59 |
| **Wells Fargo Bank** | | | | |
| 01/07/2013 | 648 | Bankruptcy Dividend 3229 Shoreline Drive | Dividend | -10.37 |
| 02/04/2013 | 690 | Bankruptcy Dividend 3229 Shoreline Drive | Dividend | -10.37 |
| 03/13/2013 | 462 | Bankruptcy Dividend 3229 Shoreline Drive | Dividend | -10.37 |
| | | | | -31.11 |
| **Willie Gaines** | | | | |
| 01/23/2013 | 601 | Bankruptcy Dividend Paid In Full | Dividend | -190.20 |
| **Total Disbursements Under the Plan** | | | | $ (41,092.59) |