PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone: (323) 954-9144
Facsimile: (323) 954-0457

Attorney for Reorganized Debtor
PHILIS GROOMES-LOVE

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 2:10-bk-40803-BB |
| PHILIS GROOMES-LOVE, | [Chapter 11] |
| Debtor-In-Possession. | POST-CONFIRMATION STATUS REPORT |
| | Date: September 11, 2013<br>Time: 11:00 a.m.<br>Ctrm: 1475 |

### DECLARATION OF MIESHA SHELLEY

I, Miesha Shelley, declare:

1. I am a California certified public accountant. I am an accountant to the reorganized debtor in this case. I have personal knowledge of the facts set forth in this declaration and if called and sworn as a witness could and would competently testify thereto.

2. I have been responsible for setting up the debtor's post-confirmation books so that all payments called for by the confirmed Plan of Reorganization can be made in a timely manner. I assist the debtor in regards to assuring that all Plan payments are made to the secured and unsecured creditors, and other parties in interest who are entitled to payment under the confirmed Plan, including the debtor's counsel.

3. Attached hereto, marked Exhibit "A" and incorporated herein by this reference is a spreadsheet that I have prepared showing the payments due under the debtor's confirmed Plan and

the payments that the debtor has made. I know of my own personal knowledge that the debtor is current in making all of the required Plan payments, as set forth in Exhibit "A" hereto.

~~4.     I also know that the debtor is current in all of her tax obligations post-petition, both in~~ terms of income taxes due and payable by the debtor as well as secured real property taxes with respect to the debtor's real estate assets.

5.     I know that debtor's counsel has filed a motion for a final decree in this case, and that in response to the initial filing of the motion, there were certain objections by the Office of the United States Trustee. I have corrected certain entries with respect to the post-confirmation quarterly reports as requested by the Office of the United States Trustee. The corrected reports have been filed with the Office of the United States Trustee, and I am not aware of any further problems with the reports. The issue raised by the Office of the United States Trustee was the debtor's obligation to report non-plan disbursements as part of her quarterly report, because those non-plan disbursements are used for calculating the amount of the quarterly fee.

6.     I understand that debtor's counsel has reset the motion for a final decree for hearing.

7.     A problem that the debtor is encountering with respect to her post-confirmation bookkeeping is that lenders are refusing to send corrected monthly statements reflecting the payments that are required to be made under the Plan. When I make inquiry to the lenders, they give me lots of excuses as to why their books and records have not been brought up to date to reflect the confirmed Plan, but the fact remains that the debtor is not getting correct monthly statements from the lenders. I have discussed the matter with debtor's counsel, and it may be necessary to seek court intervention to resolve the matter by way of a motion for sanctions.

Executed at Los Angeles, California this 27 day of August, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Miesha Shelley*
Miesha Shelley

