PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone:  (323) 954-9144
Facsimile:   (323) 954-0457

Attorney for Reorganized Debtor
PHILIS GROOMES-LOVE

FILED & ENTERED

OCT 21 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY beauchamDEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re:

PHILIS GROOMES-LOVE,

    Debtor-In-Possession.

Case No.: 2:10-bk-40803-BB

[Chapter 11]

**ORDER GRANTING FINAL DECREE**

Date:   October 2, 2013
Time:   10:00 a.m.
Ctrm:   1475

The motion of reorganized debtor Philis Groomes-Love for a final decree came on regularly for hearing before the undersigned on October 2, 2013, at 10:00 a.m. in courtroom 1475.  The court having considered the moving papers on the motion, there being no opposition to the motion and good cause appearing therefore, the motion is **GRANTED**.  The final decree shall be entered in this case and the clerk is directed to close the case.

Date: October 21, 2013

Sheri Bluebond
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER GRANTING FINAL DECREE** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of October 2, 2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Gregory J Babcock    bknotice@mccarthyholthus.com
- Richard J Bauer    rbauer@mileslegal.com
- Deborah Conley    bkmail@prommis.com
- Philip D Dapeer    PhilipDapeer@AOL.com
- Mark Domeyer    mdomeyer@mileslegal.com
- Gerald S Kim    cdcaecf@bdfgroup.com
- Paul H Kim    Pkim@counsel.lacounty.gov
- Melanie C Scott    Melanie.Scott@usdoj.gov
- Timothy J Silverman    tim@sgsslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Les A Zieve    bankruptcy@zievelaw.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9021-1.1.NOTICE.ENTERED.ORDER**

**In re Philis Groomes-Love**
United States Bankruptcy Court – Central District of California
Case No.: 2:10-bk-40803-BB

SERVICE LIST

| | | |
|---|---|---|
| Adee Plumbing and Heating, Inc.<br>5457 Crenshaw Boulevard<br>Los Angeles, CA 90043-2496 | Los Angeles Division<br>255 Temple Street<br>Los Angeles, CA 90012-3332 | 12000 Broadway HOA<br>c/o Wilshire Pacific Equities<br>PO Box 57063<br>Irvine, CA 92619-7063 |
| American Express<br>PO Box 0001<br>Los Angeles, CA 90078-0001 | ASC<br>PO Box 60768<br>Los Angeles, CA 90060-0768 | Aurora Loan Services<br>2617 College Park<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 |
| Carolyn Jackson<br>44526 Carlin Avenue<br>Lynwood, CA 90262-5416 | CBCS<br>PO Box 163250<br>Columbus, OH 43216-3250 | Citbank<br>PO Box 469100<br>Escondido, CA 92046-9100 |
| Citicorp Credit Services, Inc.<br>Payment Processing Center<br>PO Box 2695<br>Waterloo, IA 50704-2695 | City of Los Angeles Municipal Svs.<br>PO Box 30808<br>Los Angeles, CA 90030-0808 | City of Los Angeles<br>PO Box 53233<br>Los Angeles, CA 90053-0233 |
| Countrywide Home Loans<br>PO Box 10219<br>Van Nuys, CA 91410-0219 | Department of Water & Power<br>PO Box 30808<br>Los Angeles, CA 90030-0808 | DirectTV<br>PO Box 78626<br>Phoenix, AZ 85062-8626 |
| Gill Jarmond<br>1827 12th Avenue<br>Los Angeles, CA 90019-6017 | Home Depot Credit Services<br>PO Box 6028<br>The Lakes, NV 88901-6028 | Home Servicing<br>PO Box 79230<br>City of Industry, CA 91716-9230 |
| James W. Groomes<br>120 East Maple Street<br>Compton, CA 90220-2313 | Janice R. Groomes<br>2924 Magnolia Avenue<br>Lynwood, CA 90262 | Los Angeles County Tax Collector<br>PO Box 54108<br>Los Angeles, CA 90054-0108 |
| OCWEN<br>PO Box 5440<br>Carol Stream, IL 60197-6440 | Sears Credit Cards<br>PO Box 688956<br>Des Moines, IA 50368-8956 | Southern California Edison<br>PO Box 600<br>Rosemead, CA 91771-0001 |

|   |   |   |
|---|---|---|
| Terminix<br>PO Box 741592<br>Cincinnati, OH 45274-2592 | The Gas Company<br>PO Box C<br>Monterey Park, CA 91756-0001 | United States Trustee<br>725 South Figueroa Street<br>26th Floor<br>Los Angeles, CA 90017-5524 |
| Wachovia Mortgage<br>PO Box 7512<br>Springfield, OH 45501-7512 | Wells Fargo Credit Services<br>PO Box 30086<br>Los Angeles, CA 90030-0086 | Willie Gaines<br>4416 Charnela Ct.<br>Las Vegas, NV 89130-5200 |
| Philis Groomes-Love<br>3929 Magnolia Avenue<br>Lynwood, CA 90262 | | |