DEBTOR: PHILIS GROOMES LOVE
CHAPTER 11 CASE NO: 2:10-bk-40803-BB
PAYMENTS MADE UNDER PLAN TO DATE

As of July 31, 2013

| Class of Creditors | Creditor | Property Address | Monthly Amount Due | Monthly Payments Made | Date Paid | Overpaid/ (Underpaid) |
|---|---|---|---|---|---|---|
| Tax Claims | Los Angeles County Treasurer | 249 W. 118th St LA, CA 90061 | 488.77 | 488.77 | 11/7/2012 | - |
|  |  |  | 488.77 | 488.77 | 12/17/2012 | - |
|  |  |  | 488.77 | 1,830.37 | 12/31/2012 | 1,341.60 |
|  |  |  | 488.77 | 488.77 | 1/7/2013 | - |
|  |  |  | 488.77 | 488.77 | 2/7/2013 | - |
|  |  |  | 488.77 | 489.00 | 3/4/2013 | 0.23 |
|  |  |  | 488.77 | 500.00 | 4/4/2013 | 11.23 |
|  |  |  | 488.77 | 500.00 | 5/23/2013 | 11.23 |
|  |  |  | 488.77 | 500.00 | 6/13/2013 | 11.23 |
|  |  |  | 488.77 | 500.00 | 7/11/2013 | 11.23 |
|  |  | TOTAL | 4,887.70 | 6,274.45 |  | 1,386.75 |
| Class 2(a) | National Star Mortgage (FKA Aurora Loan) | 3924-3926 Magnolia Ave LA, CA 90262 | 1,972.82 | 1,972.82 | 11/5/2012 | - |
|  |  |  | 1,972.82 | 1,972.82 | 12/3/2012 | - |
|  |  |  | 1,972.82 | 1,972.82 | 1/7/2012 | - |
|  |  |  | 1,972.82 | 1,972.82 | 2/4/2013 | - |
|  |  |  | 1,972.82 | 1,973.00 | 3/4/2013 | 0.18 |
|  |  |  | 1,972.82 | 1,973.00 | 4/4/2013 | 0.18 |
|  |  |  | 1,972.82 | 1,973.00 | 5/14/2013 | 0.18 |
|  |  |  | 1,972.82 | 1,973.00 | 6/12/2013 | 0.18 |
|  |  |  | 1,972.82 | 1,973.00 | 7/12/2013 | 0.18 |
|  |  | TOTAL | 17,755.38 | 17,756.28 |  | 0.90 |
| Class 5(a) | Wells Fargo Home Loan (FKA Wachovia) | 3229 Shoreline Ave Las Vegas, NV 89117 | 1,951.98 | 1,951.98 | 11/13/2012 | - |
|  |  |  | 1,951.98 | 2,001.77 | 12/11/2012 | 49.79 |
|  |  |  | 1,951.98 | 1,799.87 | 1/16/2013 | (152.11) |
|  |  |  | 1,951.98 | 1,951.98 | 2/5/2013 | - |
|  |  |  | 1,951.98 | 1,951.98 | 3/5/2013 | - |
|  |  |  | 1,951.98 | 1,951.98 | 4/8/2013 | - |
|  |  |  | 1,951.98 | 1,951.98 | 5/16/2013 | - |
|  |  |  | 1,951.98 | 1,951.98 | 6/17/2013 | - |
|  |  |  | 1,951.98 | 1,951.98 | 7/12/2013 | - |
|  |  | TOTAL | 17,567.82 | 17,465.50 |  | (102.32) |
| Class 5(b) | Specialized Loan (FKA Bank of America) | 12010 S Broadway LA, CA 90061 | 1,548.77 | 1,548.77 | 11/5/2012 | - |
|  |  |  | 1,548.77 | 1,548.77 | 12/4/2012 | - |

"A"

DEBTOR: PHILIS GROOMES LOVE
CHAPTER 11 CASE NO: 2:10-bk-40803-BB
PAYMENTS MADE UNDER PLAN TO DATE

As of July 31, 2013

| Class of Creditors | Creditor | Property Address | Monthly Amount Due | Monthly Payments Made | Date Paid | Overpaid/ (Underpaid) |
|---|---|---|---|---|---|---|
| Class 5(c) | Ocwen | 213 W. 108th St LA, CA 90061 | 1,548.77 | 1,548.77 | 1/8/2013 | - |
| | | | 1,548.77 | 1,548.77 | 2/6/2013 | - |
| | | | 1,548.77 | 1,549.00 | 3/4/2013 | 0.23 |
| | | | 1,548.77 | 1,549.00 | 4/5/2013 | 0.23 |
| | | | 1,548.77 | 1,549.00 | 5/14/2013 | 0.23 |
| | | | 1,548.77 | 1,549.00 | 6/18/2013 | 0.23 |
| | | | 1,548.77 | 1,549.00 | 7/15/2013 | 0.23 |
| | | TOTAL | 13,938.93 | 13,940.08 | | 1.15 |
| Class 5(d) | Ocwen | 235 W. 107th St LA, CA 90003 | 2,773.14 | 2,773.14 | 11/13/2012 | - |
| | | | 2,773.14 | 2,773.14 | 12/4/2012 | - |
| | | | 2,773.14 | 2,769.63 | 1/8/2013 | (3.51) |
| | | | 2,773.14 | 2,773.14 | 2/5/2013 | - |
| | | | 2,773.14 | 2,838.00 | 3/12/2013 | 64.86 |
| | | | 2,773.14 | 2,838.00 | 4/5/2013 | 64.86 |
| | | | 2,773.14 | 2,838.00 | 5/24/2013 | 64.86 |
| | | | 2,773.14 | 2,838.00 | 6/14/2013 | 64.86 |
| | | | 2,773.14 | 2,838.00 | 7/17/2013 | 64.86 |
| | | TOTAL | 24,958.26 | 25,279.05 | | 320.79 |
| Class 5(e) | Wells Fargo Home Loan (FKA ASC) | 249 W. 118th St LA, CA 90061 | 1,923.57 | 1,923.57 | 11/16/2012 | - |
| | | | 1,923.57 | 1,923.57 | 12/7/2012 | - |
| | | | 1,923.57 | 1,923.57 | 1/10/2013 | - |
| | | | 1,923.57 | 1,923.57 | 2/8/2013 | - |
| | | | 1,923.57 | 1,923.57 | 3/5/2013 | - |
| | | | 1,923.57 | 1,923.57 | 4/5/2013 | - |
| | | | 1,923.57 | 1,923.57 | 5/24/2013 | - |
| | | | 1,923.57 | 1,923.57 | 6/14/2013 | - |
| | | | 1,923.57 | 1,923.57 | 7/15/2013 | - |
| | | TOTAL | 17,312.13 | 17,312.13 | | - |
| | | | 2,143.13 | 2,143.13 | 11/5/2012 | - |
| | | | 2,143.13 | 2,143.13 | 12/4/2012 | - |
| | | | 2,143.13 | 2,143.13 | 1/4/2013 | - |
| | | | 2,143.13 | 2,143.13 | 2/4/2013 | - |
| | | | 2,143.13 | 2,143.13 | 3/7/2013 | - |

DEBTOR: PHILIS GROOMES LOVE
CHAPTER 11 CASE NO: 2:10-bk-40803-BB
PAYMENTS MADE UNDER PLAN TO DATE

As of July 31, 2013

| Class of Creditors | Creditor | Property Address | Monthly Amount Due | Monthly Payments Made | Date Paid | Overpaid/ (Underpaid) |
|---|---|---|---|---|---|---|
| | | | 2,143.13 | 2,143.13 | 4/3/2013 | - |
| | | | 2,143.13 | 2,143.13 | 5/13/2013 | - |
| | | | 2,143.13 | 2,143.13 | 6/13/2013 | - |
| | | | 2,143.13 | 2,143.13 | 7/11/2013 | - |
| | | TOTAL | 19,288.17 | 19,288.17 | | |
| Class 6(b) | Adee Plumbing and Heating | | 0.37 | 21.00 | 11/1/2012 | 20.63 |
| | | TOTAL | 0.37 | 21.00 | PAID IIN FULL | 20.63 |
| | American Express Bank | | 2.68 | 27.88 | 11/1/2012 | 25.20 |
| | | | 2.68 | 2.68 | 12/1/2012 | (0.00) |
| | | | 2.68 | - | 1/1/2013 | (2.68) |
| | | | 2.68 | - | 2/1/2013 | (2.68) |
| | | | 2.68 | - | 3/1/2013 | (2.68) |
| | | | 2.68 | - | 4/1/2013 | (2.68) |
| | | | 2.68 | - | 5/1/2013 | (2.68) |
| | | | 2.68 | 160.92 | 6/24/2013 | 158.24 |
| | | TOTAL | 21.46 | 191.48 | PAID IN FULL | 170.02 |
| | Best Alliance (12000 Broadway HOA) | | 3.54 | 3.36 | 11/1/2012 | (0.18) |
| | | | 3.54 | 4.00 | 12/1/2012 | 0.46 |
| | | | 3.54 | 3.54 | 12/22/2012 | (0.00) |
| | | | 3.54 | 3.54 | 1/31/2013 | (0.00) |
| | | | 3.54 | 4.00 | 2/6/2013 | 0.46 |
| | | | 3.54 | 3.54 | 3/13/2013 | (0.00) |
| | | | 3.54 | 3.54 | 4/5/2013 | (0.00) |
| | | | 3.54 | 4.00 | 5/22/2013 | 0.46 |
| | | | 3.54 | 3.54 | 6/18/2013 | (0.00) |
| | | TOTAL | 31.86 | 33.06 | | 1.20 |
| | Best Alliance (12000 Broadway HOA) | | 266.00 | - | | (266.00) |
| | | | 266.00 | 532.00 | 12/22/2012 | 266.00 |
| | | | 266.00 | 266.00 | 1/31/2013 | - |
| | | | 266.00 | 266.00 | 2/6/2013 | - |
| | | | 266.00 | 266.00 | 3/22/2013 | - |
| | | | 266.00 | 266.00 | 4/5/2013 | - |

DEBTOR: PHILIS GROOMES LOVE
CHAPTER 11 CASE NO: 2:10-bk-40803-BB
PAYMENTS MADE UNDER PLAN TO DATE

As of July 31, 2013

| Class of Creditors | Creditor | Property Address | Monthly Amount Due | Monthly Payments Made | Date Paid | Overpaid/ (Underpaid) |
|---|---|---|---|---|---|---|
| | Carolyn Jackson | | 266.00 | 266.00 | 5/22/2013 | - |
| | | | 266.00 | 266.00 | 6/18/2013 | - |
| | | | 266.00 | 266.00 | 7/12/2013 | - |
| | | TOTAL | 2,394.00 | 2,394.00 | | - |
| | CBCS | | 1.34 | 76.20 | 11/1/2012 | 74.86 |
| | | TOTAL | 1.34 | 76.20 | PAID IN FULL | 74.86 |
| | Citibank | | 0.10 | 5.20 | 11/1/2012 | 5.10 |
| | | TOTAL | 0.10 | 5.20 | PAID IN FULL | 5.10 |
| | | | 2.12 | 2.01 | 11/1/2012 | (0.11) |
| | | | 2.12 | 2.14 | 12/1/2012 | 0.02 |
| | | | 2.12 | - | 1/1/2013 | (2.12) |
| | | | 2.12 | - | 2/1/2013 | (2.12) |
| | | | 2.12 | - | 3/1/2013 | (2.12) |
| | | | 2.12 | - | 4/1/2013 | (2.12) |
| | | | 2.12 | - | 5/11/2013 | (2.12) |
| | | | 2.12 | - | 6/1/2013 | (2.12) |
| | | | 2.12 | - | 7/1/2013 | (2.12) |
| | | TOTAL | 19.06 | 4.15 | | (14.91) |
| | Citicorp Credit Services Inc. | | 3.50 | 3.32 | 11/14/2012 | (0.18) |
| | | | 3.50 | 3.60 | 12/1/2012 | 0.10 |
| | | | 3.50 | - | 1/1/2013 | (3.50) |
| | | | 3.50 | - | 2/1/2013 | (3.50) |
| | | | 3.50 | - | 3/1/2013 | (3.50) |
| | | | 3.50 | - | 4/1/2013 | (3.50) |
| | | | 3.50 | - | 5/11/2013 | (3.50) |
| | | | 3.50 | - | 6/1/2013 | (3.50) |
| | | | 3.50 | - | 7/1/2013 | (3.50) |
| | | TOTAL | 31.47 | 6.92 | | (24.55) |
| | City of Los Angeles | | 0.42 | 23.40 | 11/1/2012 | 22.98 |
| | | TOTAL | 0.42 | 23.40 | PAID IN FULL | 22.98 |

DEBTOR: PHILIS GROOMES LOVE
CHAPTER 11 CASE NO: 2:10-bk-40803-BB
PAYMENTS MADE UNDER PLAN TO DATE
As of July 31, 2013

| Class of Creditors | Creditor | Property Address | | Monthly Amount Due | Monthly Payments Made | Date Paid | Overpaid/ (Underpaid) |
|---|---|---|---|---|---|---|---|
| | Department of Water and Power | | | 6.63 | 6.29 | 11/1/2012 | (0.34) |
| | | | | 6.63 | 7.00 | 12/1/2012 | 0.37 |
| | | | | 6.63 | - | 1/1/2013 | (6.63) |
| | | | | 6.63 | 6.63 | 2/1/2013 | 0.00 |
| | | | | 6.63 | 7.00 | 3/12/2013 | 0.37 |
| | | | | 6.63 | 19.89 | 4/16/2013 | 13.26 |
| | | | | 6.63 | 7.00 | 5/17/2013 | 0.37 |
| | | | | 6.63 | 6.63 | 6/12/2013 | 0.00 |
| | | | | 6.63 | 360.00 | 6/19/2013 | 353.37 |
| | | | TOTAL | 59.64 | 420.44 | PAID IN FULL | 360.80 |
| | Direct TV | | | 0.08 | 4.20 | 11/1/2012 | 4.12 |
| | | | TOTAL | 0.08 | 4.20 | PAID IN FULL | 4.12 |
| | Gill Jarmond | | | 1.34 | 76.20 | 11/1/2012 | 74.86 |
| | | | TOTAL | 1.34 | 76.20 | PAID IN FULL | 74.86 |
| | Home Depot Credit Services | | | 1.79 | 1.70 | 11/5/2012 | (0.09) |
| | | | | 1.79 | 1.90 | 12/1/2012 | 0.11 |
| | | | | 1.79 | 2.12 | 1/10/2013 | 0.33 |
| | | | | 1.79 | 2.12 | 2/11/2013 | 0.33 |
| | | | | 1.79 | 3.50 | 2/12/2013 | 1.71 |
| | | | | 1.79 | 100.00 | 3/13/2013 | 98.21 |
| | | | | 1.79 | 4.00 | 3/19/2013 | 2.21 |
| | | | | 1.79 | 3.00 | 3/20/2013 | 1.21 |
| | | | | 1.79 | 10.50 | 4/23/2013 | 8.71 |
| | | | TOTAL | 16.14 | 128.84 | PAID IN FULL | 112.70 |
| | James W. Groomes | | | 2.95 | 168.00 | 11/5/2012 | 165.05 |
| | | | TOTAL | 2.95 | 168.00 | PAID IN FULL | 165.05 |
| | Jannice R. Groomes | | | 1.34 | 76.20 | 11/1/2012 | 74.86 |
| | | | TOTAL | 1.34 | 76.20 | | 74.86 |
| | Sears Credit Card | | | 8.94 | 8.48 | 11/1/2012 | (0.46) |
| | | | | 8.94 | 9.00 | 12/1/2012 | 0.06 |

DEBTOR: PHILIS GROOMES LOVE
CHAPTER 11 CASE NO: 2:10-bk-40803-BB
PAYMENTS MADE UNDER PLAN TO DATE

As of July 31, 2013

| Class of Creditors | Creditor | Property Address | Monthly Amount Due | Monthly Payments Made | Date Paid | Overpaid/ (Underpaid) |
|---|---|---|---|---|---|---|
| | Southern California Edison | | 8.94 | 8.94 | 1/7/2013 | 0.00 |
| | | | 8.94 | 8.94 | 2/4/2013 | 0.00 |
| | | | 8.94 | 9.00 | 3/11/2013 | 0.06 |
| | | | 8.94 | 25.44 | 4/19/2013 | 16.50 |
| | | | 8.94 | 9.00 | 5/21/2013 | 0.06 |
| | | | 8.94 | 8.94 | 6/14/2013 | 0.00 |
| | | | 8.94 | 480.00 | 6/24/2013 | 471.06 |
| | | TOTAL | 80.44 | 567.74 | | 487.30 |
| | Southern California Gas Company | | 0.80 | 45.60 | 11/1/2012 | 44.80 |
| | | TOTAL | 0.80 | 45.60 | PAID IN FULL | 44.80 |
| | Terminix | | 0.77 | 43.80 | 11/1/2012 | 43.03 |
| | | TOTAL | 0.77 | 43.80 | PAID IN FULL | 43.03 |
| | Unsecured claim of ASC | | 0.07 | 3.60 | 11/1/2012 | 3.53 |
| | | TOTAL | 0.07 | 3.60 | PAID IN FULL | 3.53 |
| | | 249 W. 118th St LA, CA 90061 | 196.31 | 186.26 | 11/5/2012 | (10.05) |
| | | | 196.31 | 206.36 | 12/4/2012 | 10.05 |
| | | | 196.31 | 196.31 | 1/4/2013 | (0.00) |
| | | | 196.31 | 196.31 | 2/4/2013 | (0.00) |
| | | | 196.31 | 196.87 | 3/7/2013 | 0.56 |
| | | | 196.31 | 196.87 | 4/3/2013 | 0.56 |
| | | | 196.31 | 196.87 | 5/13/2013 | 0.56 |
| | | | 196.31 | 196.87 | 6/13/2013 | 0.56 |
| | | TOTAL | 1,570.51 | 1,572.72 | | 2.21 |
| | Unsecured claim of Ocwen | 235 W. 107th St LA, CA 90003 | 199.07 | 188.88 | 11/13/2012 | (10.19) |
| | | | 199.07 | 209.24 | 12/4/2012 | 10.17 |
| | | | 199.07 | 199.06 | 1/10/2013 | (0.01) |
| | | | 199.07 | 199.16 | 2/5/2013 | 0.09 |
| | | | 199.07 | 57.43 | 3/5/2013 | (141.64) |
| | | | 199.07 | 57.43 | 4/5/2013 | (141.64) |
| | | | 199.07 | 57.43 | 5/24/2013 | (141.64) |
| | | | 199.07 | 57.43 | 6/14/2013 | (141.64) |

DEBTOR: PHILIS GROOMES LOVE
CHAPTER 11 CASE NO: 2:10-bk-40803-BB
PAYMENTS MADE UNDER PLAN TO DATE

As of July 31, 2013

| Class of Creditors | Creditor | Property Address | Monthly Amount Due | Monthly Payments Made | Date Paid | Overpaid/ (Underpaid) |
|---|---|---|---|---|---|---|
| | | | 199.07 | 523.43 | 7/15/2013 | 324.36 |
| | | TOTAL | 1,791.61 | 1,549.49 | | (242.12) |
| | Unsecured claim of Wells Fargo Bank | 3229 Shoreline Ave Las Vegas, NV 89117 | | | | |
| | | | 47.37 | - | 11/1/2012 | (47.37) |
| | | | 47.37 | 49.79 | 12/11/2012 | 2.42 |
| | | | 47.37 | 47.37 | 1/16/2013 | (0.00) |
| | | | 47.37 | 47.37 | 2/5/2013 | (0.00) |
| | | | 47.37 | 48.02 | 3/5/2013 | 0.65 |
| | | | 47.37 | 48.02 | 4/8/2013 | 0.65 |
| | | | 47.37 | 48.02 | 5/16/2013 | 0.65 |
| | | | 47.37 | 48.02 | 6/17/2013 | 0.65 |
| | | | 47.37 | 48.02 | 7/12/2013 | 0.65 |
| | | TOTAL | 426.35 | 336.61 | | (42.37) |
| | Wells Fargo Bank | | | | | |
| | | | 10.37 | 9.84 | 11/1/2012 | (0.53) |
| | | | 10.37 | 12.00 | 12/1/2012 | 1.63 |
| | | | 10.37 | 10.37 | 1/7/2013 | 0.00 |
| | | | 10.37 | 10.37 | 2/4/2013 | 0.00 |
| | | | 10.37 | 10.37 | 3/13/2013 | 0.000 |
| | | | 10.37 | - | 4/1/2013 | (10.37) |
| | | | 10.37 | - | 5/1/2013 | (10.37) |
| | | | 10.37 | 622.13 | 6/24/2013 | 611.76 |
| | | TOTAL | 82.95 | 675.08 | PAID IN FULL | 592.13 |
| | Willie Gaines | | | | | |
| | | | 3.34 | - | 11/1/2012 | (3.34) |
| | | | 3.34 | - | 12/1/2012 | (3.34) |
| | | | 3.34 | 190.20 | 1/23/2013 | 186.86 |
| | | TOTAL | 10.01 | 190.20 | PAID IN FULL | 180.19 |
| | | GRAND TOTAL | $ 119,703.23 | $ 122,418.77 | | $ 2,762.91 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361-5749.

A true and correct copy of the foregoing document entitled: **POST-CONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 27, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    Gregory J Babcock    bknotice@mccarthyholthus.com
    Richard J Bauer    rbauer@mileslegal.com
    Deborah Conley    bkmail@prommis.com
    Philip D Dapeer    PhilipDapeer@AOL.com
    Mark Domeyer    mdomeyer@mileslegal.com
    Gerald S Kim    cdcaecf@bdfgroup.com
    Paul H Kim    Pkim@counsel.lacounty.gov
    Melanie C Scott    Melanie.Scott@usdoj.gov
    Timothy J Silverman    tim@sgsslaw.com
    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
    Darlene C Vigil    cdcaecf@bdfgroup.com
    Les A Zieve    bankruptcy@zievelaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 27, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Philip D. Dapeer

Date: August 27, 2013    Philip D. Dapeer    Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**In re Philis Groomes-Love**
United States Bankruptcy Court – Central District of California
Case No.: 2:10-bk-40803-BB

SERVICE LIST

| | | |
|---|---|---|
| Adee Plumbing and Heating, Inc.<br>5457 Crenshaw Boulevard<br>Los Angeles, CA 90043-2496 | Los Angeles Division<br>255 Temple Street<br>Los Angeles, CA 90012-3332 | 12000 Broadway HOA<br>c/o Wilshire Pacific Equities<br>PO Box 57063<br>Irvine, CA 92619-7063 |
| American Express<br>PO Box 0001<br>Los Angeles, CA 90078-0001 | ASC<br>PO Box 60768<br>Los Angeles, CA 90060-0768 | Aurora Loan Services<br>2617 College Park<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 |
| Carolyn Jackson<br>44526 Carlin Avenue<br>Lynwood, CA 90262-5416 | CBCS<br>PO Box 163250<br>Columbus, OH 43216-3250 | Citbank<br>PO Box 469100<br>Escondido, CA 92046-9100 |
| Citicorp Credit Services, Inc.<br>Payment Processing Center<br>PO Box 2695<br>Waterloo, IA 50704-2695 | City of Los Angeles Municipal Svs.<br>PO Box 30808<br>Los Angeles, CA 90030-0808 | City of Los Angeles<br>PO Box 53233<br>Los Angeles, CA 90053-0233 |
| Countrywide Home Loans<br>PO Box 10219<br>Van Nuys, CA 91410-0219 | Department of Water & Power<br>PO Box 30808<br>Los Angeles, CA 90030-0808 | DirectTV<br>PO Box 78626<br>Phoenix, AZ 85062-8626 |
| Gill Jarmond<br>1827 12th Avenue<br>Los Angeles, CA 90019-6017 | Home Depot Credit Services<br>PO Box 6028<br>The Lakes, NV 88901-6028 | Home Servicing<br>PO Box 79230<br>City of Industry, CA 91716-9230 |
| James W. Groomes<br>120 East Maple Street<br>Compton, CA 90220-2313 | Janice R. Groomes<br>2924 Magnolia Avenue<br>Lynwood, CA 90262 | Los Angeles County Tax Collector<br>PO Box 54108<br>Los Angeles, CA 90054-0108 |

1

OCWEN
PO Box 5440
Carol Stream, IL 60197-6440

Sears Credit Cards
PO Box 688956
Des Moines, IA 50368-8956

Southern California Edison
PO Box 600
Rosemead, CA 91771-0001

Terminix
PO Box 741592
Cincinnati, OH 45274-2592

The Gas Company
PO Box C
Monterey Park, CA 91756-0001

United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017-5524

Wachovia Mortgage
PO Box 7512
Springfield, OH 45501-7512

Wells Fargo Credit Services
PO Box 30086
Los Angeles, CA 90030-0086

Willie Gaines
4416 Charnela Ct.
Las Vegas, NV 89130-5200

Philis Groomes-Love
3929 Magnolia Avenue
Lynwood, CA 90262

2